# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Amer Mohammon,<br>    ISN # 939,<br>    Detainee,<br>    Guantanamo Bay Naval Station<br>    Guantanamo Bay, Cuba;<br><br>Boucetta Fihi,<br>    ISN # 718,<br>    Detainee,<br>    Guantanamo Bay Naval Station<br>    Guantanamo Bay, Cuba;<br><br>Elham Bataif,<br>    ISN # 084,<br>    Detainee,<br>    Guantanamo Bay Naval Station<br>    Guantanamo Bay, Cuba;<br><br>Jamil El-Banna,<br>    as the Next Friend of the above-named<br>    Petitioners Khalik Dad through Bataif;<br><br>Sofiane Mohammed Berhoumi,<br>    ISN # 694,<br>    Detainee,<br>    Guantanamo Bay Naval Station<br>    Guantanamo Bay, Cuba;<br><br>Abin Alhamed Abid Alsallam Alkesawi,<br>    ISN # 654,<br>    Detainee,<br>    Guantanamo Bay Naval Station<br>    Guantanamo Bay, Cuba;<br><br>Mohammed Abdullah Taha Mattan,<br>    ISN # 684,<br>    Detainee,<br>    Guantanamo Bay Naval Station<br>    Guantanamo Bay, Cuba;<br><br>Bisher Al-Rawi,<br>    as the Next Friend of the above-named<br>    Petitioners Berhoumi to Taha Mattan; | **PETITION FOR A<br>WRIT OF HABEAS CORPUS**<br><br>No. _____ ( ) |

**Abdul Salam Deiff,**
    **Detainee,**
    **Guantanamo Bay Naval Station**
    **Guantanamo Bay, Cuba;**

**Omar Last Name Unknown ("LNU"),**
    **Detainee,**
    **Guantanamo Bay Naval Station**
    **Guantanamo Bay, Cuba;**

**Abdul Haq,**
    **Detainee,**
    **Guantanamo Bay Naval Station**
    **Guantanamo Bay, Cuba;**

**Abd Al Zaher,**
    **Detainee,**
    **Guantanamo Bay Naval Station**
    **Guantanamo Bay, Cuba;**

**Abu Rahan,**
    **Detainee,**
    **Guantanamo Bay Naval Station**
    **Guantanamo Bay, Cuba;**

**Najeeb LNU,**
    **Detainee,**
    **Guantanamo Bay Naval Station**
    **Guantanamo Bay, Cuba;**

**Sad Al Gahtani,**
    **Detainee,**
    **Guantanamo Bay Naval Station**
    **Guantanamo Bay, Cuba;**

**Fahd Al Fawzan,**
    **Detainee,**
    **Guantanamo Bay Naval Station**
    **Guantanamo Bay, Cuba;**

**Rashed Al Qamdi,**
    **Detainee,**
    **Guantanamo Bay Naval Station**
    **Guantanamo Bay, Cuba;**

**Bandar Al Shaibani,**
    **Detainee,**
    **Guantanamo Bay Naval Station**

**Guantanamo Bay, Cuba;**                                     )
                                                             )
**Mashal LNU,**                                              )
    **Detainee,**                        )
    **Guantanamo Bay Naval Station**      )
    **Guantanamo Bay, Cuba;**             )
                                                             )
**Khald Al Barkati,**                                        )
    **Detainee,**                        )
    **Guantanamo Bay Naval Station**      )
    **Guantanamo Bay, Cuba;**             )
                                                             )
**Abdulal Al Thani,**                                        )
    **Detainee,**                        )
    **Guantanamo Bay Naval Station**      )
    **Guantanamo Bay, Cuba;**             )
                                                             )
**Abu Ahmed Al Jofi,**                                       )
    **Detainee,**                        )
    **Guantanamo Bay Naval Station**      )
    **Guantanamo Bay, Cuba;**             )
                                                             )
**Abu Rad Al Jofi,**                                         )
    **Detainee,**                        )
    **Guantanamo Bay Naval Station**      )
    **Guantanamo Bay, Cuba;**             )
                                                             )
**Abdulal LNU,**                                             )
    **Detainee,**                        )
    **Guantanamo Bay Naval Station**      )
    **Guantanamo Bay, Cuba;**             )
                                                             )
**Sad Al Materi,**                                           )
    **Detainee,**                        )
    **Guantanamo Bay Naval Station**      )
    **Guantanamo Bay, Cuba;**             )
                                                             )
**Seed Farha,**                                              )
    **Detainee,**                        )
    **Guantanamo Bay Naval Station**      )
    **Guantanamo Bay, Cuba;**             )
                                                             )
**Saleh LNU,**                                               )
    **Detainee,**                        )
    **Guantanamo Bay Naval Station**      )
    **Guantanamo Bay, Cuba;**             )
                                                             )
**Maged LNU,**                                               )

Detainee,     )
 Guantanamo Bay Naval Station )
 Guantanamo Bay, Cuba;  )
         )
Zeyad Al Gassmy,    )
 Detainee,     )
 Guantanamo Bay Naval Station )
 Guantanamo Bay, Cuba;  )
         )
Adel Hassan,     )
 Detainee,     )
 Guantanamo Bay Naval Station )
 Guantanamo Bay, Cuba;  )
         )
Hamad LNU,     )
 Detainee,     )
 Guantanamo Bay Naval Station )
 Guantanamo Bay, Cuba;  )
         )
Amir LNU,     )
 Detainee,     )
 Guantanamo Bay Naval Station )
 Guantanamo Bay, Cuba;  )
         )
Abu Ahmed,     )
 Detainee,     )
 Guantanamo Bay Naval Station )
 Guantanamo Bay, Cuba;  )
         )
Waleed LNU,     )
 Detainee,     )
 Guantanamo Bay Naval Station )
 Guantanamo Bay, Cuba;  )
         )
Samir LNU,     )
 Detainee,     )
 Guantanamo Bay Naval Station )
 Guantanamo Bay, Cuba;  )
         )
Yagoob Al Soury,    )
 Detainee,     )
 Guantanamo Bay Naval Station )
 Guantanamo Bay, Cuba;  )
         )
Abdul Rhman,     )
 Detainee,     )
 Guantanamo Bay Naval Station )
 Guantanamo Bay, Cuba;  )

Zaker Chan, )
  Detainee, )
  Guantanamo Bay Naval Station )
  Guantanamo Bay, Cuba; )
   )
Adel Al Tunisi, )
  Detainee, )
  Guantanamo Bay Naval Station )
  Guantanamo Bay, Cuba; )
   )
Sader LNU, )
  Detainee, )
  Guantanamo Bay Naval Station )
  Guantanamo Bay, Cuba; )
   )
Ali Al Kazmi, )
  Detainee, )
  Guantanamo Bay Naval Station )
  Guantanamo Bay, Cuba; )
   )
Khader LNU, )
  Detainee, )
  Guantanamo Bay Naval Station )
  Guantanamo Bay, Cuba; )
   )
Mohsen LNU, )
  Detainee, )
  Guantanamo Bay Naval Station )
  Guantanamo Bay, Cuba; )
   )
Abdul Rahman, )
  Detainee, )
  Guantanamo Bay Naval Station )
  Guantanamo Bay, Cuba; )
   )
Fahd LNU, )
  Detainee, )
  Guantanamo Bay Naval Station )
  Guantanamo Bay, Cuba; )
   )
Mustafa Al Shamili, )
  Detainee, )
  Guantanamo Bay Naval Station )
  Guantanamo Bay, Cuba; )
   )
Osama LNU, )
  Detainee, )

**Guantanamo Bay Naval Station**
**Guantanamo Bay, Cuba;**                               )
                                                        )
                                                        )
**Mohamed Hmadi,**                                       )
    **Detainee,**                                        )
    **Guantanamo Bay Naval Station**                     )
    **Guantanamo Bay, Cuba;**                             )
                                                        )
**Fahmi LNU,**                                           )
    **Detainee,**                                        )
    **Guantanamo Bay Naval Station**                     )
    **Guantanamo Bay, Cuba;**                             )
                                                        )
**Esam LNU,**                                            )
    **Detainee,**                                        )
    **Guantanamo Bay Naval Station**                     )
    **Guantanamo Bay, Cuba;**                             )
                                                        )
**Mohamed Ali,**                                         )
    **Detainee,**                                        )
    **Guantanamo Bay Naval Station**                     )
    **Guantanamo Bay, Cuba;**                             )
                                                        )
**Edress LNU,**                                          )
    **Detainee,**                                        )
    **Guantanamo Bay Naval Station**                     )
    **Guantanamo Bay, Cuba;**                             )
                                                        )
**Sharaf Al Sanani,**                                    )
    **Detainee,**                                        )
    **Guantanamo Bay Naval Station**                     )
    **Guantanamo Bay, Cuba;**                             )
                                                        )
**Seed LNU,**                                            )
    **Detainee,**                                        )
    **Guantanamo Bay Naval Station**                     )
    **Guantanamo Bay, Cuba;**                             )
                                                        )
**Mahamoud Al Bhar,**                                    )
    **Detainee,**                                        )
    **Guantanamo Bay Naval Station**                     )
    **Guantanamo Bay, Cuba;**                             )
                                                        )
**Khald LNU,**                                           )
    **Detainee,**                                        )
    **Guantanamo Bay Naval Station**                     )
    **Guantanamo Bay, Cuba;**                             )
                                                        )

Ali Al Qatari,                                                    )
    Detainee,                                            )
    Guantanamo Bay Naval Station                         )
    Guantanamo Bay, Cuba;                                )
                                                         )
Alla Al Mossary,                                                  )
    Detainee,                                            )
    Guantanamo Bay Naval Station                         )
    Guantanamo Bay, Cuba;                                )
                                                         )
Mohammed Al Palestini,                                            )
    Detainee,                                            )
    Guantanamo Bay Naval Station                         )
    Guantanamo Bay, Cuba;                                )
                                                         )
Saleh Mohammed Ali Azoba,                                         )
    Detainee,                                            )
    Guantanamo Bay Naval Station                         )
    Guantanamo Bay, Cuba;                                )
                                                         )
Sami Muhyedin al Hajj,                                            )
    as the Next Friend of the above-named                )
    Petitioners Deiff to Ali Azoba;                      )
                                                         )
Maher El Falesteny,                                               )
    Detainee,                                            )
    Guantanamo Bay Naval Station                         )
    Guantanamo Bay, Cuba;                                )
                                                         )
Dr. Abu Muhammad,                                                 )
    Detainee,                                            )
    Guantanamo Bay Naval Station                         )
    Guantanamo Bay, Cuba;                                )
                                                         )
Shafiq LNU,                                                       )
    Detainee,                                            )
    Guantanamo Bay Naval Station                         )
    Guantanamo Bay, Cuba;                                )
                                                         )
Nabil LNU,                                                        )
    Detainee,                                            )
    Guantanamo Bay Naval Station                         )
    Guantanamo Bay, Cuba;                                )
                                                         )
Abdunoor (Abdurahman) LNU,                                        )
    Detainee,                                            )
    Guantanamo Bay Naval Station                         )
    Guantanamo Bay, Cuba;                                )

Ridwaan Al Magrebi,  )
    Detainee,  )
    Guantanamo Bay Naval Station  )
    Guantanamo Bay, Cuba;  )
      )
Salman Al Bahri,  )
    Detainee,  )
    Guantanamo Bay Naval Station  )
    Guantanamo Bay, Cuba;  )
      )
Fahd Al Haraazi,  )
    Detainee,  )
    Guantanamo Bay Naval Station  )
    Guantanamo Bay, Cuba;  )
      )
Yusuf Asshihri,  )
    Detainee,  )
    Guantanamo Bay Naval Station  )
    Guantanamo Bay, Cuba;  )
      )
Faisil LNU,  )
    Detainee,  )
    Guantanamo Bay Naval Station  )
    Guantanamo Bay, Cuba;  )
      )
Hammad LNU,  )
    Detainee,  )
    Guantanamo Bay Naval Station  )
    Guantanamo Bay, Cuba;  )
      )
Mahmood LNU,  )
    Detainee,  )
    Guantanamo Bay Naval Station  )
    Guantanamo Bay, Cuba;  )
      )
Walid LNU,  )
    Detainee,  )
    Guantanamo Bay Naval Station  )
    Guantanamo Bay, Cuba;  )
      )
Bilal LNU,  )
    Detainee,  )
    Guantanamo Bay Naval Station  )
    Guantanamo Bay, Cuba;  )
      )
Saif Ullah,  )
    Detainee,  )

**Guantanamo Bay Naval Station**
**Guantanamo Bay, Cuba;**                              )
                                                       )
                                                       )
**Abdallah LNU,**                                      )
    **Detainee,**                  )
    **Guantanamo Bay Naval Station** )
    **Guantanamo Bay, Cuba;**       )
                                                       )
**Adil LNU,**                                          )
    **Detainee,**                  )
    **Guantanamo Bay Naval Station** )
    **Guantanamo Bay, Cuba;**       )
                                                       )
**Saalih LNU,**                                        )
    **Detainee,**                  )
    **Guantanamo Bay Naval Station** )
    **Guantanamo Bay, Cuba;**       )
                                                       )
**Abdullah LNU,**                                      )
    **Detainee,**                  )
    **Guantanamo Bay Naval Station** )
    **Guantanamo Bay, Cuba;**       )
                                                       )
**Ali LNU,**                                           )
    **Detainee,**                  )
    **Guantanamo Bay Naval Station** )
    **Guantanamo Bay, Cuba;**       )
                                                       )
**Fahd Abu Hafsa,**                                    )
    **Detainee,**                  )
    **Guantanamo Bay Naval Station** )
    **Guantanamo Bay, Cuba;**       )
                                                       )
**Abdurahman LNU,**                                    )
    **Detainee,**                  )
    **Guantanamo Bay Naval Station** )
    **Guantanamo Bay, Cuba;**       )
                                                       )
**Jamal Abdullah Kiyemba,**                            )
    **as the Next Friend of the above-named** )
    **Petitioners from Abu Muhammad to** )
    **Abdurahman LNU;**             )
                                                       )
**Abdurrachman LNU,**                                  )
    **Detainee,**                  )
    **Guantanamo Bay Naval Station** )
    **Guantanamo Bay, Cuba;**       )
                                                       )

Ahmed Ben Bacha,                                  )
    Detainee,                                 )
    Guantanamo Bay Naval Station              )
    Guantanamo Bay, Cuba;                     )
                                              )
Badr LNU,                                         )
    Detainee,                                 )
    Guantanamo Bay Naval Station              )
    Guantanamo Bay, Cuba;                     )
                                              )
Abdulaziz LNU,                                    )
    Detainee,                                 )
    Guantanamo Bay Naval Station              )
    Guantanamo Bay, Cuba;                     )
                                              )
Shargowi LNU,                                     )
    Detainee,                                 )
    Guantanamo Bay Naval Station              )
    Guantanamo Bay, Cuba;                     )
                                              )
Sanad Ali Alkaliemi,                              )
    Detainee,                                 )
    Guantanamo Bay Naval Station              )
    Guantanamo Bay, Cuba;                     )
                                              )
Binyam Mohammed,                                  )
    as the Next Friend of the above-named     )
    Petitioners from Abdurrachman LNU         )
    to Alkaliemi;                             )
                                              )
Omar Ahmad,                                       )
    ISN # 766                                 )
    Detainee,                                 )
    Guantanamo Bay Naval Station              )
    Guantanamo Bay, Cuba;                     )
                                              )
Mohmad Ahmad Al Kara'any,                         )
    ISN # 269                                 )
    Detainee,                                 )
    Guantanamo Bay Naval Station              )
    Guantanamo Bay, Cuba;                     )
                                              )
Ibraheem Zaidan,                                  )
    ISN # 761                                 )
    Detainee,                                 )
    Guantanamo Bay Naval Station              )
    Guantanamo Bay, Cuba;                     )
                                              )

Omar Mohamad Khalifah,                          )
     ISN # 695                                   )
     Detainee,                                   )
     Guantanamo Bay Naval Station                )
     Guantanamo Bay, Cuba;                       )
                                                 )
Abdulhadi Al Hamami,                            )
     ISN # 717                                   )
     Detainee,                                   )
     Guantanamo Bay Naval Station                )
     Guantanamo Bay, Cuba;                       )
                                                 )
Adel Ben Ahmad Al Hakeemy,                      )
     ISN # 168                                   )
     Detainee,                                   )
     Guantanamo Bay Naval Station                )
     Guantanamo Bay, Cuba;                       )
                                                 )
Omier Ba Atash,                                 )
     Detainee,                                   )
     Guantanamo Bay Naval Station                )
     Guantanamo Bay, Cuba;                       )
                                                 )
Shaker Aamer,                                   )
     as the Next Friend of the above-named       )
     Petitioners Ahmad to Atash;                 )
                                                 )
Abu Mohammed,                                   )
     ISN # 39                                    )
     Detainee,                                   )
     Guantanamo Bay Naval Station                )
     Guantanamo Bay, Cuba;                       )
                                                 )
Dr. Abu Mohammed,                              )
     ISN # 40                                    )
     Detainee,                                   )
     Guantanamo Bay Naval Station                )
     Guantanamo Bay, Cuba;                       )
                                                 )
Abu Abdullah,                                   )
     Detainee,                                   )
     Guantanamo Bay Naval Station                )
     Guantanamo Bay, Cuba;                       )
                                                 )
Abdurazzak LNU,                                 )
     ISN # 219                                   )
     Detainee,                                   )
     Guantanamo Bay Naval Station                )

**Guantanamo Bay, Cuba;**     )
                              )
**Abdullah Al Quatany,**      )
    **Detainee,**      )
    **Guantanamo Bay Naval Station**      )
    **Guantanamo Bay, Cuba;**      )
                              )
**Jabir Al Quatany,**         )
    **ISN # 650**      )
    **Detainee,**      )
    **Guantanamo Bay Naval Station**      )
    **Guantanamo Bay, Cuba;**      )
                              )
**Zabin Thaha Assammery,**    )
    **Detainee,**      )
    **Guantanamo Bay Naval Station**      )
    **Guantanamo Bay, Cuba;**      )
                              )
**Hamad LNU,**                )
    **Detainee,**      )
    **Guantanamo Bay Naval Station**      )
    **Guantanamo Bay, Cuba;**      )
                              )
**Yakub LNU,**                )
    **Detainee,**      )
    **Guantanamo Bay Naval Station**      )
    **Guantanamo Bay, Cuba;**      )
                              )
**Jihad LNU,**                )
    **Detainee,**      )
    **Guantanamo Bay Naval Station**      )
    **Guantanamo Bay, Cuba;**      )
                              )
**Bilal LNU,**                )
    **Detainee,**      )
    **Guantanamo Bay Naval Station**      )
    **Guantanamo Bay, Cuba;**      )
                              )
**Mohammed LNU,**             )
    **Detainee,**      )
    **Guantanamo Bay Naval Station**      )
    **Guantanamo Bay, Cuba;**      )
                              )
**Abu Ahmed,**                )
    **Detainee,**      )
    **Guantanamo Bay Naval Station**      )
    **Guantanamo Bay, Cuba;**      )
                              )

Abu Rawda,                                              )
    Detainee,                                        )
    Guantanamo Bay Naval Station       )
    Guantanamo Bay, Cuba;                  )
                                                        )
Abdullah LNU,                                      )
    Detainee,                                        )
    Guantanamo Bay Naval Station       )
    Guantanamo Bay, Cuba;                  )
                                                        )
Abdul Anasser,                                     )
    Detainee,                                        )
    Guantanamo Bay Naval Station       )
    Guantanamo Bay, Cuba;                  )
                                                        )
Mohammed LNU,                                 )
    Detainee,                                        )
    Guantanamo Bay Naval Station       )
    Guantanamo Bay, Cuba;                  )
                                                        )
Abu Baker,                                           )
    Detainee,                                        )
    Guantanamo Bay Naval Station       )
    Guantanamo Bay, Cuba;                  )
                                                        )
Khalid LNU,                                         )
    Detainee,                                        )
    Guantanamo Bay Naval Station       )
    Guantanamo Bay, Cuba;                  )
                                                        )
Jalal Jalaldin,                                       )
    Detainee,                                        )
    Guantanamo Bay Naval Station       )
    Guantanamo Bay, Cuba;                  )
                                                        )
Sabel LNU,                                           )
    Detainee,                                        )
    Guantanamo Bay Naval Station       )
    Guantanamo Bay, Cuba;                  )
                                                        )
Abdurahman LNU,                               )
    Detainee,                                        )
    Guantanamo Bay Naval Station       )
    Guantanamo Bay, Cuba;                  )
                                                        )
Adel LNU,                                            )
    Detainee,                                        )
    Guantanamo Bay Naval Station       )

Guantanamo Bay, Cuba;                               )
                                                    )
Hammad LNU,                                         )
    Detainee,                   )
    Guantanamo Bay Naval Station )
    Guantanamo Bay, Cuba;       )
                                                    )
Thabid LNU,                                         )
    Detainee,                   )
    Guantanamo Bay Naval Station )
    Guantanamo Bay, Cuba;       )
                                                    )
Ali LNU,                                            )
    ISN # 250                   )
    Detainee,                   )
    Guantanamo Bay Naval Station )
    Guantanamo Bay, Cuba;       )
                                                    )
Abdullah LNU,                                       )
    Detainee,                   )
    Guantanamo Bay Naval Station )
    Guantanamo Bay, Cuba;       )
                                                    )
Usama Hasan Abu Kabir,                              )
    as the Next Friend of the above-named )
    Petitioners from Abu Mohammed to )
    Abdullah LNU;               )
                                                    )
Shah Baba,                                          )
    Detainee,                   )
    Guantanamo Bay Naval Station )
    Guantanamo Bay, Cuba;       )
                                                    )
Mishal Al Madany,                                   )
    Detainee,                   )
    Guantanamo Bay Naval Station )
    Guantanamo Bay, Cuba;       )
                                                    )
Ahmed Abdel Aziz,                                   )
    as the Next Friend of the above-named )
    Petitioners Baba and Al Madany; )
                                                    )
Abdullah Bo Omer Hamza Yoyej,                       )
    ISN # 257                   )
    Detainee,                   )
    Guantanamo Bay Naval Station )
    Guantanamo Bay, Cuba;       )
                                                    )

Fawzi Khaled Abdullah Al Audha, )
    as the Next Friend of Petitioner Yoyej; )
                              )

Zein Al-Abedeen, )
    ISN # 1095 )
    Detainee, )
    Guantanamo Bay Naval Station )
    Guantanamo Bay, Cuba; )
                              )

Abu Baker Qassim, )
    as the Next Friend of Petitioner )
    Al-Abedeen; )
                              )

Abdul-rahman Abdo Abulghaith Sulaiman, )
    Detainee, )
    Guantanamo Bay Naval Station )
    Guantanamo Bay, Cuba; )
                              )

Abdo Abulghaith Sulaiman, )
    as the Next Friend of Petitioner )
    Abdul-rahman Sulaiman; )
                              )

Mohammed Ahmed Slam Al-Khateeb, )
    Detainee, )
    Guantanamo Bay Naval Station )
    Guantanamo Bay, Cuba; )
                              )

Ahmed Slam Mohammed Al-Khateeb, )
    as the Next Friend of Petitioner )
    Mohammed Al-Khateeb; )
                              )

Esmail Ali Ahmad Khalip, )
    Detainee, )
    Guantanamo Bay Naval Station )
    Guantanamo Bay, Cuba; )
                              )

Ali Ahmad Khalip, )
    as the Next Friend of Petitioner )
    Esmail Khalip; )
                              )

Jamil Ahmad Saeed, )
    Detainee, )
    Guantanamo Bay Naval Station )
    Guantanamo Bay, Cuba; )
                              )

Hala Ahmad Saeed Al-Adahg, )
    as the Next Friend of Petitioner )
    Jamil Saeed; )

Isam Himed Ali,                                                    )
      Detainee,                                                  )
      Guantanamo Bay Naval Station                    )
      Guantanamo Bay, Cuba;                             )
                                                                   )
Himed Ali Alibi Al-Giufye,                                   )
      as the Next Friend of Petitioner                   )
      Himed Al-Giufye;                                       )
                                                                   )
Mohammed Ahmed Saeed Hidar,                          )
      Detainee,                                                  )
      Guantanamo Bay Naval Station                    )
      Guantanamo Bay, Cuba;                             )
                                                                   )
Kaelah Ahmed Thabit Al-Ammari,                        )
      as the Next Friend of Petitioner                   )
      Petitioner Mohammed Hidar;                       )
                                                                   )
Tofiq Nasser Awadh Al Bihani,                             )
      Detainee,                                                  )
      Guantanamo Bay Naval Station                    )
      Guantanamo Bay, Cuba;                             )
                                                                   )
Adnan Al-Bihani,                                               )
      as the Next Friend of Petitioner                   )
      Tofiq Nasser Awadh Al Bihani                     )
                                                                   )
Abdullah Al Rahabi,                                           )
      Detainee,                                                  )
      Guantanamo Bay Naval Station                    )
      Guantanamo Bay, Cuba;                             )
                                                                   )
Ahmad Abdu Alwahab Al Rahby,                         )
      as the Next Friend of Petitioner                   )
      Abdullah Al Rahabi                                    )
                                                                   )
Alkhadr Abdullah Al Yafie,                                 )
      Detainee,                                                  )
      Guantanamo Bay Naval Station                    )
      Guantanamo Bay, Cuba;                             )
                                                                   )
Ali Yayha Mahdi,                                              )
      as the Next Friend of Petitioner                   )
      Alkhadr Abdullah Al Yafie                          )
                                                                   )
Riyadh Ateek Ali Abdu Al Haj,                           )
      Detainee,                                                  )

Guantanamo Bay Naval Station )
Guantanamo Bay, Cuba; )
)
Mahmood Ateek Ali Abdu Al Haj )
as the Next Friend of Petitioner )
Riyadh Ateek Ali Abdu Al Haj )
)
Abdul Aziz Naji, )
Detainee, )
Guantanamo Bay Naval Station )
Guantanamo Bay, Cuba; )
)
Mohammed Hamid Qurany, )
Detainee, )
Guantanamo Bay Naval Station )
Guantanamo Bay, Cuba; )
)
Abdurahman LNU, )
Detainee, )
Guantanamo Bay Naval Station )
Guantanamo Bay, Cuba; )
)
Tarek LNU, )
Detainee, )
Guantanamo Bay Naval Station )
Guantanamo Bay, Cuba; )
)
Abu Hadaifa, )
Detainee, )
Guantanamo Bay Naval Station )
Guantanamo Bay, Cuba; )
)
Hasan Yaunas Balgaid, )
Detainee, )
Guantanamo Bay Naval Station )
Guantanamo Bay, Cuba; )
)
Omar Kalifa Mohammed, )
Detainee, )
Guantanamo Bay Naval Station )
Guantanamo Bay, Cuba; )
)
Abdal Rauf Asibi, )
Detainee, )
Guantanamo Bay Naval Station )
Guantanamo Bay, Cuba; )
)
Abdal Razak Ali, )

Detainee,                                        )
Guantanamo Bay Naval Station                     )
Guantanamo Bay, Cuba;                            )
                                                 )
Faris Darnawi,                                   )
        Detainee,                                )
        Guantanamo Bay Naval Station             )
        Guantanamo Bay, Cuba;                    )
                                                 )
Saib Darnawi,                                    )
        Detainee,                                )
        Guantanamo Bay Naval Station             )
        Guantanamo Bay, Cuba;                    )
                                                 )
Salih LNU,                                       )
        Detainee,                                )
        Guantanamo Bay Naval Station             )
        Guantanamo Bay, Cuba;                    )
                                                 )
Muhammed Dawood,                                 )
        Detainee,                                )
        Guantanamo Bay Naval Station             )
        Guantanamo Bay, Cuba;                    )
                                                 )
Mohammed Rimi,                                   )
        Detainee,                                )
        Guantanamo Bay Naval Station             )
        Guantanamo Bay, Cuba;                    )
                                                 )
Ahmed Tripoli,                                   )
        Detainee,                                )
        Guantanamo Bay Naval Station             )
        Guantanamo Bay, Cuba;                    )
                                                 )
Moosa LNU,                                       )
        Detainee,                                )
        Guantanamo Bay Naval Station             )
        Guantanamo Bay, Cuba;                    )
                                                 )
Maher LNU,                                       )
        Detainee,                                )
        Guantanamo Bay Naval Station             )
        Guantanamo Bay, Cuba;                    )
                                                 )
Said Al Russi,                                   )
        Detainee,                                )
        Guantanamo Bay Naval Station             )
        Guantanamo Bay, Cuba;                    )

Mohammed Harbi,
    Detainee,
    Guantanamo Bay Naval Station
    Guantanamo Bay, Cuba;

Mohammed Zahrani,
    Detainee,
    Guantanamo Bay Naval Station
    Guantanamo Bay, Cuba;

Abdullah Ajaibi,
    Detainee,
    Guantanamo Bay Naval Station
    Guantanamo Bay, Cuba;

Abdullah Hamid Musleh Qahtany,
    Detainee,
    Guantanamo Bay Naval Station
    Guantanamo Bay, Cuba;

Mohammed Abdur Rahman,
    ISN # 894
    Detainee,
    Guantanamo Bay Naval Station
    Guantanamo Bay, Cuba;

Omar Ramah,
    Detainee,
    Guantanamo Bay Naval Station
    Guantanamo Bay, Cuba;

Ahmed Omar,
    Detainee,
    Guantanamo Bay Naval Station
    Guantanamo Bay, Cuba;

Ali Waili Khavimi,
    Detainee,
    Guantanamo Bay Naval Station
    Guantanamo Bay, Cuba;

Ghalib Fahani,
    Detainee,
    Guantanamo Bay Naval Station
    Guantanamo Bay, Cuba;

Fadl Dahimi,

**Detainee,**
**Guantanamo Bay Naval Station**
**Guantanamo Bay, Cuba;**                    )
                                             )
                                             )
                                             )
**Slaim Harbi,**                             )
    **Detainee,**         )
    **Guantanamo Bay Naval Station**  )
    **Guantanamo Bay, Cuba;**  )
                                             )
**Omar Deghayes,**                           )
    **as the Next Friend of the above-named**  )
    **Petitioners from Abdul Aziz Naji to**  )
    **Ali Waili Khavimi;**     )
                                             )
**Nabil Hadj,**                              )
    **Detainee,**             )
    **Guantanamo Bay Naval Station**  )
    **Guantanamo Bay, Cuba;**  )
                                             )
**Hadj Arab Nabil,**                         )
    **Detainee,**             )
    **Guantanamo Bay Naval Station**  )
    **Guantanamo Bay, Cuba;**  )
                                             )
**Jabbarov Oybek Jamolovich,**               )
    **Detainee,**             )
    **Guantanamo Bay Naval Station**  )
    **Guantanamo Bay, Cuba;**  )
                                             )
                                             )
*Petitioners*,                               )
                                             )
                                             )    **PETITION FOR WRIT**
                                             )    **OF HABEAS CORPUS**
**v.**                                       )
                                             )
                                             )    **No. _____**
                                             )
**GEORGE W. BUSH,**                          )
    **President of the United States**  )
    **The White House**       )
    **1600 Pennsylvania Ave., N.W.**  )
    **Washington, D.C. 20500;**  )
                                             )
**DONALD RUMSFELD,**                         )
    **Secretary, United States**  )
    **Department of Defense**  )
    **1000 Defense Pentagon**  )

Washington, D.C. 20301-1000;                    )
                                                )
ARMY BRIG. GEN. JAY HOOD,                       )
    Commander, Joint Task Force - GTMO    )
    JTF-GTMO                              )
    APO AE 09360; and                     )
                                                )
ARMY COL. MIKE BUMGARNER,                       )
    Commander, Joint Detention            )
      Operations Group, JTF - GTMO       )
    JTF-GTMO                              )
    APO AE 09360,                         )
                                                )
*Respondents*.                                  )

## PETITION FOR WRIT OF HABEAS CORPUS

Petitioners seek the Great Writ. The Petitioners (collectively "Petitioners-Detainees") act on their own behalf and through their Next Friends, family members or detainees incarcerated in Guantánamo who have agreed to act as Petitioners' Next Friends in order to assist them with getting access to court. Petitioners are civilians wrongly classified as "enemy combatants" by the President of the United States, and are being held virtually *incommunicado* in military custody at the United States Naval Station in Guantánamo Bay, Cuba ("Guantánamo"). Their detention is without lawful basis, without charge, and without access to counsel or any fair process by which they might challenge their detention. Petitioners are being held under color and authority of the Executive, in violation of the Constitution, laws, and treaties of the United States, in violation of the fundamental due process principles of the common law, and in violation of customary international law. Accordingly, this Court should issue a Writ of Habeas Corpus compelling Respondents either to release the Petitioners-Detainees or establish in this Court a lawful basis for Petitioner-Detainees' detention. This Court should also order injunctive and declaratory relief.

## I.
## JURISDICTION

1.  Petitioners bring this action under 28 U.S.C. §§ 2241(a), (c)(1) and (c)(3), and 2242. Petitioners further invoke this Court's jurisdiction under 28 U.S.C. §§ 1331, 1350, 1651, 2201, and 2202; 5 U.S.C. § 702; Articles I and II of, and the Fifth and Sixth Amendments to the United States Constitution. Because they seek declaratory relief, Petitioners also rely upon Fed. R. Civ. P. 57.

2.  This Court is empowered to declare the rights and other legal relations of the parties in this matter by 28 U.S.C. § 2201, and to effectuate and enforce declaratory relief by all necessary and proper means by 28 U.S.C. § 2202, as this case involves an actual

controversy within the Court's jurisdiction, and to issue all writs necessary or appropriate in aid of its jurisdiction by 28 U.S.C. § 1651.

## II.
## PARTIES

3.  Petitioner **Amer Mohammon, ISN # 939,** is a citizen of Algeria who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Mohammon seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

4.  Petitioner **Jamil El-Banna** is a detainee who has known Petitioner Mohammon for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Mohammon has been denied access to legal counsel and to the courts of the United States, Jamil El-Banna acts as his Next Friend. *See* Declaration of Clive Stafford Smith, sworn to on December 11, 2005 ("Stafford Smith Declaration"), at ¶2; Exhibit 1. Upon information and belief, on his own and through the help of friends, Petitioner Mohammon has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Jamil El-Banna acts as Next Friend in order to assist Petitioner Mohammon in seeking redress for these grievances. Petitioner Jamil El-Banna is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

5.  Petitioner **Boucetta Fihi, ISN # 718,** is a citizen of Algeria who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Fihi seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

6.  Petitioner **Jamil El-Banna** is a detainee who has known Petitioner Fihi for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-

detainee Fihi has been denied access to legal counsel and to the courts of the United States, Jamil El-Banna acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 1. Upon information and belief, on his own and through the help of friends, Petitioner Fihi has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Jamil El-Banna acts as Next Friend in order to assist Petitioner Fihi in seeking redress for these grievances. Petitioner Jamil El-Banna is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

7.  Petitioner **Elham Bataif, ISN # 084,** is a citizen of Uzbekistan who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Bataif seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

8.  Petitioner **Jamil El-Banna** is a detainee who has known Petitioner Bataif for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Bataif has been denied access to legal counsel and to the courts of the United States, Jamil El-Banna acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 1. Upon information and belief, on his own and through the help of friends, Petitioner Bataif has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Jamil El-Banna acts as Next Friend in order to assist Petitioner Bataif in seeking redress for these grievances. Petitioner Jamil El-Banna is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

9.  Petitioner **Sofiane Mohammed Berhoumi, ISN # 694,** is a citizen of Algeria who is presently incarcerated and held in Respondents' unlawful custody and control at

Guantánamo. Petitioner Berhoumi seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

10. Petitioner **Bisher Al Rawi** is a detainee who has known Petitioner Berhoumi for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Berhoumi has been denied access to legal counsel and to the courts of the United States, Bisher Al Rawi acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 19. Upon information and belief, on his own and through the help of friends, Petitioner Berhoumi has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Bisher Al Rawi acts as Next Friend in order to assist Petitioner Berhoumi in seeking redress for these grievances. Petitioner Bisher Al Rawi is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

11. Petitioner **Abin Alhamed Abid Alsallam Alkesawi, ISN # 654,** is a citizen of Libya who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Alkesawi seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

12. Petitioner **Bisher Al Rawi** is a detainee who has known Petitioner Alkesawi for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Alkesawi has been denied access to legal counsel and to the courts of the United States, Bisher Al Rawi acts as his Next Friend. *See* Declaration of Barbara Olshansky, sworn to on December 12, 2005 ("Olshansky Declaration"); Exhibit N. Upon information and belief, on his own and through the help of friends, Petitioner Alkesawi has tried repeatedly to contact his family and speak to authorities about his condition and

unlawful custody. *Id.* at ¶¶16, 17. Petitioner Bisher Al Rawi acts as Next Friend in order to assist Petitioner Alkesawi in seeking redress for these grievances. Petitioner Bisher Al Rawi is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

13. Petitioner **Mohammed Abdullah Taha Mattan, ISN # 684,** is a citizen of Palestine who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Mattan seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

14. Petitioner **Bisher Al Rawi** is a detainee who has known Petitioner Mattan for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Mattan has been denied access to legal counsel and to the courts of the United States, Bisher Al Rawi acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 19. Upon information and belief, on his own and through the help of friends, Petitioner Mattan has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Bisher Al Rawi acts as Next Friend in order to assist Petitioner Mattan in seeking redress for these grievances. Petitioner Bisher Al Rawi is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

15. Petitioner **Mohammed Al Palestini** is a citizen of Palestine who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Al Palestini seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

16. Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Al Palestini for a significant portion of the duration of their incarceration in Guantánamo. Because

his friend and co-detainee Al Palestini has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 22. Upon information and belief, on his own and through the help of friends, Petitioner Al Palestini has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Al Palestini in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

17. Petitioner **Saleh Mohammed Ali Azoba, ISN # 501,** is a citizen of Yemen who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Ali Azoba seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

18. Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Ali Azoba for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Ali Azoba has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 22. Upon information and belief, on his own and through the help of friends, Petitioner Ali Azoba has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Ali Azoba in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also

presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

19. Petitioner **Abdul Salam Deiff** is a citizen of Afghanistan who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Deiff seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

20. Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Deiff for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Deiff has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Deiff has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Deiff in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

21. Petitioner **Omar LNU** is a citizen of Afghanistan who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Omar seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

22. Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Omar for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Omar has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith

Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Omar has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Omar in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

23.    Petitioner **Abdul Haq** is a citizen of Afghanistan who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Haq seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

24.    Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Haq for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Haq has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Haq has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Haq in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

25.    Petitioner **Abd Al Zaher** is a citizen of Azerbajian who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Al Zaher seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

26.    Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Al Zaher for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Al Zaher has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Al Zaher has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Al Zaher in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

27.    Petitioner **Abu Rahan** is a citizen of Bangladesh who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Rahan seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

28.    Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Rahan for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Rahan has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Rahan has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Rahan in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently

incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

29.     Petitioner **Alla Al Mossary** is a citizen of Egypt who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Al Mossary seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

30.     Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Al Mossary for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Al Mossary has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Al Mossary has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Al Mossary in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

31.     Petitioner **Najeeb LNU** is a citizen of Morocco who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Najeeb seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

32.     Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Najeeb for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Najeeb has been denied access to legal counsel and to the courts of

the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Najeeb has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Najeeb in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

33.    Petitioner **Sad Al Gahtani, ISN # 200,** is a citizen of Saudi Arabia who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Al Gahtani seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

34.    Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Al Gahtani for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Al Gahtani has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Al Gahtani has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Al Gahtani in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

35.    Petitioner **Fahd Al Fawzan** is a citizen of Saudi Arabia who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Al Fawzan seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

36.    Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Al Fawzan for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Al Fawzan has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Al Fawzan has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Al Fawzan in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

37.    Petitioner **Rashed Al Qamdi** is a citizen of Saudi Arabia who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Al Qamdi seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

38.    Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Al Qamdi for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Al Qamdi has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and

through the help of friends, Petitioner Al Qamdi has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Al Qamdi in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

39.    Petitioner **Bandar Al Shaibani** is a citizen of Saudi Arabia who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Al Shaibani seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

40.    Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Al Shaibani for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Al Shaibani has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Al Shaibani has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Al Shaibani in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

41.    Petitioner **Mashal LNU** is a citizen of Saudi Arabia who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Mashal

seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

42.     Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Mashal for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Mashal has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Mashal has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Mashal in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

43.     Petitioner **Khald Al Barkati** is a citizen of Saudi Arabia who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Al Barkati seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

44.     Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Al Barkati for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Al Barkati has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2 Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Al Barkati has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner

Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Al Barkati in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

45.   Petitioner **Abdulal Al Thani** is a citizen of Saudi Arabia who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Al Thani seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

46.   Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Al Thani for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Al Thani has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Al Thani has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Al Thani in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

47.   Petitioner **Abu Rad Al Jofi** is a citizen of Saudi Arabia who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Abu Rad Al Jofi seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

48.   Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Abu Rad Al Jofi for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Abu Rad Al Jofi has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Abu Rad Al Jofi has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Abu Rad Al Jofi in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

49.   Petitioner **Abu Ahmed Al Jofi** is a citizen of Saudi Arabia who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Abu Ahmed Al Jofi seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

50.   Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Abu Ahmed Al Jofi for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Abu Ahmed Al Jofi has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Abu Ahmed Al Jofi has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Abu Ahmed Al Jofi in seeking redress for these grievances. Petitioner

Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

51. Petitioner **Abdulal LNU** is a citizen of Saudi Arabia who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Abdulal seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

52. Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Abdulal for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Abdulal has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Abdulal has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Abdulal in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

53. Petitioner **Sad Al Materi** is a citizen of Saudi Arabia who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Al Materi seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

54. Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Al Materi for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Al Materi has been denied access to legal counsel and to the

courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Al Materi has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Al Materi in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

55.   Petitioner **Seed Farha** is a citizen of Saudi Arabia who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Farha seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

56.   Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Farha for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Farha has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Farha has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Farha in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

57.   Petitioner **Saleh LNU** is a citizen of Saudi Arabia who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Saleh seeks a

writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

58. Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Saleh for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Saleh has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Saleh has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Saleh in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

59. Petitioner **Maged LNU** is a citizen of Palestine who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Maged seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

60. Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Maged for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Maged has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Maged has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Maged in seeking

redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

61. Petitioner **Zeyad Al Gassmy** is a citizen of Saudi Arabia who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Al Gassmy seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

62. Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Al Gassmy for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Al Gassmy has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Al Gassmy has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Al Gassmy in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

63. Petitioner **Adel Hassan** is a citizen of Sudan who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Hassan seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

64. Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Hassan for a significant portion of the duration of their incarceration in Guantánamo. Because his

friend and co-detainee Hassan has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Hassan has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Hassan in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

65. Petitioner **Hamad LNU** is a citizen of Sudan who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Hamad seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

66. Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Hamad for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Hamad has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Hamad has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Hamad in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

67. Petitioner **Amir LNU** is a citizen of Sudan who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Amir seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

68. Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Amir for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Amir has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Amir has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Amir in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

69. Petitioner **Abu Ahmed** is a citizen of Sudan who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Ahmed seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

70. Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Ahmed for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Ahmed has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Ahmed has tried repeatedly to contact his family and speak to

authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Ahmed in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

71.   Petitioner **Waleed LNU** is a citizen of Sudan who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Waleed seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

72.   Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Waleed for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Waleed has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Waleed has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Waleed in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

73.   Petitioner **Samir LNU** is a citizen of Sudan who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Samir seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

74.    Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Samir for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Samir has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Samir has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Samir in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

75.    Petitioner **Yagoob Al Soury** is a citizen of Syria who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Al Soury seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

76.    Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Al Soury for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Al Soury has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Al Soury has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Al Soury in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently

incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

77. Petitioner **Abdul Rhman** is a citizen of Tajikistan who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Rhman seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

78. Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Rhman for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Rhman has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Rhman has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Rhman in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

79. Petitioner **Zaker Chan** is a citizen of Tajikistan who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Chan seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

80. Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Chan for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Chan has been denied access to legal counsel and to the courts of

the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Chan has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Chan in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

81. Petitioner **Adel Al Tunisi** is a citizen of Tunisia who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Al Tunisi seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

82. Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Al Tunisi for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Al Tunisi has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Al Tunisi has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Al Tunisi in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

83. Petitioner **Sader LNU** is a citizen of Turkistan, China who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Sader

seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

84.  Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Sader for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Sader has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Sader has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Sader in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

85.  Petitioner **Ali Al Kazmi, ISN # 172,** is a citizen of Yemen who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Al Kazmi seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

86.  Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Al Kazmi for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Al Kazmi has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Al Kazmi has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Al Kazmi in seeking

redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

87. Petitioner **Khader LNU** is a citizen of Yemen who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Khader seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

88. Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Khader for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Khader has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Khader has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Khader in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

89. Petitioner **Mohsen LNU** is a citizen of Yemen who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Mohsen seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

90. Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Mohsen for a significant portion of the duration of their incarceration in Guantánamo. Because his

friend and co-detainee Mohsen has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Mohsen has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Mohsen in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

91.   Petitioner **Abdul Rahman** is a citizen of Yemen who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Rahman seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

92.   Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Rahman for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Rahman has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Rahman has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Rahman in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

93.   Petitioner **Fahd LNU** is a citizen of Yemen who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Fahd seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

94.   Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Fahd for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Fahd has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Fahd has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Fahd in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

95.   Petitioner **Mustafa Al Shamili** is a citizen of Yemen who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Al Shamili seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

96.   Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Al Shamili for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Al Shamili has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Al Shamili has tried repeatedly to contact his

family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Al Shamili in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

97.    Petitioner **Osama LNU** is a citizen of Yemen who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Osama seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

98.    Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Osama for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Osama has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Osama has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Osama in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

99.    Petitioner **Mohamed Hmadi** is a citizen of Yemen who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Hmadi seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

100.  Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Hmadi for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Hmadi has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Hmadi has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Hmadi in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

101.  Petitioner **Fahmi LNU** is a citizen of Yemen who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Fahmi seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

102.  Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Fahmi for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Fahmi has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Fahmi has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Fahmi in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently

incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

103.   Petitioner **Esam LNU** is a citizen of Yemen who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Esam seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

104.   Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Esam for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Esam has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Esam has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Esam in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

105.   Petitioner **Mohamed Ali** is a citizen of Yemen who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Ali seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

106.   Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Ali for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Ali has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith

Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Ali has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Ali in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

107.    Petitioner **Edress LNU** is a citizen of Yemen who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Edress seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

108.    Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Edress for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Edress has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Edress has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Edress in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

109.    Petitioner **Sharaf Al Sanani** is a citizen of Yemen who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Al Sanani

seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

110. Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Al Sanani for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Al Sanani has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Al Sanani has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Al Sanani Al Sanani in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

111. Petitioner **Seed LNU** is a citizen of Yemen who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Seed seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

112. Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Seed for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Seed has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Seed has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami

Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Seed in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

113. Petitioner **Mahamoud Al Bhar** is a citizen of Yemen who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Al Bhar seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

114. Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Al Bhar for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Al Bhar has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Al Bhar has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Al Bhar in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

115. Petitioner **Khald LNU** is a citizen of Yemen who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Khald seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

116. Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Khald for a significant portion of the duration of their incarceration in Guantánamo. Because his

friend and co-detainee Khald has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Khald has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Khald in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

117. Petitioner **Ali Al Qatari** is a citizen of Yemen who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Al Qatari seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

118. Petitioner **Sami Muhyedin al Hajj** is a detainee who has known Petitioner Al Qatari for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Al Qatari has been denied access to legal counsel and to the courts of the United States, Sami Muhyedin al Hajj acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 2. Upon information and belief, on his own and through the help of friends, Petitioner Al Qatari has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Sami Muhyedin al Hajj acts as Next Friend in order to assist Petitioner Al Qatari in seeking redress for these grievances. Petitioner Sami Muhyedin al Hajj is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

119.    Petitioner **Maher El Falesteny, ISN # 519,** is a citizen of Palestine who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner El Falesteny seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention. *See* Olshansky Declaration; Exhibit M.

120.    Petitioner **Abdunoor (a/k/a Abdurahman),** is a citizen of Algeria who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Abdunoor seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

121.    Petitioner **Jamal Abdullah Kiyemba** is a detainee who has known Petitioner Abdunoor for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Abdunoor has been denied access to legal counsel and to the courts of the United States, Jamal Kiyemba acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 6. Upon information and belief, on his own and through the help of friends, Petitioner Abdunoor has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Jamal Abdullah Kiyemba acts as Next Friend in order to assist Petitioner Abdunoor in seeking redress for these grievances. Petitioner Jamal Abdullah Kiyemba is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

122.    Petitioner **Dr. Abu Muhammad,** ISN #039, is a citizen of Algeria who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Dr. Abu Muhammad seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

123.    Petitioner **Jamal Abdullah Kiyemba** is a detainee who has known Petitioner Dr. Abu Muhammad for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Dr. Abu Muhammad has been denied access to legal counsel and to the courts of the United States, Jamal Kiyemba acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 5. Upon information and belief, on his own and through the help of friends, Petitioner Dr. Abu Muhammad has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Jamal Abdullah Kiyemba acts as Next Friend in order to assist Petitioner Dr. Abu Muhammad in seeking redress for these grievances. Petitioner Jamal Abdullah Kiyemba is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

124.    Petitioner **Shafiq LNU** is a citizen of Algeria who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Shafiq seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

125.    Petitioner **Jamal Abdullah Kiyemba** is a detainee who has known Petitioner Shafiq for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Shafiq has been denied access to legal counsel and to the courts of the United States, Jamal Kiyemba acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 5. Upon information and belief, on his own and through the help of friends, Petitioner Shafiq has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Jamal Abdullah Kiyemba acts as Next Friend in order to assist Petitioner Shafiq in seeking redress for these grievances. Petitioner Jamal Abdullah Kiyemba is also presently

incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

126. Petitioner **Nabil LNU** is a citizen of Algeria who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Nabil seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

127. Petitioner **Jamal Abdullah Kiyemba** is a detainee who has known Petitioner Nabil for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Nabil has been denied access to legal counsel and to the courts of the United States, Jamal Kiyemba acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 5. Upon information and belief, on his own and through the help of friends, Petitioner Nabil has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Jamal Abdullah Kiyemba acts as Next Friend in order to assist Petitioner Nabil in seeking redress for these grievances. Petitioner Jamal Abdullah Kiyemba is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

128. Petitioner **Ridwaan Al Magrebi** is a citizen of Morocco who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Al Magrebi seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

129. Petitioner **Jamal Abdullah Kiyemba** is a detainee who has known Petitioner Al Magrebi for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Al Magrebi has been denied access to legal counsel and to the

courts of the United States, Jamal Abdullah Kiyemba acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 5. Upon information and belief, on his own and through the help of friends, Petitioner Al Magrebi has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Jamal Abdullah Kiyemba acts as Next Friend in order to assist Petitioner Al Magrebi in seeking redress for these grievances. Petitioner Jamal Abdullah Kiyemba is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

130.    Petitioner **Salman Al Bahri** is a citizen of Saudi Arabia who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Al Bahri seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

131.    Petitioner **Jamal Abdullah Kiyemba** is a detainee who has known Petitioner Al Bahri for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Al Bahri has been denied access to legal counsel and to the courts of the United States, Jamal Abdullah Kiyemba acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 5. Upon information and belief, on his own and through the help of friends, Petitioner Al Bahri has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Jamal Abdullah Kiyemba acts as Next Friend in order to assist Petitioner Al Bahri in seeking redress for these grievances. Petitioner Jamal Abdullah Kiyemba is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

132.    Petitioner **Fahd Al Haraazi** is a citizen of Saudi Arabia who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Al Haraazi seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

133.    Petitioner **Jamal Abdullah Kiyemba** is a detainee who has known Petitioner Al Haraazi for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Al Haraazi has been denied access to legal counsel and to the courts of the United States, Jamal Abdullah Kiyemba acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 5. Upon information and belief, on his own and through the help of friends, Petitioner Al Haraazi has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Jamal Abdullah Kiyemba acts as Next Friend in order to assist Petitioner Al Haraazi in seeking redress for these grievances. Petitioner Jamal Abdullah Kiyemba is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

134.    Petitioner **Yusuf Asshihri** is a citizen of Saudi Arabia who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Asshihri seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

135.    Petitioner **Jamal Abdullah Kiyemba** is a detainee who has known Petitioner Asshihri for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Asshihri has been denied access to legal counsel and to the courts of the United States, Jamal Abdullah Kiyemba acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 5. Upon information and belief, on his own

and through the help of friends, Petitioner Asshihri has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Jamal Abdullah Kiyemba acts as Next Friend in order to assist Petitioner Asshihri in seeking redress for these grievances. Petitioner Jamal Abdullah Kiyemba is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

136.    Petitioner **Faisil LNU** is a citizen of Saudi Arabia who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Faisil seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

137.    Petitioner **Jamal Abdullah Kiyemba** is a detainee who has known Petitioner Faisil for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Faisil has been denied access to legal counsel and to the courts of the United States, Jamal Abdullah Kiyemba acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 5. Upon information and belief, on his own and through the help of friends, Petitioner Faisil has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Jamal Abdullah Kiyemba acts as Next Friend in order to assist Petitioner Faisil in seeking redress for these grievances. Petitioner Jamal Abdullah Kiyemba is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

138.    Petitioner **Hammad LNU** is a citizen of Sudan who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Hammad seeks a

writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

139.    Petitioner **Jamal Abdullah Kiyemba** is a detainee who has known Petitioner Hammad for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Hammad has been denied access to legal counsel and to the courts of the United States, Jamal Abdullah Kiyemba acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 5. Upon information and belief, on his own and through the help of friends, Petitioner Hammad has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Jamal Abdullah Kiyemba acts as Next Friend in order to assist Petitioner Hammad in seeking redress for these grievances. Petitioner Jamal Abdullah Kiyemba is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

140.    Petitioner **Mahmood LNU** is a citizen of Sudan who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Mahmood seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

141.    Petitioner **Jamal Abdullah Kiyemba** is a detainee who has known Petitioner Mahmood for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Mahmood has been denied access to legal counsel and to the courts of the United States, Jamal Abdullah Kiyemba acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 5. Upon information and belief, on his own and through the help of friends, Petitioner Mahmood has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17.

Petitioner Jamal Abdullah Kiyemba acts as Next Friend in order to assist Petitioner Mahmood in seeking redress for these grievances. Petitioner Jamal Abdullah Kiyemba is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

142.    Petitioner **Walid LNU** is a citizen of Sudan who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Walid seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

143.    Petitioner **Jamal Abdullah Kiyemba** is a detainee who has known Petitioner Walid for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Walid has been denied access to legal counsel and to the courts of the United States, Jamal Abdullah Kiyemba acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 5. Upon information and belief, on his own and through the help of friends, Petitioner Walid has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Jamal Abdullah Kiyemba acts as Next Friend in order to assist Petitioner Walid in seeking redress for these grievances. Petitioner Jamal Abdullah Kiyemba is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

144.    Petitioner **Bilal LNU** is a citizen of Syria who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Bilal seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

145.    Petitioner **Jamal Abdullah Kiyemba** is a detainee who has known Petitioner Bilal for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Bilal has been denied access to legal counsel and to the courts of the United States, Jamal Abdullah Kiyemba acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 5. Upon information and belief, on his own and through the help of friends, Petitioner Bilal has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Jamal Abdullah Kiyemba acts as Next Friend in order to assist Petitioner Bilal in seeking redress for these grievances. Petitioner Jamal Abdullah Kiyemba is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

146.    Petitioner **Saif Ullah** is a citizen of Tunisia who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Ullah seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

147.    Petitioner **Jamal Abdullah Kiyemba** is a detainee who has known Petitioner Ullah for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Ullah has been denied access to legal counsel and to the courts of the United States, Jamal Abdullah Kiyemba acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 5. Upon information and belief, on his own and through the help of friends, Petitioner Ullah has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Jamal Abdullah Kiyemba acts as Next Friend in order to assist Petitioner Ullah in seeking redress for these grievances. Petitioner Jamal Abdullah Kiyemba is also presently

incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

148.   Petitioner **Abdallah LNU** is a citizen of Tunisia who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Abdallah seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

149.   Petitioner **Jamal Abdullah Kiyemba** is a detainee who has known Petitioner Abdallah for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Abdallah has been denied access to legal counsel and to the courts of the United States, Jamal Abdullah Kiyemba acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 5. Upon information and belief, on his own and through the help of friends, Petitioner Abdallah has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Jamal Abdullah Kiyemba acts as Next Friend in order to assist Petitioner Abdallah in seeking redress for these grievances. Petitioner Jamal Abdullah Kiyemba is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

150.   Petitioner **Adil LNU** is a citizen of Tunisia who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Adil seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

151.   Petitioner **Jamal Abdullah Kiyemba** is a detainee who has known Petitioner Adil for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Adil has been denied access to legal counsel and to the courts of

the United States, Jamal Abdullah Kiyemba acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 5. Upon information and belief, on his own and through the help of friends, Petitioner Adil has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Jamal Abdullah Kiyemba acts as Next Friend in order to assist Petitioner Adil in seeking redress for these grievances. Petitioner Jamal Abdullah Kiyemba is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

152. Petitioner **Saalih LNU** is a citizen of Turkey who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Saalih seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

153. Petitioner **Jamal Abdullah Kiyemba** is a detainee who has known Petitioner Saalih for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Saalih has been denied access to legal counsel and to the courts of the United States, Jamal Abdullah Kiyemba acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 5. Upon information and belief, on his own and through the help of friends, Petitioner Saalih has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Jamal Abdullah Kiyemba acts as Next Friend in order to assist Petitioner Saalih in seeking redress for these grievances. Petitioner Jamal Abdullah Kiyemba is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

154. Petitioner **Abdullah LNU** is a citizen of Uzbekistan who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Abdullah

seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

155. Petitioner **Jamal Abdullah Kiyemba** is a detainee who has known Petitioner Abdullah for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Abdullah has been denied access to legal counsel and to the courts of the United States, Jamal Abdullah Kiyemba acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 5. Upon information and belief, on his own and through the help of friends, Petitioner Abdullah has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Jamal Abdullah Kiyemba acts as Next Friend in order to assist Petitioner Abdullah in seeking redress for these grievances. Petitioner Jamal Abdullah Kiyemba is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

156. Petitioner **Ali LNU** is a citizen of Uzbekistan who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Ali seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

157. Petitioner **Jamal Abdullah Kiyemba** is a detainee who has known Petitioner Ali for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Ali has been denied access to legal counsel and to the courts of the United States, Jamal Abdullah Kiyemba acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 5. Upon information and belief, on his own and through the help of friends, Petitioner Ali has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Jamal

Abdullah Kiyemba acts as Next Friend in order to assist Petitioner Ali in seeking redress for these grievances. Petitioner Jamal Abdullah Kiyemba is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

158. Petitioner **Fahd Abu Hafsa** is a citizen of Yemen who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Hafsa seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

159. Petitioner **Jamal Abdullah Kiyemba** is a detainee who has known Petitioner Hafsa for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Hafsa has been denied access to legal counsel and to the courts of the United States, Jamal Abdullah Kiyemba acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 5. Upon information and belief, on his own and through the help of friends, Petitioner Hafsa has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Jamal Abdullah Kiyemba acts as Next Friend in order to assist Petitioner Hafsa in seeking redress for these grievances. Petitioner Jamal Abdullah Kiyemba is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

160. Petitioner **Abdurahman LNU** is a citizen of Yemen who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Abdurahman seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

161. Petitioner **Jamal Abdullah Kiyemba** is a detainee who has known Petitioner Abdurahman for a significant portion of the duration of their incarceration in

Guantánamo. Because his friend and co-detainee Abdurahman has been denied access to legal counsel and to the courts of the United States, Jamal Abdullah Kiyemba acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 5. Upon information and belief, on his own and through the help of friends, Petitioner Abdurahman has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Jamal Abdullah Kiyemba acts as Next Friend in order to assist Petitioner Abdurahman in seeking redress for these grievances. Petitioner Jamal Abdullah Kiyemba is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

162.    Petitioner **Abdurrahman LNU, ISN #659,** is a citizen of Algeria who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Abdurrachman seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

163.    Petitioner **Binyam Mohammed** is a detainee who has known Petitioner Abdurrachman for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Abdurrachman has been denied access to legal counsel and to the courts of the United States, Binyam Mohammed acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 3. Upon information and belief, on his own and through the help of friends, Petitioner Abdurrachman has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Binyam Mohammed acts as Next Friend in order to assist Petitioner Abdurrachman in seeking redress for these grievances. Petitioner Binyam Mohammed is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

164.  Petitioner **Ahmed Ben Bacha,** ISN #290, is a citizen of Algeria who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Bacha seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

165.  Petitioner **Binyam Mohammed** is a detainee who has known Petitioner Bacha for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Bacha has been denied access to legal counsel and to the courts of the United States, Binyam Mohammed acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 17. Upon information and belief, on his own and through the help of friends, Petitioner Bacha has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Binyam Mohammed acts as Next Friend in order to assist Petitioner Bacha in seeking redress for these grievances. Petitioner Binyam Mohammed is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

166.  Petitioner **Badr LNU,** ISN #1461, is a citizen of Pakistan who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Badr seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

167.  Petitioner **Binyam Mohammed** is a detainee who has known Petitioner Badr for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Badr has been denied access to legal counsel and to the courts of the United States, Binyam Mohammed acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 3. Upon information and belief, on his own and through the help of friends, Petitioner Badr has tried repeatedly to contact his family and speak to

authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Binyam Mohammed acts as Next Friend in order to assist Petitioner Badr in seeking redress for these grievances. Petitioner Binyam Mohammed is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

168. Petitioner **Abdulaziz LNU, ISN #687,** is a citizen of Saudi Arabia who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Abdulaziz seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

169. Petitioner **Binyam Mohammed** is a detainee who has known Petitioner Abdulaziz for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Abdulaziz has been denied access to legal counsel and to the courts of the United States, Binyam Mohammed acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 17. Upon information and belief, on his own and through the help of friends, Petitioner Abdulaziz has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Binyam Mohammed acts as Next Friend in order to assist Petitioner Abdulaziz in seeking redress for these grievances. Petitioner Jamal Kiyemba is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

170. Petitioner **Shargowi LNU,** ISN #1457, is a citizen of Yemen who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Shargowi seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

171.    Petitioner **Binyam Mohammed** is a detainee who has known Petitioner Shargowi for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Shargowi has been denied access to legal counsel and to the courts of the United States, Binyam Mohammed acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 3. Upon information and belief, on his own and through the help of friends, Petitioner Shargowi has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Binyam Mohammed acts as Next Friend in order to assist Petitioner Shargowi in seeking redress for these grievances.    Petitioner Binyam Mohammed is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

172.    Petitioner **Sanad Ali Alkaliemi,** ISN #1453, is a citizen of Yemen who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Alkaliemi seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

173.    Petitioner **Binyam Mohammed** is a detainee who has known Petitioner Alkaliemi for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Alkaliemi has been denied access to legal counsel and to the courts of the United States, Binyam Mohammed acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 3. Upon information and belief, on his own and through the help of friends, Petitioner Alkaliemi has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Binyam Mohammed acts as Next Friend in order to assist Petitioner Alkaliemi in seeking redress for these grievances. Petitioner Binyam Mohammed is also presently

incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

174.  Petitioner **Omar Ahmad,** ISN #766, is a citizen of Canada who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Ahmad seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

175.  Petitioner **Shaker Aamer** is a detainee who has known Petitioner Ahmad for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Ahmad has been denied access to legal counsel and to the courts of the United States, Shaker Aamer acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 7. Upon information and belief, on his own and through the help of friends, Petitioner Ahmad has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Shaker Aamer acts as Next Friend in order to assist Petitioner Ahmad in seeking redress for these grievances. Petitioner Shaker Aamer is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

176.  Petitioner **Mohmad Ahmad Al Kara'any,** ISN #269, is a citizen of Chad who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Kara'any seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

177.  Petitioner **Shaker Aamer** is a detainee who has known Petitioner Kara'any for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Kara'any has been denied access to legal counsel and to the courts of the United States, Shaker Aamer acts as his Next Friend. *See* Stafford Smith

Declaration, at ¶2; Exhibit 7. Upon information and belief, on his own and through the help of friends, Petitioner Kara'any has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Shaker Aamer acts as Next Friend in order to assist Petitioner Kara'any in seeking redress for these grievances. Petitioner Shaker Aamer is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

178. Petitioner **Ibraheem Zaidan**, ISN #761, is a citizen of Jordan who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Zaidan seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

179. Petitioner **Shaker Aamer** is a detainee who has known Petitioner Zaidan for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Zaidan has been denied access to legal counsel and to the courts of the United States, Shaker Aamer acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 7. Upon information and belief, on his own and through the help of friends, Petitioner Zaidan has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Shaker Aamer acts as Next Friend in order to assist Petitioner Zaidan in seeking redress for these grievances. Petitioner Shaker Aamer is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

180. Petitioner **Omar Mohamad Khalifah**, ISN #695, is a citizen of Libya who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Khalifah seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

181.  Petitioner **Shaker Aamer** is a detainee who has known Petitioner Khalifah for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Khalifah has been denied access to legal counsel and to the courts of the United States, Shaker Aamer acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 7. Upon information and belief, on his own and through the help of friends, Petitioner Khalifah has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Shaker Aamer acts as Next Friend in order to assist Petitioner Khalifah in seeking redress for these grievances. Petitioner Shaker Aamer is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

182.  Petitioner **Abdulhadi Al Hamami,** ISN #717, is a citizen of Tunisia who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Al Hamami seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

183.  Petitioner **Shaker Aamer** is a detainee who has known Petitioner Al Hamami for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Al Hamami has been denied access to legal counsel and to the courts of the United States, Shaker Aamer acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 7. Upon information and belief, on his own and through the help of friends, Petitioner Al Hamami has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Shaker Aamer acts as Next Friend in order to assist Petitioner Al Hamami in seeking redress for these grievances. Petitioner Shaker Aamer is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

184.  Petitioner **Adel Ben Ahmad Al Hakeemy,** ISN #168, is a citizen of Tunisia who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Hakeemy seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

185.  Petitioner **Shaker Aamer** is a detainee who has known Petitioner Hakeemy for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Hakeemy has been denied access to legal counsel and to the courts of the United States, Shaker Aamer acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 7. Upon information and belief, on his own and through the help of friends, Petitioner Hakeemy has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Shaker Aamer acts as Next Friend in order to assist Petitioner Hakeemy in seeking redress for these grievances. Petitioner Shaker Aamer is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

186.  Petitioner **Omier Ba Atash,** ISN #1456, is a citizen of Yemen who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Atash seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

187.  Petitioner **Shaker Aamer** is a detainee who has known Petitioner Atash for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Atash has been denied access to legal counsel and to the courts of the United States, Shaker Aamer acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 7. Upon information and belief, on his own and through the help of friends, Petitioner Atash has tried repeatedly to contact his family and speak to authorities about

his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Shaker Aamer acts as Next Friend in order to assist Petitioner Atash in seeking redress for these grievances. Petitioner Shaker Aamer is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

188. Petitioner **Abu Mohammed,** ISN #39, is a citizen of Algeria who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Abu Mohammed seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

189. Petitioner **Usama Hasan Abu Kabir** is a detainee who has known Petitioner Abu Mohammed for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Abu Mohammed has been denied access to legal counsel and to the courts of the United States, Usama Hasan Abu Kabir acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 4. Upon information and belief, on his own and through the help of friends, Petitioner Abu Mohammed has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Usama Hasan Abu Kabir acts as Next Friend in order to assist Petitioner Abu Mohammed in seeking redress for these grievances. Petitioner Usama Hasan Abu Kabir is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

190. Petitioner **Dr. Abu Mohammed,** ISN #40, is a citizen of Algeria who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Dr. Abu Mohammed seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

191.    Petitioner **Usama Hasan Abu Kabir** is a detainee who has known Petitioner Dr. Abu
Mohammed for a significant portion of the duration of their incarceration in Guantánamo.
Because his friend and co-detainee Dr. Abu Mohammed has been denied access to legal
counsel and to the courts of the United States, Usama Hasan Abu Kabir acts as his Next
Friend.  *See* Stafford Smith Declaration, at ¶2; Exhibit 4.  Upon information and belief,
on his own and through the help of friends, Petitioner Dr. Abu Mohammed has tried
repeatedly to contact his family and speak to authorities about his condition and unlawful
custody.  *Id.* at ¶¶16, 17.  Petitioner Usama Hasan Abu Kabir acts as Next Friend in order
to assist Petitioner Dr. Abu Mohammed in seeking redress for these grievances.
Petitioner Usama Hasan Abu Kabir is also presently incarcerated and held in
Respondents' unlawful custody and control at Guantánamo.  *Id.* at ¶2.

192.    Petitioner **Abu Abdullah,** is a citizen of Algeria who is presently incarcerated and held in
Respondents' unlawful custody and control at Guantánamo.  Petitioner Abu Abdullah
seeks a writ of habeas corpus compelling Respondents either to release him or to
establish before this Court a lawful basis for his detention.

193.    Petitioner **Usama Hasan Abu Kabir** is a detainee who has known Petitioner Abu
Abdullah for a significant portion of the duration of their incarceration in Guantánamo.
Because his friend and co-detainee Abu Abdullah has been denied access to legal counsel
and to the courts of the United States, Usama Hasan Abu Kabir acts as his Next Friend.
*See* Stafford Smith Declaration, at ¶2; Exhibit 4.  Upon information and belief, on his
own and through the help of friends, Petitioner Abu Abdullah has tried repeatedly to
contact his family and speak to authorities about his condition and unlawful custody.  *Id.*
at ¶¶16, 17.  Petitioner Usama Hasan Abu Kabir acts as Next Friend in order to assist
Petitioner Abu Abdullah in seeking redress for these grievances.  Petitioner Usama Hasan

Abu Kabir is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

194.  Petitioner **Abdurazzak LNU,** ISN #219, is a citizen of Kazakhstan who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Abdurazzak seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

195.  Petitioner **Usama Hasan Abu Kabir** is a detainee who has known Petitioner Abdurazzak for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Abdurazzak has been denied access to legal counsel and to the courts of the United States, Usama Hasan Abu Kabir acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 4. Upon information and belief, on his own and through the help of friends, Petitioner Abdurazzak has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Usama Hasan Abu Kabir acts as Next Friend in order to assist Petitioner Abdurazzak in seeking redress for these grievances. Petitioner Usama Hasan Abu Kabir is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

196.  Petitioner **Abdullah Al Quatany,** is a citizen of Saudi Arabia who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Al Quatany seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

197.  Petitioner **Usama Hasan Abu Kabir** is a detainee who has known Petitioner Al Quatany for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Al Quatany has been denied access to legal counsel and to the

courts of the United States, Usama Hasan Abu Kabir acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 4. Upon information and belief, on his own and through the help of friends, Petitioner Al Quatany has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Usama Hasan Abu Kabir acts as Next Friend in order to assist Petitioner Al Quatany in seeking redress for these grievances. Petitioner Usama Hasan Abu Kabir is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

198.    Petitioner **Jabir Al Quatany,** ISN #650, is a citizen of Saudi Arabia who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Jabir Al Quatany seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

199.    Petitioner **Usama Hasan Abu Kabir** is a detainee who has known Petitioner Jabir Al Quatany for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Jabir Al Quatany has been denied access to legal counsel and to the courts of the United States, Usama Hasan Abu Kabir acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 4. Upon information and belief, on his own and through the help of friends, Petitioner Jabir Al Quatany has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Usama Hasan Abu Kabir acts as Next Friend in order to assist Petitioner Jabir Al Quatany in seeking redress for these grievances. Petitioner Usama Hasan Abu Kabir is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

200.  Petitioner **Zabin Thaha Assammery,** is a citizen of Saudi Arabia who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Assammery seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

201.  Petitioner **Usama Hasan Abu Kabir** is a detainee who has known Petitioner Assammery for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Assammery has been denied access to legal counsel and to the courts of the United States, Usama Hasan Abu Kabir acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 4. Upon information and belief, on his own and through the help of friends, Petitioner Assammery has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Usama Hasan Abu Kabir acts as Next Friend in order to assist Petitioner Assammery in seeking redress for these grievances. Petitioner Usama Hasan Abu Kabir is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

202.  Petitioner **Hamad LNU,** is a citizen of Sudan who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Hamad seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

203.  Petitioner **Usama Hasan Abu Kabir** is a detainee who has known Petitioner Hamad for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Hamad has been denied access to legal counsel and to the courts of the United States, Usama Hasan Abu Kabir acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 4. Upon information and belief, on his own and

through the help of friends, Petitioner Hamad has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Usama Hasan Abu Kabir acts as Next Friend in order to assist Petitioner Hamad in seeking redress for these grievances. Petitioner Usama Hasan Abu Kabir is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

204.    Petitioner **Yakub LNU,** is a citizen of Syria who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Yakub seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

205.    Petitioner **Usama Hasan Abu Kabir** is a detainee who has known Petitioner Yakub for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Yakub has been denied access to legal counsel and to the courts of the United States, Usama Hasan Abu Kabir acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 4. Upon information and belief, on his own and through the help of friends, Petitioner Yakub has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Usama Hasan Abu Kabir acts as Next Friend in order to assist Petitioner Yakub in seeking redress for these grievances. Petitioner Usama Hasan Abu Kabir is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

206.    Petitioner **Jihad LNU** is a citizen of Syria who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Jihad seeks a writ

of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

207.  Petitioner **Usama Hasan Abu Kabir** is a detainee who has known Petitioner Jihad for a significant portion of the duration of their incarceration in Guantánamo.  Because his friend and co-detainee Jihad has been denied access to legal counsel and to the courts of the United States, Usama Hasan Abu Kabir acts as his Next Friend.  *See* Stafford Smith Declaration, at ¶2; Exhibit 4.  Upon information and belief, on his own and through the help of friends, Petitioner Jihad has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody.  *Id.* at ¶¶16, 17.  Petitioner Usama Hasan Abu Kabir acts as Next Friend in order to assist Petitioner Jihad in seeking redress for these grievances.  Petitioner Usama Hasan Abu Kabir is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo.  *Id.* at ¶2.

208.  Petitioner **Bilal LNU** is a citizen of Syria who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo.  Petitioner Bilal seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

209.  Petitioner **Usama Hasan Abu Kabir** is a detainee who has known Petitioner Bilal for a significant portion of the duration of their incarceration in Guantánamo.  Because his friend and co-detainee Bilal has been denied access to legal counsel and to the courts of the United States, Usama Hasan Abu Kabir acts as his Next Friend.  *See* Stafford Smith Declaration, at ¶2; Exhibit 4.  Upon information and belief, on his own and through the help of friends, Petitioner Bilal has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody.  *Id.* at ¶¶16, 17.  Petitioner Usama Hasan Abu Kabir acts as Next Friend in order to assist Petitioner Bilal in seeking redress

for these grievances. Petitioner Usama Hasan Abu Kabir is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

210. Petitioner **Mohammed LNU** is a citizen of Syria who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Mohammed seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

211. Petitioner **Usama Hasan Abu Kabir** is a detainee who has known Petitioner Mohammed for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Mohammed has been denied access to legal counsel and to the courts of the United States, Usama Hasan Abu Kabir acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 4. Upon information and belief, on his own and through the help of friends, Petitioner Mohammed has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Usama Hasan Abu Kabir acts as Next Friend in order to assist Petitioner Mohammed in seeking redress for these grievances. Petitioner Usama Hasan Abu Kabir is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

212. Petitioner **Abu Ahmed** is a citizen of Syria who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Ahmed seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

213. Petitioner **Usama Hasan Abu Kabir** is a detainee who has known Petitioner Ahmed for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Ahmed has been denied access to legal counsel and to the courts

of the United States, Usama Hasan Abu Kabir acts as his Next Friend.  *See* Stafford Smith Declaration, at ¶2; Exhibit 4.  Upon information and belief, on his own and through the help of friends, Petitioner Ahmed has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody.  *Id.* at ¶¶16, 17.  Petitioner Usama Hasan Abu Kabir acts as Next Friend in order to assist Petitioner Ahmed in seeking redress for these grievances.  Petitioner Usama Hasan Abu Kabir is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo.  *Id.* at ¶2.

214.  Petitioner **Abu Rawda** is a citizen of Syria who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo.  Petitioner Rawda seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

215.  Petitioner **Usama Hasan Abu Kabir** is a detainee who has known Petitioner Rawda for a significant portion of the duration of their incarceration in Guantánamo.  Because his friend and co-detainee Rawda has been denied access to legal counsel and to the courts of the United States, Usama Hasan Abu Kabir acts as his Next Friend.  *See* Stafford Smith Declaration, at ¶2; Exhibit 4.  Upon information and belief, on his own and through the help of friends, Petitioner Rawda has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody.  *Id.* at ¶¶16, 17.  Petitioner Usama Hasan Abu Kabir acts as Next Friend in order to assist Petitioner Rawda in seeking redress for these grievances.  Petitioner Usama Hasan Abu Kabir is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo.  *Id.* at ¶2.

216. Petitioner **Abdullah LNU** is a citizen of Syria who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Abdullah seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

217. Petitioner **Usama Hasan Abu Kabir** is a detainee who has known Petitioner Abdullah for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Abdullah has been denied access to legal counsel and to the courts of the United States, Usama Hasan Abu Kabir acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 4. Upon information and belief, on his own and through the help of friends, Petitioner Abdullah has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Usama Hasan Abu Kabir acts as Next Friend in order to assist Petitioner Abdullah in seeking redress for these grievances. Petitioner Usama Hasan Abu Kabir is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

218. Petitioner **Abdul Anasser** is a citizen of Turkestan who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Anasser seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

219. Petitioner **Usama Hasan Abu Kabir** is a detainee who has known Petitioner Anasser for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Anasser has been denied access to legal counsel and to the courts of the United States, Usama Hasan Abu Kabir acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 4. Upon information and belief, on his own and

through the help of friends, Petitioner Anasser has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Usama Hasan Abu Kabir acts as Next Friend in order to assist Petitioner Anasser in seeking redress for these grievances. Petitioner Usama Hasan Abu Kabir is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

220.    Petitioner **Mohammed LNU** is a citizen of Turkestan who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Mohammed seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

221.    Petitioner **Usama Hasan Abu Kabir** is a detainee who has known Petitioner Mohammed for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Mohammed has been denied access to legal counsel and to the courts of the United States, Usama Hasan Abu Kabir acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 4. Upon information and belief, on his own and through the help of friends, Petitioner Mohammed has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Usama Hasan Abu Kabir acts as Next Friend in order to assist Petitioner Mohammed in seeking redress for these grievances. Petitioner Usama Hasan Abu Kabir is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

222.    Petitioner **Abu Baker** is a citizen of Turkestan who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Baker seeks a writ

of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

223.    Petitioner **Usama Hasan Abu Kabir** is a detainee who has known Petitioner Baker for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Baker has been denied access to legal counsel and to the courts of the United States, Usama Hasan Abu Kabir acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 4. Upon information and belief, on his own and through the help of friends, Petitioner Baker has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Usama Hasan Abu Kabir acts as Next Friend in order to assist Petitioner Baker in seeking redress for these grievances. Petitioner Usama Hasan Abu Kabir is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

224.    Petitioner **Khalid LNU** is a citizen of Turkestan who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Khalid seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

225.    Petitioner **Usama Hasan Abu Kabir** is a detainee who has known Petitioner Khalid for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Khalid has been denied access to legal counsel and to the courts of the United States, Usama Hasan Abu Kabir acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 4. Upon information and belief, on his own and through the help of friends, Petitioner Khalid has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Usama Hasan Abu Kabir acts as Next Friend in order to assist Petitioner Khalid in seeking

redress for these grievances.  Petitioner Usama Hasan Abu Kabir is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

226.  Petitioner **Jalal Jalaldin** is a citizen of Turkestan who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo.  Petitioner Jalaldin seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

227.  Petitioner **Usama Hasan Abu Kabir** is a detainee who has known Petitioner Jalaldin for a significant portion of the duration of their incarceration in Guantánamo.  Because his friend and co-detainee Jalaldin has been denied access to legal counsel and to the courts of the United States, Usama Hasan Abu Kabir acts as his Next Friend.  *See* Stafford Smith Declaration, at ¶2; Exhibit 4.  Upon information and belief, on his own and through the help of friends, Petitioner Jalaldin has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody.  *Id.* at ¶¶16, 17. Petitioner Usama Hasan Abu Kabir acts as Next Friend in order to assist Petitioner Jalaldin in seeking redress for these grievances.  Petitioner Usama Hasan Abu Kabir is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo.  *Id.* at ¶2.

228.  Petitioner **Sabel LNU** is a citizen of Turkestan who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo.  Petitioner Sabel seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

229.  Petitioner **Usama Hasan Abu Kabir** is a detainee who has known Petitioner Sabel for a significant portion of the duration of their incarceration in Guantánamo.  Because his

friend and co-detainee Sabel has been denied access to legal counsel and to the courts of the United States, Usama Hasan Abu Kabir acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 4. Upon information and belief, on his own and through the help of friends, Petitioner Sabel has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Usama Hasan Abu Kabir acts as Next Friend in order to assist Petitioner Sabel in seeking redress for these grievances. Petitioner Usama Hasan Abu Kabir is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

230. Petitioner **Abdurahman LNU** is a citizen of Turkestan who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Abdurahman seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

231. Petitioner **Usama Hasan Abu Kabir** is a detainee who has known Petitioner Abdurahman for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Abdurahman has been denied access to legal counsel and to the courts of the United States, Usama Hasan Abu Kabir acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 4. Upon information and belief, on his own and through the help of friends, Petitioner Abdurahman has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Usama Hasan Abu Kabir acts as Next Friend in order to assist Petitioner Abdurahman in seeking redress for these grievances. Petitioner Usama Hasan Abu Kabir is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

232. Petitioner **Adel LNU** is a citizen of Turkestan who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Adel seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

233. Petitioner **Usama Hasan Abu Kabir** is a detainee who has known Petitioner Adel for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Adel has been denied access to legal counsel and to the courts of the United States, Usama Hasan Abu Kabir acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 4. Upon information and belief, on his own and through the help of friends, Petitioner Adel has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Usama Hasan Abu Kabir acts as Next Friend in order to assist Petitioner Adel in seeking redress for these grievances. Petitioner Usama Hasan Abu Kabir is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

234. Petitioner **Hammad LNU** is a citizen of Turkestan who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Hammad seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

235. Petitioner **Usama Hasan Abu Kabir** is a detainee who has known Petitioner Hammad for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Hammad has been denied access to legal counsel and to the courts of the United States, Usama Hasan Abu Kabir acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 4. Upon information and belief, on his own and through the help of friends, Petitioner Hammad has tried repeatedly to contact his

family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Usama Hasan Abu Kabir acts as Next Friend in order to assist Petitioner Hammad in seeking redress for these grievances. Petitioner Usama Hasan Abu Kabir is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

236. Petitioner **Thabid LNU** is a citizen of Turkestan who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Thabid seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

237. Petitioner **Usama Hasan Abu Kabir** is a detainee who has known Petitioner Thabid for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Thabid has been denied access to legal counsel and to the courts of the United States, Usama Hasan Abu Kabir acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 4. Upon information and belief, on his own and through the help of friends, Petitioner Thabid has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Usama Hasan Abu Kabir acts as Next Friend in order to assist Petitioner Thabid in seeking redress for these grievances. Petitioner Usama Hasan Abu Kabir is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

238. Petitioner **Ali LNU** is a citizen of Turkestan who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Ali seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

239. Petitioner **Usama Hasan Abu Kabir** is a detainee who has known Petitioner Ali for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Ali has been denied access to legal counsel and to the courts of the United States, Usama Hasan Abu Kabir acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 4. Upon information and belief, on his own and through the help of friends, Petitioner Ali has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Usama Hasan Abu Kabir acts as Next Friend in order to assist Petitioner Ali in seeking redress for these grievances. Petitioner Usama Hasan Abu Kabir is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

240. Petitioner **Abdullah LNU** is a citizen of Turkestan/Kazakhstan who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Abdullah seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

241. Petitioner **Usama Hasan Abu Kabir** is a detainee who has known Petitioner Abdullah for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Abdullah has been denied access to legal counsel and to the courts of the United States, Usama Hasan Abu Kabir acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 4. Upon information and belief, on his own and through the help of friends, Petitioner Abdullah has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Usama Hasan Abu Kabir acts as Next Friend in order to assist Petitioner Abdullah in seeking redress for these grievances. Petitioner Usama Hasan Abu Kabir is

also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

242.  Petitioner **Shah Baba** is a citizen of Pakistan who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Baba seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

243.  Petitioner **Ahmed Abdel Aziz** is a detainee who has known Petitioner Baba for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Baba has been denied access to legal counsel and to the courts of the United States, Ahmed Abdel Aziz acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 18. Upon information and belief, on his own and through the help of friends, Petitioner Baba has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Ahmed Abdel Aziz acts as Next Friend in order to assist Petitioner Baba in seeking redress for these grievances. Petitioner Ahmed Abdel Aziz is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

244.  Petitioner **Mishal Al Madany** is a citizen of Saudi Arabia who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Madany seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

245.  Petitioner **Ahmed Abdel Aziz** is a detainee who has known Petitioner Madany for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Madany has been denied access to legal counsel and to the courts of the United States, Ahmed Abdel Aziz acts as his Next Friend. *See* Stafford Smith

Declaration, at ¶2; Exhibit 18. Upon information and belief, on his own and through the help of friends, Petitioner Madany has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Ahmed Abdel Aziz acts as Next Friend in order to assist Petitioner Madany in seeking redress for these grievances. Petitioner Ahmed Abdel Aziz is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

246.    Petitioner **Abdullah Bo Omer Hamza Yoyej, ISN #257,** is a citizen of Tajikistan who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Yoyej seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

247.    Petitioner **Fawzi Khaled Abdullah Al Audha** is a detainee who has known Petitioner Yoyej for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Yoyej has been denied access to legal counsel and to the courts of the United States, Fawzi Khaled Abdullah Al Audha acts as his Next Friend. *See* Olshansky Declaration; Exhibit L. Upon information and belief, on his own and through the help of friends, Petitioner Yoyej has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. Petitioner Fawzi Khaled Abdullah Al Audha acts as Next Friend in order to assist Petitioner Yoyej in seeking redress for these grievances. Petitioner Fawzi Khaled Abdullah Al Audha is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at Exhibit L.

248.    Petitioner **Zein Al-Abedeen, ISN #1095,** is a citizen of Tajikistan who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo.

Petitioner Al-Abedeen seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

249.   Petitioner **Abu Baker Qassim** is a detainee who has known Petitioner Al-Abedeen for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Al-Abedeen has been denied access to legal counsel and to the courts of the United States, Abu Baker Qassim acts as his Next Friend. *See* Olshansky Declaration; Exhibit B. Upon information and belief, on his own and through the help of friends, Petitioner Al-Abedeen has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. Petitioner Abu Baker Qassim acts as Next Friend in order to assist Petitioner Al-Abedeen in seeking redress for these grievances. Petitioner Abu Baker Qassim is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at Exhibit B.

250.   Petitioner **Abdul-rahman Abdo Abulgaith Sulaiman** is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Abdul-rahman Sulaiman seeks a writ of habeas corpus compelling Respondents either to release him or establish before this Court a lawful basis for his detention.

251.   Petitioner **Abdo Abulgaith Sulaiman** is Petitioner Abdul-rahman Sulaiman's father. *See* Olshansky Declaration; Exhibit A. Because his son has been denied access to legal counsel and to the courts of the United States, Petitioner Abdo Abulgaith Sulaiman acts as his Next Friend. *Id.* Upon information and belief, on his own and through the help of friends, Petitioner Abdul-rahman Sulaiman has tried repeatedly to contact his father and speak to authorities about his condition and unlawful custody. Petitioner Abdo Abulgaith Sulaiman acts as Next Friend in order to assist his son in seeking redress for these grievances.

252.    Petitioner **Mohammed Ahmed Slam Al-Khateeb,** is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Mohammed Al-Khateeb seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

253.    Petitioner **Ahmed Slam Mohammed Al-Khateeb** is Petitioner Mohammed Al-Khateeb's son. Because his father has been denied access to legal counsel and to the courts of the United States, Petitioner Ahmed Slam Mohammed Al-Khateeb acts as his Next Friend. *See* Olshansky Declaration; Exhibit I. Upon information and belief, on his own and through the help of friends, Petitioner Mohammed Al-Khateeb has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. Petitioner Ahmed Slam Mohammed Al-Khateeb acts as Next Friend in order to assist Petitioner Al-Khateeb in seeking redress for these grievances.

254.    Petitioner **Esmail Ali Ahmad Khalip,** is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Email Khalip seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

255.    Petitioner **Ali Ahmad Khalip** is a member of Petitioner Esmail Khalip's family. Because his relative Petitioner Email Khalip has been denied access to legal counsel and to the courts of the United States, Petitioner Ali Ahmed Khalip acts as his Next Friend. *See* Olshansky Declaration; Exhibit H. Upon information and belief, on his own and through the help of friends, Petitioner Esmail Khalip has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. Petitioner Ali Ahmed Khalip acts as Next Friend in order to assist Petitioner Esmail Khalip in seeking redress for these grievances.

256.    Petitioner **Jamil Ahmad Saeed,** is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Jamil Saeed seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

257.    Petitioner **Hala Ahmad Saeed Al-Adahg** is Petitioner Jamil Saeed's wife. Because her husband has been denied access to legal counsel and to the courts of the United States, Petitioner Hala Ahmad Saeed Al-Adahg acts as his Next Friend. *See* Olshansky Declaration; Exhibit F. Upon information and belief, on his own and through the help of friends, Petitioner Jamil Saeed has tried repeatedly to contact his wife and family and speak to authorities about his condition and unlawful custody. Petitioner Hala Ahmed Saeed Al-Adahg acts as Next Friend in order to assist Petitioner Jamil Saeed in seeking redress for these grievances.

258.    Petitioner **Isam Himed Ali** is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Ali seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

259.    Petitioner **Himed Ali Alibi Al-Giufye** is Petitioner Ali's father. Because his son has been denied access to legal counsel and to the courts of the United States, Petitioner Himed Ali Alibi Al-Giufye acts as his Next Friend. *See* Olshansky Declaration; Exhibit E. Upon information and belief, on his own and through the help of friends, Petitioner Ali has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. Petitioner Himed Ali Alibi Al-Giufye acts as Next Friend in order to assist Petitioner Ali in seeking redress for these grievances.

260.    Petitioner **Mohammed Ahmed Saeed Hidar** is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Hidar seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

261.    Petitioner **Kaelah Ahmed Thabit Al-Ammari** is Petitioner Hidar's father. Because his son has been denied access to legal counsel and to the courts of the United States, Petitioner Kaelah Ahmed Thabit Al-Ammari acts as his Next Friend. *See* Olshansky Declaration; Exhibit G. Upon information and belief, on his own and through the help of friends, Petitioner Hidar has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. Petitioner Kaelah Ahmed Thabit Al-Ammari acts as Next Friend in order to assist Petitioner Hidar in seeking redress for these grievances.

262.    Petitioner **Tofiq Nasser Awadh Al-Bihani,** is a citizen of Yemen who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Tofiq Al Bihani seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

263.    Petitioner **Adnan Al-Bihani** is the brother of Petitioner Tofiq Al Bihani. Because his brother has been denied access to legal counsel and to the courts of the United States, Petitioner Adnan Al-Bihani acts as his Next Friend. *See* Olshansky Declaration; Exhibit C. Upon information and belief, on his own and through the help of friends, Petitioner Tofiq Al-Bihani has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. Petitioner Adnan Al-Bihani acts as Next Friend in order to assist Petitioner Tofiq Al-Bihani in seeking redress for these grievances.

264.   Petitioner **Abdullah Al Rahiby,** is a citizen of Yemen who is presently incarcerated and
held in Respondents' unlawful custody and control at Guantánamo. Petitioner Abdullah
Al Rahiby seeks a writ of habeas corpus compelling Respondents either to release him or
to establish before this Court a lawful basis for his detention.

265.   Petitioner **Ahmad Abdu Alwahab Al Rahiby** is Petitioner Abdullah Al Rahiby's
brother. Because his brother has been denied access to legal counsel and to the courts of
the United States, Petitiner Ahmad Abdu Alwahab Al Rahby acts as his Next Friend. *See*
Olshansky Declaration; Exhibit J. Upon information and belief, on his own and through
the help of friends, Petitioner Abdullah Al Rahiby has tried repeatedly to contact his
family and speak to authorities about his condition and unlawful custody. Petitioner
Ahmad Abdu Alwahab Al Rahby acts as Next Friend in order to assist Petitioner
Abdullah Al Rahiby in seeking redress for these grievances.

266.   Petitioner **Alkhadr Abdullah Al Yafie,** ISN #34, is a citizen of Yemen who is presently
incarcerated and held in Respondents' unlawful custody and control at Guantánamo.
Petitioner Al Yafie seeks a writ of habeas corpus compelling Respondents either to
release him or to establish before this Court a lawful basis for his detention.

267.   Petitioner **Ali Yahya Mahdi** is a detainee who has known Petitioner Al Yafie for a
significant portion of the duration of their incarceration in Guantánamo. Because his
friend and co-detainee Al Yafie has been denied access to legal counsel and to the courts
of the United States, Ali Yahya Mahdi acts as his Next Friend. *See* Olshansky
Declaration; Exhibit D. Upon information and belief, on his own and through the help of
friends, Petitioner Al Yafie has tried repeatedly to contact his family and speak to
authorities about his condition and unlawful custody. Petitioner Ali Yahya Mahdi acts as
Next Friend in order to assist Petitioner Al Yafie in seeking redress for these grievances.

Petitioner Ali Yahya Mahdi is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *See* Olshansky Declaration at ¶9.

268. Petitioner **Riyadh Ateek Ali Abdu Al Haj** is a citizen of Yemen who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Riyadh Al Haj seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

269. Petitioner **Mahmod Ateek Ali Abdu Al Haj** is Petitioner Riyadh Al Haj's brother. Because his brother has been denied access to legal counsel and to the courts of the United States, Petitioner Mahmod Ateek Ali Abdu Al Haj acts as his Next Friend. *See* Olshansky Declaration; Exhibit K. Upon information and belief, on his own and through the help of friends, Petitioner Riyadh Al Haj has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. Petitioner Mahmod Ateek Ali Abdu Al Haj acts as Next Friend in order to assist Petitioner Al Haj in seeking redress for these grievances.

270. Petitioner **Abdul Aziz Naji** is a citizen of Algeria who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Naji seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

271. Petitioner **Omar Deghayes** is a detainee who has known Petitioner Naji for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Naji has been denied access to legal counsel and to the courts of the United States, Omar Deghayes acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 9. Upon information and belief, on his own and through the help of friends, Petitioner Naji has tried repeatedly to contact his family and speak to authorities about his

condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Omar Deghayes acts as Next Friend in order to assist Petitioner Naji in seeking redress for these grievances. Petitioner Omar Deghayes is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

272. Petitioner **Mohammed Hamid Qurany** is a citizen of Chad who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Qurany seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

273. Petitioner **Omar Deghayes** is a detainee who has known Petitioner Qurany for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Qurany has been denied access to legal counsel and to the courts of the United States, Omar Deghayes acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 8. Upon information and belief, on his own and through the help of friends, Petitioner Qurany has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Omar Deghayes acts as Next Friend in order to assist Petitioner Qurany in seeking redress for these grievances. Petitioner Omar Deghayes is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

274. Petitioner **Abdurahman LNU** is a citizen of Egypt who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Abdurahman seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

275. Petitioner **Omar Deghayes** is a detainee who has known Petitioner Abdurahman for a significant portion of the duration of their incarceration in Guantánamo. Because his

friend and co-detainee Abdurahman has been denied access to legal counsel and to the courts of the United States, Omar Deghayes acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 21. Upon information and belief, on his own and through the help of friends, Petitioner Abdurahman has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Omar Deghayes acts as Next Friend in order to assist Petitioner Abdurahman in seeking redress for these grievances. Petitioner Omar Deghayes is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

276. Petitioner **Tarek LNU** is a citizen of Egypt/Bosnia who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Tarek seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

277. Petitioner **Omar Deghayes** is a detainee who has known Petitioner Tarek for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Tarek has been denied access to legal counsel and to the courts of the United States, Omar Deghayes acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 9. Upon information and belief, on his own and through the help of friends, Petitioner Tarek has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Omar Deghayes acts as Next Friend in order to assist Petitioner Tarek in seeking redress for these grievances. Petitioner Omar Deghayes is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

278. Petitioner **Abu Hadaifa** is a citizen of Jordan who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Hadaifa seeks a

writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

279.    Petitioner **Omar Deghayes** is a detainee who has known Petitioner Hadaifa for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Hadaifa has been denied access to legal counsel and to the courts of the United States, Omar Deghayes acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 8. Upon information and belief, on his own and through the help of friends, Petitioner Hadaifa has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Omar Deghayes acts as Next Friend in order to assist Petitioner Hadaifa in seeking redress for these grievances. Petitioner Omar Deghayes is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

280.    Petitioner **Hasan Yaunas Balgaid** is a citizen of Libya who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Balgaid seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

281.    Petitioner **Omar Deghayes** is a detainee who has known Petitioner Balgaid for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Balgaid has been denied access to legal counsel and to the courts of the United States, Omar Deghayes acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 8. Upon information and belief, on his own and through the help of friends, Petitioner Balgaid has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Omar Deghayes acts as Next Friend in order to assist Petitioner Balgaid in seeking redress for

these grievances.  Petitioner Omar Deghayes is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo.  *Id.* at ¶2.

282.   Petitioner **Muhammed Dawood** is a citizen of Libya who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo.  Petitioner Dawood seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

283.   Petitioner **Omar Deghayes** is a detainee who has known Petitioner Dawood for a significant portion of the duration of their incarceration in Guantánamo.  Because his friend and co-detainee Dawood has been denied access to legal counsel and to the courts of the United States, Omar Deghayes acts as his Next Friend.  *See* Stafford Smith Declaration, at ¶2; Exhibit 8.  Upon information and belief, on his own and through the help of friends, Petitioner Dawood has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody.  *Id.* at ¶¶16, 17.  Petitioner Omar Deghayes acts as Next Friend in order to assist Petitioner Dawood in seeking redress for these grievances.  Petitioner Omar Deghayes is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo.  *Id.* at ¶2.

284.   Petitioner **Omar Kalifa Mohammed** is a citizen of Libya who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo.  Petitioner Mohammed seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

285.   Petitioner **Omar Deghayes** is a detainee who has known Petitioner Mohammed for a significant portion of the duration of their incarceration in Guantánamo.  Because his friend and co-detainee Mohammed has been denied access to legal counsel and to the courts of the United States, Omar Deghayes acts as his Next Friend.  *See* Stafford Smith

Declaration, at ¶2; Exhibit 8. Upon information and belief, on his own and through the help of friends, Petitioner Mohammed has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Omar Deghayes acts as Next Friend in order to assist Petitioner Mohammed in seeking redress for these grievances. Petitioner Omar Deghayes is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

286.  Petitioner **Abdal Rauf Asibi** is a citizen of Libya who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Asibi seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

287.  Petitioner **Omar Deghayes** is a detainee who has known Petitioner Asibi for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Asibi has been denied access to legal counsel and to the courts of the United States, Omar Deghayes acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 8. Upon information and belief, on his own and through the help of friends, Petitioner Asibi has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Omar Deghayes acts as Next Friend in order to assist Petitioner Asibi in seeking redress for these grievances. Petitioner Omar Deghayes is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

288.  Petitioner **Abdal Razak Ali** is a citizen of Libya who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Ali seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

289.   Petitioner **Omar Deghayes** is a detainee who has known Petitioner Ali for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Ali has been denied access to legal counsel and to the courts of the United States, Omar Deghayes acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 8. Upon information and belief, on his own and through the help of friends, Petitioner Ali has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Omar Deghayes acts as Next Friend in order to assist Petitioner Ali in seeking redress for these grievances. Petitioner Omar Deghayes is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

290.   Petitioner **Faris Darnawi** is a citizen of Libya who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Faris Darnawi seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

291.   Petitioner **Omar Deghayes** is a detainee who has known Petitioner Faris Darnawi for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Faris Darnawi has been denied access to legal counsel and to the courts of the United States, Omar Deghayes acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 8. Upon information and belief, on his own and through the help of friends, Petitioner Faris Darnawi has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Omar Deghayes acts as Next Friend in order to assist Petitioner Faris Darnawi in seeking redress for these grievances. Petitioner Omar Deghayes is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

292.  Petitioner **Saib Darnawi** is a citizen of Libya who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Saib Darnawi seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

293.  Petitioner **Omar Deghayes** is a detainee who has known Petitioner Saib Darnawi for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Saib Darnawi has been denied access to legal counsel and to the courts of the United States, Omar Deghayes acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 8. Upon information and belief, on his own and through the help of friends, Petitioner Saib Darnawi has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Omar Deghayes acts as Next Friend in order to assist Petitioner Saib Darnawi in seeking redress for these grievances. Petitioner Omar Deghayes is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

294.  Petitioner **Salih LNU** is a citizen of Libya who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Salih seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

295.  Petitioner **Omar Deghayes** is a detainee who has known Petitioner Salih for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Salih has been denied access to legal counsel and to the courts of the United States, Omar Deghayes acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 8. Upon information and belief, on his own and through the help of friends, Petitioner Salih has tried repeatedly to contact his family and speak to authorities about

his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Omar Deghayes acts as Next Friend in order to assist Petitioner Salih in seeking redress for these grievances. Petitioner Omar Deghayes is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

296. Petitioner **Mohammed Rimi** is a citizen of Libya who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Rimi seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

297. Petitioner **Omar Deghayes** is a detainee who has known Petitioner Rimi for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Rimi has been denied access to legal counsel and to the courts of the United States, Omar Deghayes acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 10. Upon information and belief, on his own and through the help of friends, Petitioner Rimi has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Omar Deghayes acts as Next Friend in order to assist Petitioner Rimi in seeking redress for these grievances. Petitioner Omar Deghayes is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

298. Petitioner **Ahmed Tripoli** is a citizen of Libya who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Tripoli seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

299. Petitioner **Omar Deghayes** is a detainee who has known Petitioner Tripoli for a significant portion of the duration of their incarceration in Guantánamo. Because his

friend and co-detainee Tripoli has been denied access to legal counsel and to the courts of the United States, Omar Deghayes acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 10. Upon information and belief, on his own and through the help of friends, Petitioner Tripoli has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Omar Deghayes acts as Next Friend in order to assist Petitioner Tripoli in seeking redress for these grievances. Petitioner Omar Deghayes is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

300.    Petitioner **Moosa LNU** is a citizen of Morocco who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Moosa seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

301.    Petitioner **Omar Deghayes** is a detainee who has known Petitioner Moosa for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Moosa has been denied access to legal counsel and to the courts of the United States, Omar Deghayes acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 12. Upon information and belief, on his own and through the help of friends, Petitioner Moosa has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Omar Deghayes acts as Next Friend in order to assist Petitioner Moosa in seeking redress for these grievances. Petitioner Omar Deghayes is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

302.    Petitioner **Maher LNU** is a citizen of Palestine who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Maher seeks a

writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

303.   Petitioner **Omar Deghayes** is a detainee who has known Petitioner Maher for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Maher has been denied access to legal counsel and to the courts of the United States, Omar Deghayes acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 13. Upon information and belief, on his own and through the help of friends, Petitioner Maher has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Omar Deghayes acts as Next Friend in order to assist Petitioner Maher in seeking redress for these grievances. Petitioner Omar Deghayes is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

304.   Petitioner **Said Al Russi** is a citizen of Russia who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Al Russi seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

305.   Petitioner **Omar Deghayes** is a detainee who has known Petitioner Al Russi for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Al Russi has been denied access to legal counsel and to the courts of the United States, Omar Deghayes acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 14. Upon information and belief, on his own and through the help of friends, Petitioner Al Russi has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Omar Deghayes acts as Next Friend in order to assist Petitioner Al Russi in seeking redress for

these grievances. Petitioner Omar Deghayes is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

306. Petitioner **Mohammed Harbi** is a citizen of Saudi Arabia who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Harbi seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

307. Petitioner **Omar Deghayes** is a detainee who has known Petitioner Harbi for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Harbi has been denied access to legal counsel and to the courts of the United States, Omar Deghayes acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 15. Upon information and belief, on his own and through the help of friends, Petitioner Harbi has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Omar Deghayes acts as Next Friend in order to assist Petitioner Harbi in seeking redress for these grievances. Petitioner Omar Deghayes is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

308. Petitioner **Mohammed Zahrani** is a citizen of Saudi Arabia who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Zahrani seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

309. Petitioner **Omar Deghayes** is a detainee who has known Petitioner Zahrani for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Zahrani has been denied access to legal counsel and to the courts of the United States, Omar Deghayes acts as his Next Friend. *See* Stafford Smith

Declaration, at ¶2; Exhibit 9. Upon information and belief, on his own and through the help of friends, Petitioner Zahrani has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Omar Deghayes acts as Next Friend in order to assist Petitioner Zahrani in seeking redress for these grievances. Petitioner Omar Deghayes is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

310. Petitioner **Abdullah Ajaibi** is a citizen of Saudi Arabia who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Ajaibi seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

311. Petitioner **Omar Deghayes** is a detainee who has known Petitioner Ajaibi for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Ajaibi has been denied access to legal counsel and to the courts of the United States, Omar Deghayes acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 8. Upon information and belief, on his own and through the help of friends, Petitioner Ajaibi has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Omar Deghayes acts as Next Friend in order to assist Petitioner Ajaibi in seeking redress for these grievances. Petitioner Omar Deghayes is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

312. Petitioner **Abdullah Hamid Musleh Qahtany** is a citizen of Saudi Arabia who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Qahtany seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

116

313.    Petitioner **Omar Deghayes** is a detainee who has known Petitioner Qahtany for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Qahtany has been denied access to legal counsel and to the courts of the United States, Omar Deghayes acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 11. Upon information and belief, on his own and through the help of friends, Petitioner Qahtany has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Omar Deghayes acts as Next Friend in order to assist Petitioner Qahtany in seeking redress for these grievances. Petitioner Omar Deghayes is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

314.    Petitioner **Mohammed Abdur Rahman, ISN #894,** is a citizen of Tunisia who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Rahman seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

315.    Petitioner **Omar Deghayes** is a detainee who has known Petitioner Rahman for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Rahman has been denied access to legal counsel and to the courts of the United States, Omar Deghayes acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 11. Upon information and belief, on his own and through the help of friends, Petitioner Rahman has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Omar Deghayes acts as Next Friend in order to assist Petitioner Rahman in seeking redress for these grievances. Petitioner Omar Deghayes is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

316.    Petitioner **Omar Ramah** is a citizen of Yemen who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Ramah seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

317.    Petitioner **Omar Deghayes** is a detainee who has known Petitioner Ramah for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Ramah has been denied access to legal counsel and to the courts of the United States, Omar Deghayes acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 16. Upon information and belief, on his own and through the help of friends, Petitioner Ramah has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Omar Deghayes acts as Next Friend in order to assist Petitioner Ramah in seeking redress for these grievances. Petitioner Omar Deghayes is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

318.    Petitioner **Ahmed Omar** is a citizen of Yemen who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Omar seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

319.    Petitioner **Omar Deghayes** is a detainee who has known Petitioner Omar for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Omar has been denied access to legal counsel and to the courts of the United States, Omar Deghayes acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 11. Upon information and belief, on his own and through the help of friends, Petitioner Omar has tried repeatedly to contact his family and speak to authorities about

his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Omar Deghayes acts as Next Friend in order to assist Petitioner Omar in seeking redress for these grievances. Petitioner Omar Deghayes is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

320.  Petitioner **Ali Waili Khavimi** is a citizen of Yemen who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Khavimi seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

321.  Petitioner **Omar Deghayes** is a detainee who has known Petitioner Khavimi for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Khavimi has been denied access to legal counsel and to the courts of the United States, Omar Deghayes acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 11. Upon information and belief, on his own and through the help of friends, Petitioner Khavimi has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Omar Deghayes acts as Next Friend in order to assist Petitioner Khavimi in seeking redress for these grievances. Petitioner Omar Deghayes is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

322.  Petitioner **Ghalib Fahani, ISN #128,** is a citizen of Yemen who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Fahani seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

323.  Petitioner **Omar Deghayes** is a detainee who has known Petitioner Fahani for a significant portion of the duration of their incarceration in Guantánamo. Because his

friend and co-detainee Fahani has been denied access to legal counsel and to the courts of the United States, Omar Deghayes acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 11. Upon information and belief, on his own and through the help of friends, Petitioner Fahani has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Omar Deghayes acts as Next Friend in order to assist Petitioner Fahani in seeking redress for these grievances. Petitioner Omar Deghayes is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

324.    Petitioner **Fadl Dahimi** is a citizen of Yemen who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Dahimi seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

325.    Petitioner **Omar Deghayes** is a detainee who has known Petitioner Dahimi for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Dahimi has been denied access to legal counsel and to the courts of the United States, Omar Deghayes acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 11. Upon information and belief, on his own and through the help of friends, Petitioner Dahimi has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Omar Deghayes acts as Next Friend in order to assist Petitioner Dahimi in seeking redress for these grievances. Petitioner Omar Deghayes is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

326.    Petitioner **Slaim Harbi** is a citizen of Saudi Arabia who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Harbi

seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention.

327. Petitioner **Omar Deghayes** is a detainee who has known Petitioner Harbi for a significant portion of the duration of their incarceration in Guantánamo. Because his friend and co-detainee Harbi has been denied access to legal counsel and to the courts of the United States, Omar Deghayes acts as his Next Friend. *See* Stafford Smith Declaration, at ¶2; Exhibit 15. Upon information and belief, on his own and through the help of friends, Petitioner Harbi has tried repeatedly to contact his family and speak to authorities about his condition and unlawful custody. *Id.* at ¶¶16, 17. Petitioner Omar Deghayes acts as Next Friend in order to assist Petitioner Harbi in seeking redress for these grievances. Petitioner Omar Deghayes is also presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. *Id.* at ¶2.

328. Petitioner **Nabil Hadj** is a citizen of Algeria who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Hadj seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention. *See* Stafford Smith Declaration; Exhibit 23.

329. Petitioner **Hadj Arab Nabil** is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Hadj Arab Nabil seeks a writ of habeas corpus compelling Respondents either to release him or to establish before this Court a lawful basis for his detention. *See* Stafford Smith Declaration; Exhibit 20.

330. Petitioner **Jabbarov Oybek Jamolovich** is a citizen of Algeria who is presently incarcerated and held in Respondents' unlawful custody and control at Guantánamo. Petitioner Jamolovich seeks a writ of habeas corpus compelling Respondents either to

release him or to establish before this Court a lawful basis for his detention. *See* Stafford
Smith Declaration; Exhibit 24.

331.   Respondent George W. Bush is the President of the United States and Commander-in-
       Chief of the United States Military. Petitioners-Detainees are being detained pursuant to
       President Bush's authority as Commander-in-Chief, under the laws and usages of war or,
       alternatively, pursuant to the Executive Order of November 13, 2001, Detention,
       Treatment, and Trial of Certain Non-Citizens in the War Against Terrorism, 66 Fed. Reg.
       57,833 (November 13, 2001) ("Executive Order"). President Bush is responsible for
       Petitioners-Detainees' unlawful detention and is sued in his official capacity.

332.   Respondent Donald Rumsfeld is the Secretary of the United States Department of
       Defense. Pursuant to the President's authority as Commander-in-Chief, his authority
       under the laws and usages of war or, alternatively, pursuant to the Executive Order,
       Respondent Rumsfeld has been charged with maintaining the custody and control of
       Petitioners-Detainees. He is sued in his official capacity.

333.   Respondent Brigadier Gen. Jay Hood is the Commander of Joint Task Force-GTMO, the
       task force running the detention operation at Guantánamo Bay. He has supervisory
       responsibility for Petitioners-Detainees and is sued in his official capacity.

334.   Respondent Army Colonel Mike Bumgarner is the Commander of the Joint Detention
       Operations Group and the JTF-GTMO detention camps, including the U.S. facility where
       Petitioners-Detainees are presently held. He is the immediate custodian responsible for
       Petitioner-Detainees' detention and is sued in his official capacity.

335.   Respondents are directly responsible for any activities undertaken by or under the
       supervision of any agents or employees acting on their behalf, or of agents or employees
       of private contractors ("contractor employees") with whom any agency under

Respondents' authority or supervision has contracted for the provision of services at Guantanamo. All references to Respondents' actions in this Petition include activities performed by Respondents' agents or employees, other government agents or employees or contractor employees.

### III.
### STATEMENT OF FACTS

336. Upon information and belief, Petitioners-Detainees are not, nor have they ever been, enemy aliens, lawful or unlawful belligerents, or combatants of any kind under any definition adopted by the government in any civil or military proceeding.

337. Petitioners-Detainees are not, nor have they ever been "enemy combatants" who were "part of or supporting forces hostile to the United States or coalition partners in Afghanistan and who were engaged in an armed conflict against the United States there." *Hamdi v. Rumsfeld*, 542 U.S. 507, 124 S. Ct. 2633, 2639 (plurality) (2004).

338. Petitioners-Detainees seek to enforce their rights to a judicial determination by an appropriate and lawful authority as to whether there is a lawful and factual basis for Respondents' determination that they are either "enemy combatants" as defined by the United States Supreme Court in *Hamdi* or "enemy combatants" as that term has been defined and used by the Executive in the Combatant Status Review Tribunals.

339. Upon information and belief, at the time of their seizure and detention, Petitioners-Detainees were not members of the Taliban Government's armed forces or Al Qaeda. Prior to their detention, they did not commit any violent act against any American person or property. They had no involvement, direct or indirect, in the terrorist attacks on the United States on September 11, 2001, the ensuing international armed conflict, or any act of international terrorism attributed by the United States to Al Qaeda. They remain incarcerated at the U.S. Naval base at Guantánamo, Cuba, a territory over which the

United States exercises exclusive jurisdiction and control. *See Rasul v. Bush*, 542 U.S. 466 (2004).

340.    Petitioners-Detainees have requested that the United States provide them with access to their family and legal counsel.  To date, their only outside contact has been through letters to family members.

341.    Petitioners-Detainees have not been afforded any procedures that would satisfy their rights under the most fundamental common law notions of due process, the U.S. Constitution, the laws and treaties of the United States, or customary international law.

342.    Upon information and belief, Petitioners-Detainees desire to pursue in United States courts every available legal challenge to the lawfulness of their detention.

### The Joint Resolution

343.    In the wake of the September 11, 2001 attacks on the United States, the United States, at the direction of President Bush, began a massive military campaign against the Taliban government, then in power in Afghanistan.  On September 18, 2001, a Joint Resolution of Congress authorized President Bush to use force against the "nations, organizations, or persons" that "planned, authorized, committed, or aided the terrorist attacks on September 11, 2001, or [that] harbored such organizations or persons." Joint Resolution 23, Authorization for Use of Military Force, Public Law 107-40, 115 Stat. 224 (Jan. 18, 2001) ("Joint Resolution").

344.    As Petitioners-Detainees did not participate in the armed conflict at any point in time, they are not properly detained pursuant to President Bush's authority as Commander-in-Chief, under the laws and usages of war, or the Joint Resolution.

### The Executive Order

345.   On November 13, 2001, Respondent Bush issued an Executive Order authorizing

Respondent Rumsfeld to detain indefinitely anyone Respondent Bush has "reason to

believe":

   i.     is or was a member of the organization known as al Qaeda;

  ii.    has engaged in, aided or abetted, or conspired to commit, acts of international
          terrorism, or acts in preparation therefor, that have caused, threaten to cause, or
          have as their aim to cause, injury to or adverse effects on the United States, its
          citizens, national security, foreign policy, or economy; or

 iii.    has knowingly harbored one or more individuals described in subparagraphs (i)
          and (ii).

*See* Executive Order, 66 Fed. Reg. 57,833, § 2 (November 13, 2001).  President Bush

must make this determination in writing.  The Executive Order was neither authorized

nor directed by Congress, and is beyond the scope of the Joint Resolution of September

18, 2001.

346.   The Executive Order purports to vest President Bush with the sole discretion to identify

individuals who fall within its purview.  It establishes no standards governing the

exercise of his discretion.  Once a person has been detained, the Executive Order contains

no provision for that person to be notified of the charges he may face.  The Executive

Order authorizes detainees to be confined indefinitely without charges.  It contains no

provision for a detainee to be notified of his rights under domestic and international law,

and provides neither the right to counsel, nor rights to notice of consular protection or to

consular access at the detainee's request.  It provides no right to appear before a neutral

tribunal to review the basis for or the legality of a detainee's continued detention and

contains no provision for recourse to an Article III court.  In fact, the Executive Order

expressly bars review by any court.  The Executive Order authorizes indefinite and

unreviewable detention, based on nothing more than President Bush's written determination that an individual is subject to its terms.

347.    The Executive Order was promulgated in the United States and in this judicial district, the decision to incarcerate Petitioners-Detainees was made by Respondents in the United States and in this judicial district, the decision to detain Petitioners-Detainees at Guantánamo was made in the United States and in this judicial district, and the decision to continue detaining Petitioners-Detainees was, and is, being made by Respondents in the United States and in this judicial district.

348.    Upon information and belief, President Bush has never certified or determined in any manner, in writing or otherwise, that Petitioners-Detainees are subject to the Executive Order.

349.    Petitioners-Detainees are not properly subject to the Executive Order.

350.    Petitioners-Detainees have not been, and are not being, detained lawfully either pursuant to the Executive Order, President Bush's authority as Commander-in-Chief, and/or the laws and usages of war in that Petitioners-Detainees have been denied the process due to them under the common law and the Due Process Clause of the Fifth Amendment to the Constitution of the United States, domestic civil and military law, and international law.

### Guantánamo Bay Naval Station

351.    On or about January 11, 2002, the United States military began transporting prisoners captured in Afghanistan to Camp X-Ray at the United States Naval Base in Guantánamo Bay, Cuba. In April 2002, prisoners were transferred to Camp Delta, a more permanent prison facility at Guantánamo. Currently, some prisoners are housed in Camp Delta and Camp Five, an additional maximum-security interrogation and detention center.

352.    Prisoners incarcerated at Guantánamo are entitled to test the legality of their detention in

the federal courts. *See Rasul v. Bush*, 524 U.S. 466, 124 S. Ct. 2686, 2698 (2004).

353.    On a date unknown to counsel, but known to Respondents, the United States military

transferred Petitioners-Detainees to Guantánamo, where they have been held ever since,

in the custody and control of Respondents.

### The Conditions of Detention at Guantánamo

354.    Since gaining control of Petitioners-Detainees, the United States military has held them

virtually *incommunicado.*

355.    Upon information and belief, Petitioners-Detainees have been or will be interrogated

repeatedly by agents of the United States Departments of Defense and Justice, and the

Central Intelligence Agency, though they have not been charged with an offense and have

not been notified of any pending or contemplated charges.    They have not appeared

before a lawful military or civilian tribunal, and have not been provided access to counsel

or the means to contact and secure counsel.    They have not been adequately informed of

their rights under the United States Constitution, the regulations of the United States

Military, the Geneva Convention, the International Covenant on Civil and Political

Rights, the American Declaration on the Rights and Duties of Man, the 1954 Convention

Relating to the Status of Refugees or customary international law.    Indeed, Respondents

have taken the position that Petitioners-Detainees should not be informed of these rights.

As a result, Petitioners-Detainees lack any ability to protect or to vindicate his rights

under domestic and international law.

356.    Upon information and belief, Petitioners-Detainees have been forced to provide

involuntary statements to Respondents' agents at Guantanamo.

357. Upon information and belief, Petitioners-Detainees have been held under conditions that violate their constitutional and international rights to dignity and freedom from torture and from cruel, inhuman and degrading treatment or punishment. *See, e.g.,* Amnesty International, "Guantánamo and Beyond: The Continuing Pursuit of Unchecked Executive Power," at 83-115, Ch. 12-13, AMR 51/063/2005 (13 May 2005); Physicians for Human Rights, "Break Them Down: Systematic Use of Psychological Torture by US Forces," Ch.3 (2005); United Nations Press Release, "United Nations Human Rights Experts Express Continued Concern About Situation of Guantánamo Bay Detainees," Feb. 4, 2005; International Committee of the Red Cross, Press Release, "The ICRC's Work at Guantánamo Bay," Nov. 30, 2004; International Committee of the Red Cross, Operational Update, "US Detention Related to the Events of September 11, 2001 and Its Aftermath - the Role of the ICRC," July 26, 2004; Amnesty International, *United States of America: Human Dignity Denied: Torture and Accountability in the 'War on Terror'*, at 22 (Oct. 27, 2004) (available at http://web.amnesty.org/library/Index/ENGAMR 511452004); Barry C. Scheck, *Abuse of Detainees at Guantanamo Bay*, The Nat'l Assoc. of Criminal Defense Lawyers Champion, Nov. 2004, at 4-5.

358. Indeed, many of these violations – including isolation for up to 30 days, 28-hour interrogations, extreme and prolonged stress positions, sleep deprivation, sensory assaults, forced nudity and humiliation, hooding, and the use of dogs to create anxiety and terror – were actually interrogation techniques approved for use at Guantánamo by the most senior Department of Defense lawyer. *See e.g.*, Action Memo from William J. Haynes II, General Counsel, DOD, to Secretary of Defense (Nov. 27, 2002); *Pentagon Working Group Report on Detainee Interrogations in the Global War on Terrorism:*

128

*Assessment of Legal, Historical, Policy and Operational Considerations*, at 62-65 (Apr. 4, 2003).[1]

359. In a confidential report to the United States government, the ICRC charged the U.S. military with intentional use during interrogations of psychological and physical coercion on prisoners at Guantánamo that is "tantamount to torture." *See* Neil A. Lewis, "Red Cross Finds Detainee Abuse in Guantánamo," *New York Times*, Nov. 30, 2004, at A1. The report includes claims that doctors and other medical workers at Guantánamo participated in planning for interrogations. *Id.*; *see also* M. Gregg Bloche and Jonathan H. Marks, "When Doctors Go to War," *New England Journal of Medicine*, Jan. 6, 2005, at 3-4.

360. Since details of the ICRC's Report emerged, new revelations of abuse and torture at Guantánamo have appeared, including FBI memos detailing torture and "highly aggressive interrogation techniques" including 24-plus hour interrogations involving beatings, temperature extremes, dogs, prolonged isolation, and loud music. *See, e.g.,* Carol D. Leonnig, "Guantanamo Detainee Says Beating Injured Spine; Now in Wheelchair, Egyptian-Born Teacher Objects to Plan to Send Him to Native Land," *Wash. Post*, Aug. 13, 2005, at A18; Amnesty International, "Guantánamo and Beyond: The Continuing Pursuit of Unchecked Executive Power," at 83-115, Ch. 12-13, AMR 51/063/2005 (13 May 2005); Amnesty International, *Guantánamo: An Icon of Lawlessness,* Jan. 6, 2005, at 3-5; Neil A. Lewis, "Fresh Details Emerge on Harsh

---

[1] Additional details of the cruel and degrading conditions suffered by detainees at Guantanamo are set out at length in a statement by numerous released British detainees. *See* Shafiq Rasul, Asif Iqbal & Rhuhel Ahmed, *Composite Statement: Detention in Afghanistan and Guantanamo Bay*, 300, *at* http://www.ccr-ny.org/v2/reports/docs/Gitmo-compositestatementFINAL23 july04.pdf). The Department of Defense also informed the Associated Press that a number of interrogators at Guantánamo were demoted or reprimanded after investigations into accusations of abuse at the facility. *See Report Details Guantanamo Abuses*, Assoc. Press, Nov. 4, 2004.

Methods at Guantánamo," *New York Times*, Jan. 1, 2005, at A11; Carol D. Leonnig, "Further Detainee Abuse Alleged; Guantánamo Prison Cited in FBI Memos," *Washington Post*, Dec. 26, 2004, at A1; Neil A. Lewis and David Johnston, "New F.B.I. Memos Describe Abuses of Iraq Inmates," *New York Times*, Dec. 21, 2004, at A1; Dan Eggen and R. Jeffrey Smith, "FBI Agents Allege Abuse of Detainees at Guantánamo Bay," *Washington Post*, Dec. 21, 2004, at A1; Neil A. Lewis, "F.B.I. Memos Criticized Practices at Guantánamo," *New York Times*, Dec. 7, 2004, at A19.

361.    In fact, many of the egregious interrogation techniques used in the Abu Ghraib Detention Center and other detention facilities in Iraq—such as the use of aggressive dogs to intimidate detainees, sexual humiliation, stress positions, and sensory deprivation—were pioneered at Guantánamo. *See* Josh White, "Abu Ghraib Dog Tactics Came From Guantanamo; Testimony Further Links Procedures at 2 Facilities," *Wash. Post*, July 27, 2005, at A14; *and* Josh White, "Abu Ghraib Tactics Were First Used at Guantanamo," *Wash. Post*, July 14, 2005 at A1.

362.    The unlawful interrogation techniques used by Respondents at Guantánamo include not only direct physical and psychological abuse but also impermissible conduct intended to undermine the detainees' due process rights, such as representing to detainees that government agents are their habeas lawyers for the express purpose of extracting information from the detainees. *See* Sam Hannel, "Lawyers Describe Guantánamo Detainees," *Seattle Post-Intelligencer*, Jan. 19, 2005.

363.    In addition, military defense lawyers assigned to represent detainees before the military commissions have been instructed to limit their representation of detainees in a manner that would operate to the detriment of their clients in violation of due process

requirements.  *See* David Johnston & Neil Lewis, "Lawyer Says Military Tried To Coerce Detainee's Plea," *NY Times,* June 16, 2005, at A25 (Late Ed.).

364.   Respondents, acting individually or through their agents, have stated that the humanitarian limitations which normally apply to the U.S. military's use of coercive interrogation techniques under the auspices of the Department of Defense, *do not apply* to interrogations conducted by CIA agents or other specially-designated government officers assigned to such work.  *See* Amnesty International, "Guantánamo and Beyond: The Continuing Pursuit of Unchecked Executive Power," at 27-43, Ch. 5, AMR 51/063/2005 (13 May 2005); Eric Lichtblau, "Gonzales Says '02 Policy on Detainees Doesn't Bind CIA," *New York Times*, Jan. 19, 2005, at A17; Dan Eggen and Charles Babington, "Torture by U.S. Personnel Illegal, Gonzales Tells Senate," *Washington Post*, Jan. 18, 2005, at A4.

365.   In published statements, President Bush and Secretary Rumsfeld, and the predecessors of Hood and Bumgarner, respectively, Lehnert and Carrico, have proclaimed that the United States may hold the detainees under their current conditions indefinitely.  *See, e.g.,* Roland Watson, *The Times* (London), Jan. 18, 2002 ("Donald Rumsfeld, the U.S. Defense Secretary, suggested last night that Al-Qaeda prisoners could be held indefinitely at the base.  He said that the detention of some would be open-ended as the United States tried to build a case against them."); Lynne Sladky, Assoc. Press, Jan. 22, 2002 ("Marine Brig. Gen. Mike Lehnert, who is in charge of the detention mission, defended the temporary cells where detainees are being held 'We have to look at Camp X-ray as a work in progress [...]' Lehnert told CNN.  Lehnert said plans are to build a more permanent prison 'exactly in accordance with federal prison standards."); John Mintz, "Extended Detention in Cuba Mulled," *The Washington Post*, February 13, 2002 ("As the

Bush Administration nears completion of new rules for conducting military trials of foreign detainees, U.S. officials say they envision the naval base at Guantanamo Bay, Cuba, as a site for the tribunals and as a terrorist penal colony for many years to come.").

366.   According to the Department of Defense, detainees who are adjudged innocent of all charges by a military commission may nevertheless be kept in detention at Guantanamo indefinitely. *See* Department of Defense Press Background Briefing of July 3, 2003, at http://www.defenselink.mil/transcripts/2003/tr20030703-0323.html (last visited August 24, 2005).

367.   Counsel for Respondents have also consistently maintained that the United States may hold the detained Petitioners under their current conditions indefinitely. *In re Guantánamo Detainee Cases*, Nos. 02-CV-0299 (CKK), *et al.*, (D.D.C.), Tr. of Dec. 1, 2004 Oral Argument on Motion to Dismiss at 22-24, Statements of Principle Deputy Associate Attorney Gen. Brian Boyle; *see also* Dana Priest, "Long-Term Plan Sought for Terror Suspects," *Wash. Post*, Jan. 2, 2005, at A1.

368.   In fact, the Government has failed to release a number of Guantánamo detainees even after it has determined that the detainees are "no longer enemy combatants." *See* Robin Wright, "Chinese Detainees Are Men Without a Country; 15 Muslims, Cleared of Terrorism Charges, Remain at Guantanamo With Nowhere to Go," *Wash. Post*, August 24, 2005, at A1 (Final Ed.); Ben Fox, "U.S. to Ease Conditions for Some Detainees," *Chicago Trib.*, Aug. 11, 2005, at C4.

369.   The Government has acknowledged its plan to begin constructing a new, more permanent detention facility at Guantánamo. Christopher Cooper, "In Guantánamo, Prisoners Languish in a Sea of Red Tape," *Wall Street Journal*, Jan. 26, 2005, at A1; Associated Press, "Guantánamo Takes on the Look of Permanency," Jan. 9, 2005.

**Rendition**

370.    During interrogations, the Guantánamo detainees have also been threatened with rendition or transfer to countries that permit indefinite detention without charge or trial and/or routinely practice torture.    Upon information and belief, the United States has secretly transferred detainees to such countries without complying with the applicable legal requirements for extradition.    This practice, known as "extraordinary rendition," is used to facilitate interrogation by subjecting detainees to torture.    *See* Jane Mayer, "Outsourcing Torture: The Secret History of American's "Extraordinary Rendition" Program, *The New Yorker*, Feb. 14, 2005, at 106.

371.    The U.S. government's "extraordinary rendition" program has been well documented by key American and international news organizations, including the *Washington Post, The Los Angeles Times*, and the British Broadcasting Corporation (the "BBC").    According to news accounts:

> Since September 11, the U.S. government has secretly transported dozens of people suspected of links to terrorists to countries other than the United States bypassing extradition procedures and legal formalities, according to Western diplomats and intelligence source.    The suspects have been taken to countries . . . whose intelligence services have close ties to the CIA and where they can be subjected to interrogation tactics -- including torture and threats to families -- that are illegal in the United States, the sources said. In some cases, U.S. intelligence agents remain closely involved in the interrogations, the sources said.

Rajiv Chanrasekaran & Peter Finn, "U.S. Behind Secret Transfer of Terror Suspects," *Wash. Post*, Mar. 11, 2002, at A1; *see also* Dana Priest, "Long Term Plan Sought for Terror Suspects," *Wash. Post*, Jan. 2, 2005, at A1 ("The transfers, called 'renditions,' depend on arrangements between the United States and other countries, such as Egypt . . . that agree to have local security services hold certain suspects in their facilities for interrogation by CIA and foreign liaison officers.").

372.   In fact, the Government has recently announced its intention to render many Guantánamo detainees to countries which have a documented record of human rights violations, including state-sponsored torture. *See, e.g.,* Matthew Waxman, "Beyond Guantanamo," *Wash. Times*, Aug. 20, 2005, at A17; Robin Wright and Josh White, "U.S. Holding Talks on Return of Detainees; Administration Close to Reaching Agreements With 10 Muslim Governments," *Wash. Times*, Aug. 9, 2005, at A13; Neil Lewis, "Guantanamo Detention Site Is Being Transformed, U.S. Says," *NY Times*, Aug. 6, 2005, at A8 (Late Ed.); Paul Richter, "U.S. to Repatriate 110 Afghans Jailed at Guantanamo Bay," *LA Times*, Aug. 5, 2005, at A18.

373.   Moreover, upon information and belief, the Government is conditioning the transfer or rendering of detainees to their countries of origin on the requirement that the home country imprison the detainee without regard to the detainee's individual factual or legal situation. *See* Robin Wright and Josh White, "U.S. Holding Talks on Return of Detainees; Administration Close to Reaching Agreements With 10 Muslim Governments," *Wash. Post*, August 9, 2005, at A13; BBC Worldwide Monitoring, "USA to release 107 Yemenis from Guantanamo Bay," August 10, 2005 (available from LEXIS, MWP90 file) ("The US authorities declared few days ago that they would extradite detainees from Guantanamo Bay to Afghanistan, Saudi Arabia and Yemen on the condition [that they are] to be put in jail.").

374.   Upon information and belief, Petitioner-Detainees were: a) initially taken into custody against their will not by American forces but instead by bounty hunters who then handed him over to the Americans for sums ranging from $3,000 to $15,000; b) rendered by the U.S. government to third countries for interrogation under torture prior to their transport to Guantánamo for detention; c) seized from other countries far outside the zone of

military hostilities in Afghanistan and placed in military detention; and/or d) were tortured and abused during interrogations and at other times while in detention at Guantánamo.

375.  Upon information and belief, some or all of Petitioner-Detainees are presently at risk of being rendered, returned or transferred without lawful process to a country that permits indefinite detention without process and/or engages in torture or abuse during interrogation.

## IV.
## CAUSES OF ACTION

### FIRST CLAIM FOR RELIEF
### (COMMON LAW DUE PROCESS AND DUE PROCESS CLAUSE OF THE FIFTH AMENDMENT TO THE CONSTITUTION OF THE UNITED STATES - UNLAWFUL DEPRIVATION OF LIBERTY)

376.  Petitioners incorporate by reference all preceding paragraphs as if set forth fully herein.

377.  By the actions described above, Respondents, acting under color of law, have violated and continue to violate common law principles of due process as well as the Due Process Clause of the Fifth Amendment to the Constitution of the United States. President Bush has ordered the prolonged, indefinite, and arbitrary detention of individuals including Petitioners-Detainees, without due process of law, and the remaining Respondents have implemented those orders. Respondents' actions deny Petitioners-Detainees the process accorded to persons seized and detained by the United States military in times of armed conflict as established by, *inter alia*, the Uniform Code of Military Justice, Army Regulation 190-8, Articles 3 and 5 of the Third and Fourth Geneva Conventions, the common law, and customary international law as reflected, expressed, and defined in multilateral treaties and other international instruments, international and domestic judicial decisions, and other authorities.

378. To the extent that Petitioners-Detainees' detention purports to be authorized by the Executive Order, that Order violates the Fifth Amendment on its face and as applied to Petitioners-Detainees, and therefore also violates 28 U.S.C. § 2241 (c)(3).

379. To the extent that Petitioner-Detainees' detention is without basis in law and violates the common law principles of due process embodied in 28 U.S.C. § 2241 (c)(1), Petitioners-Detainees' detention is unlawful.

380. Accordingly, Petitioners-Detainees are entitled to habeas, declaratory, and injunctive relief as well as any other relief the Court may deem appropriate.

SECOND CLAIM FOR RELIEF
(DUE PROCESS CLAUSE OF THE FIFTH AMENDMENT TO THE CONSTITUTION OF
THE UNITED STATES - UNLAWFUL CONDITIONS OF CONFINEMENT)

381. Petitioners incorporate by reference all preceding paragraphs as if set forth fully herein.

382. By the actions described above, Respondents, acting under color of law, have violated and continue to violate the right of Petitioners-Detainees to be free from unlawful conditions of confinement, in violation of the Due Process Clause of the Fifth Amendment to the Constitution of the United States.

383. Accordingly, Petitioners-Detainees are entitled to declaratory and injunctive relief as well as any other relief the Court may deem appropriate.

THIRD CLAIM FOR RELIEF
(GENEVA CONVENTIONS - ARBITRARY DENIAL OF DUE PROCESS)

384. Petitioners incorporate by reference all preceding paragraphs as if set forth fully herein.

385. By the actions described above, Respondents, acting under color of law, have denied and continue to deny Petitioners-Detainees the process accorded to persons seized and detained by the United States military in times of armed conflict as established by specific provisions of the Third and Fourth Geneva Conventions.

386.    Violations of the Geneva Conventions are direct treaty violations and are also violations of customary international law, and constitute an enforceable claim under 28 U.S.C. § 2241 (c)(3).

387.    Respondents are liable for this conduct described above, insofar as they set the conditions, directly and/or indirectly facilitated, ordered, acquiesced, confirmed, ratified, and/or conspired to violate the Geneva Conventions.

388.    Accordingly, Petitioners-Detainees are entitled to habeas, declaratory, and injunctive relief as well as any other relief the Court may deem appropriate.

## FOURTH CLAIM FOR RELIEF
### (INTERNATIONAL HUMANITARIAN AND HUMAN RIGHTS LAW - ARBITRARY DENIAL OF DUE PROCESS)

389.    Petitioners incorporate by reference all preceding paragraphs as if set forth fully herein.

390.    By the actions described above, Respondents have denied and continue to deny Petitioners-Detainees the process due to persons seized and detained by the United States military in times of armed conflict as establish by customary international humanitarian and human rights law as reflected, expressed, and defined in multilateral treaties and other international instruments and domestic judicial decisions, and other authorities.

391.    Because Respondents are detaining Petitioners-Detainees "under or by color of the authority of the United States," they are violating 28 U.S.C. § 2241(c)(1), and because Respondents are detaining Petitioners-Detainees "in violation of the Constitution or laws or treaties of the United States," they are also violating 28 U.S.C. § 2241(c)(3). Petitioners-Detainees are therefore entitled to habeas relief.

392.    Petitioners-Detainees are entitled to habeas, declaratory, and injunctive relief as well as any other relief the Court may deem appropriate.

## FIFTH CLAIM FOR RELIEF
### (ALIEN TORT STATUTE - TORTURE)

393.   Petitioners incorporate by reference all preceding paragraphs as if set forth fully herein.

394.   By the actions described above, the Respondents directed, ordered, confirmed, ratified, and/or conspired together and with others to bring about acts that deliberately and intentionally inflicted severe physical and psychological abuse and agony upon Petitioners-Detainees in order to obtain coerced information or confessions from him, punish or intimidate Petitioners-Detainees or for other purposes.  Among other abuses, Petitioners-Detainees have been held in and surrounded by conditions of isolation; constant vulnerability to repeated interrogation and severe beatings; the threat or reality of being kept in cages with no privacy; shackled with heavy chains and irons; placed in solitary confinement or the threat of solitary confinement for minor rule infractions for prolonged periods of time; interrogated while shackled and chained in painful positions; exposed to extremes of temperature; subjected to violent behavior or the threat of violence; threatened with rendition to countries that practice torture; sexually humiliated; denied access to counsel and family; deprived of adequate medical care; and subjected to repeated psychological abuse.

395.   The acts described herein constitute torture in violation of the law of nations under the Alien Tort Statute, 28 U.S.C. § 1350, in that the acts violate customary international law prohibiting torture as reflected, expressed, and defined in multilateral treaties and other international instruments, international and domestic judicial decisions, and other authorities.

396.   Respondents are liable for said conduct because they directed, ordered, confirmed, ratified, and/or conspired together and with others to commit the acts of torture against Petitioners-Detainees.

397.  Petitioners-Detainees were forced to suffer severe physical and psychological abuse and agony and are entitled to habeas, declaratory, and injunctive relief and other relief to be determined at trial.

## SIXTH CLAIM FOR RELIEF
## (ALIEN TORT STATUTE - WAR CRIMES)

398.  Petitioners incorporate by reference all preceding paragraphs as if set forth fully herein.

399.  By the actions described above, Respondents' acts directing, ordering, confirming, ratifying, and/or conspiring to bring about the torture and other inhumane treatment of Petitioners-Detainees constitute war crimes and/or crimes against humanity in violation of the law of nations under the Alien Tort Statute, 28 U.S.C. § 1350, in that the acts violated, among others, the Fourth Geneva Convention, Common Article III of the Geneva Conventions and Additional Protocols I and II of the Geneva Conventions as well as customary international law prohibiting war crimes as reflected, expressed, and defined in other multilateral treaties and international instruments, international and domestic judicial decision, and other authorities.

400.  As a result of Respondents' unlawful conduct, Petitioners-Detainees have been and are forced to suffer severe physical and psychological abuse and agony, and are therefore entitled to declaratory, and injunctive relief, and such other relief as the Court may deem appropriate.

## SEVENTH CLAIM FOR RELIEF
## (ALIEN TORT STATUTE –
## CRUEL, INHUMAN OR DEGRADING TREATMENT)

401.  Petitioners incorporate by reference all preceding paragraphs as if set forth fully herein.

65.  The acts described herein had the intent and the effect of grossly humiliating and debasing Petitioners-Detainees, forcing them to act against their will and conscience, inciting fear and anguish, and breaking their physical or moral resistance.

66.     The acts described herein constitute cruel, inhuman or degrading treatment in violation of the law of nations under the Alien Tort Statute, 28 U.S.C. § 1350, in that the acts violated customary international law prohibiting cruel, inhuman or degrading treatment as reflected, expressed, and defined in multilateral treaties and other international instruments, international and domestic judicial decisions, and other authorities.

67.     Respondents are liable for said conduct in that they directed, ordered, confirmed, ratified, and/or conspired together and with others to cause the cruel, inhuman or degrading treatment of Petitioners-Detainees.

68.     Petitioners-Detainees were forced to suffer severe physical and psychological abuse and agony and are entitled to declaratory and injunctive relief as well as other relief to be determined at trial.

<div align="center">

EIGHTH CLAIM FOR RELIEF
(ALIEN TORT STATUTE -
ARBITRARY ARREST AND PROLONGED ARBITRARY DETENTION)

</div>

69.     Petitioners incorporate by reference all preceding paragraphs as if set forth fully herein.

70.     The acts described herein constitute arbitrary arrest and detention of Petitioners-Detainees in violation of the law of nations under the Alien Tort Statute, 28 U.S.C. § 1350, in that the acts violated customary international law prohibiting arbitrary detention as reflected, expressed, and defined in multilateral treaties and other international instruments, international and domestic judicial decisions, and other authorities.

71.     Respondents are liable for said conduct in that they directed, ordered, confirmed, ratified, and/or conspired together and with others to bring about the arbitrary arrest and prolonged arbitrary detention of Petitioners-Detainees in violation of the law of nations under the Alien Tort Statute, 28 U.S.C. § 1350, in that the acts violated customary international law prohibiting arbitrary arrest and prolonged arbitrary detention as

reflected, expressed, and defined in multilateral treaties and other international instruments, international and domestic judicial decisions, and other authorities.

72. As a result of Respondents' unlawful conduct, Petitioners-Detainees have been and are deprived of their freedom, separated from their families, and forced to suffer severe physical and mental abuse, and are therefore entitled to habeas, declaratory, and injunctive relief, and such other relief as the Court may deem appropriate.

## NINTH CLAIM FOR RELIEF
### (ALIEN TORT STATUTE - ENFORCED DISAPPEARANCE)

73. Petitioners incorporate by reference all preceding paragraphs as if set forth fully herein.

74. By the actions described above, the Respondents directed, ordered, confirmed, ratified, and/or conspired to bring about the enforced disappearance of Petitioners-Detainees in violation of the law of nations under the Alien Tort Statute, 28 U.S.C. § 1350, in that the acts violated customary international law prohibiting enforced disappearances as reflected, expressed, and defined in multilateral treaties and other international instruments, international and domestic judicial decisions, and other authorities.

75. As a result of Respondents' unlawful conduct, Petitioners-Detainees have been and are deprived of his freedom, separated from his family, and forced to suffer severe physical and mental abuse, and are therefore entitled to habeas, declaratory and injunctive relief and such other relief as the Court may deem appropriate.

## TENTH CLAIM FOR RELIEF
### (ARTICLE II OF THE UNITED STATES CONSTITUTION - UNLAWFUL DETENTION)

76. Petitioners incorporate by reference all preceding paragraphs as if set forth fully herein.

77. Petitioners-Detainees are not, nor have they ever been, enemy aliens, lawful or unlawful belligerents, or combatants of any kind. The Executive lacks the authority to order or direct military officials to detain civilians who are seized far from the theater of war or

occupied territory or who were not "carrying a weapon against American troops on a foreign battlefield." *Hamdi v. Rumsfeld*, 524 U.S. 507, 124 S. Ct. 2633, 2642 n.1 (2004).

78.    By the actions described above, President Bush has exceeded and continues to exceed the Executive's authority under Article II of the United States Constitution by authorizing, ordering and directing that military officials seize Petitioners-Detainees and transfer them to military detention, and by authorizing and ordering their continued military detention at Guantánamo. All of the Respondents acted and continue to act without lawful authority by directing, ordering, and/or supervising the seizure and military detention of Petitioners-Detainees.

79.    The military seizure and detention of Petitioners-Detainees by the Respondents is *ultra vires* and illegal because it is in violation of Article II of the United States Constitution. To the extent that the Executive asserts that Petitioners-Detainees' detention is authorized by the Executive Order, that Order exceeds the Executive's authority under Article II and is *ultra vires* and void on its face and as applied to Petitioners-Detainees.

80.    To the extent that Respondents assert that their authority to detain Petitioners-Detainees derives from a source other than the Executive Order, including without limitation the Executive's inherent authority to conduct foreign affairs or to serve as Commander-in-Chief of the U.S. Armed Forces, whether from Article II of the Constitution or otherwise, Respondents lack that authority as a matter of fact and law.

81.    Accordingly, Petitioners-Detainees are entitled to habeas, declaratory, and injunctive relief, as well as any other relief the Court may deem appropriate.

### ELEVENTH CLAIM FOR RELIEF
### (VIOLATION OF THE APA - ARBITRARY AND CAPRICIOUS
### UNLAWFUL DETENTION)

82.    Petitioners incorporate by reference all preceding paragraphs as if set forth fully herein.

83.     Army Regulation 190-8 prohibits the detention of civilians who were seized away from the field of battle or outside occupied territory or who were not engaged in combat against the United States. *See, e.g.*, Army Reg. 190-8 at 1-6(g) ("Persons who have been determined by a competent tribunal not to be entitled to prisoner of war status may not be executed, imprisoned, or otherwise penalized without further proceedings to determine what acts they have committed and what penalty should be imposed.").

84.     By arbitrarily and capriciously detaining Petitioners-Detainees in military custody for over three years in the manner described above, Respondents have acted and continue to act *ultra vires* and unlawfully in violation of the Administrative Procedures Act, 5 U.S.C. § 706(2).

85.     Accordingly, Petitioners-Detainees are entitled to habeas, declaratory, and injunctive relief, as well as any other relief the Court may deem appropriate.

TWELFTH CLAIM FOR RELIEF
(VIOLATION OF THE APA - ARBITRARY AND CAPRICIOUS
DENIAL OF DUE PROCESS)

86.     Petitioners incorporate by reference all preceding paragraphs as if set forth fully herein.

87.     By the actions described above, Respondents, acting under color of law, have arbitrarily and capriciously denied and continue to deny Petitioners-Detainees the process accorded to persons seized and detained by the United States military in times of armed conflict as established by Army Regulation 190-8 in violation of the Administrative Procedures Act, 5 U.S.C. § 706(2).

88.     Accordingly, Petitioners-Detainees are entitled to habeas, declaratory, and injunctive relief, as well as any other relief the Court may deem appropriate.

THIRTEENTH CLAIM FOR RELIEF
(VIOLATION OF THE APA - TORTURE AND CRUEL, INHUMAN
OR DEGRADING TREATMENT)

89.  Petitioners incorporate by reference all preceding paragraphs as if set forth fully herein.

90.  By the actions described above, the Respondents have acted and continue to act arbitrarily and capriciously by directing, ordering, confirming, ratifying, and/or conspiring to unlawfully subject Petitioners-Detainees to torture and/or cruel, inhuman or degrading treatment in violation of Army Regulation 190-8 and the Administrative Procedures Act, 5 U.S.C. § 706(2).

91.  Accordingly, Petitioners-Detainees are entitled to declaratory and injunctive relief, as well as any other relief the Court may deem appropriate.

<div style="text-align:center">

FOURTEENTH CLAIM FOR RELIEF
(VIOLATION OF THE RIGHT TO COUNSEL AND TO ACCESS TO THE COURTS)

</div>

92. Petitioners incorporate by reference all preceding paragraphs as if set forth fully herein.

93. Respondents, purportedly acting from a concern for national security, consistently have contrived to intrude upon Petitioners-Detainees' right to consult with counsel by conditioning counsel's access to Petitioners-Detainees on unreasonable terms, including classification/declassification procedures, all in violation of Petitioner-Detainees' attorney-client privilege, their work product privilege, and the Fifth and Sixth Amendments to the U.S. Constitution.

94. Accordingly, Petitioners-Detainees are entitled to habeas, declaratory, and injunctive relief, as well as any other relief the Court may deem appropriate.

<div style="text-align:center">

FIFTEENTH CLAIM FOR RELIEF
(DUE PROCESS CLAUSE - RENDITION)

</div>

95.  Petitioners incorporate by reference all preceding paragraphs as if set forth fully herein.

96.  Upon information and belief, Petitioners-Detainess are at risk of being rendered, expelled or returned without lawful procedures to a country that engages in torture.  The transfer of Petitioners-Detainees to a country that creates a foreseeable and direct risk that they

will be subjected to torture constitutes a violation of Petitioners-Detainees' rights under the Due Process Clause of the Fifth Amendment to the United States Constitution.

97. Accordingly, Petitioners-Detainees are entitled to declaratory and injunctive relief, as well as any other relief the Court may deem appropriate.

SIXTEENTH CLAIM FOR RELIEF
(CONVENTION AGAINST TORTURE AND
CONVENTION RELATING TO THE STATUS OF REFUGEES - RENDITION)

98. Petitioners incorporate by reference all preceding paragraphs as if set forth fully herein.

99. Upon information and belief, Petitioner-Detainees are at risk of being rendered, expelled or returned without lawful procedures to a country that engages in torture. The transfer of Petitioners-Detainees to a country that creates a foreseeable and direct risk that they will be subjected to torture constitutes a direct violation of Petitioners-Detainees' rights under the Covenant Against Torture and the 1954 Convention Relating to the Status of Refugees, 19 U.S.T. 6259, 189 U.N.T.S. 150 *entered into force* Apr. 22, 1954.

100. Accordingly, Petitioners-Detainees are entitled to declaratory and injunctive relief, as well as any other relief the Court may deem appropriate.

SEVENTEENTH CLAIM FOR RELIEF
(ALIEN TORT STATUTE- RENDITION)

101. Petitioners incorporate by reference all preceding paragraphs as if set forth fully herein.

102. Upon information and belief, Petitioners-Detainees are at risk of being rendered, expelled or returned without lawful procedures to a country that engages in torture. The transfer of Petitioners-Detainees to a country that creates a foreseeable and direct risk that he will be subjected to torture constitutes a violation of Petitioners-Detainees' rights under customary international law, which may be vindicated under the Alien Tort Statute.

103. Accordingly, Petitioners-Detainees are entitled to declaratory and injunctive relief, as well as any other relief the Court may deem appropriate.

## V.

## STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 11(B)(3)

402.   Under the unique and extraordinary circumstances of this case, the factual allegations made in the foregoing paragraphs, and more specifically those that are made upon information and belief, are made pursuant to Rule 11(b)(3) of the Federal Rules of Civil Procedure on the basis that those allegations "are likely to have evidentiary support after a reasonable opportunity for further investigation or discovery." Fed. R. Civ. P. 11(b)(3).

## VI.

## PRAYER FOR RELIEF

WHEREFORE, Petitioners-Detainees pray for relief as follows:

1.   Grant the Writ of Habeas Corpus and order Respondents to release Petitioners-Detainees from their current unlawful detention;

2.   Order that Petitioners-Detainees be brought before the Court or before a Magistrate Judge assigned by the Court at a convenient facility to conduct proceedings under the supervision of the Court to vindicate their rights;

3.   Order that Petitioners-Detainees cannot be transferred to any other country without the specific, written agreement of Petitioners-Detainees and Petitioners-Detainees' counsel while this action is pending;

4.   Order that Petitioners-Detainees cannot be delivered, returned, or rendered to a country where there is a foreseeable and imminent risk that Petition will be subject to torture;

5.   Order Respondents to allow counsel to meet and confer with Petitioners-Detainees in private and unmonitored attorney-client conversations;

6.  Order Respondents to cease all interrogations of Petitioners-Detainees, direct or indirect, while this litigation is pending;

7.  Order Respondents to cease all acts of torture and cruel, inhuman and degrading treatment of Petitioners-Detainees;

8.  Order and declare the Executive Order of November 13, 2001 is *ultra vires* and unlawful in violation of Article II of the United States Constitution, the Fifth Amendment to the U.S. Constitution, the Uniform Code of Military Justice, the Administrative Procedures Act, 5 U.S.C. § 702, the treaties of the United States and customary international law;

9.  Order and declare that the prolonged, indefinite, and restrictive detention of Petitioners-Detainees without due process is arbitrary and unlawful and a deprivation of liberty without due process in violation of common law principles of due process, the Due Process Clause of the Fifth Amendment to the United States Constitution, the regulations of the United States military, the treaties of the United States, and customary international humanitarian law; and

10. Grant such other relief as the Court may deem necessary and appropriate to protect Petitioners-Detainees rights under the common law, the United States Constitution, federal statutory law and international law, including, if necessary, designating the above-specified Petitioners to act as Next Friends of Petitioners-Detainees.

Dated:  December 11, 2005

Respectfully submitted,

Counsel for Petitioners:

_Barbara J. Olshansky_

Barbara J. Olshansky (NY0057)
Director Counsel
Tina Monshipour Foster (TF5556)
Gita Gutierrez
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499

## CERTIFICATION OF REPRESENTATION WITHOUT COMPENSATION

Counsel for Petitioner hereby certify, pursuant to L. Cv. R. 83.2(g), that they are representing Petitioner without compensation.

Dated: _12/u_, 2005          _Barbara J. Olshansky_

**[counsel information]**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____ x

**Amer Mohammon,**
      **ISN # 939,**
      **Detainee,**
      **Guantanamo Bay Naval Station**
      **Guantanamo Bay, Cuba;**

**Boucetta Fihi,**
      **ISN # 718,**
      **Detainee,**
      **Guantanamo Bay Naval Station**
      **Guantanamo Bay, Cuba;**

**Elham Bataif,**
      **ISN # 084,**
      **Detainee,**
      **Guantanamo Bay Naval Station**
      **Guantanamo Bay, Cuba;**

**Jamil El-Banna,**
      **as the Next Friend of the above-named**
      **Petitioners Khalik Dad through Bataif;**
      **et al.,**

      *Petitioners*,

      **v.**

**GEORGE W. BUSH,**
      **President of the United States**
      **The White House**
      **1600 Pennsylvania Ave., N.W.**
      **Washington, D.C. 20500;**

**DONALD RUMSFELD,**
      **Secretary, United States**
      **Department of Defense**

No. _____

```
        1000 Defense Pentagon              )
        Washington, D.C. 20301-1000;       )
                                           )
ARMY BRIG. GEN. JAY HOOD,                  )
        Commander, Joint Task Force - GTMO )
        JTF-GTMO                           )
        APO AE 09360; and                  )
                                           )
ARMY COL. MIKE BUMGARNER,                  )
        Commander, Joint Detention         )
            Operations Group, JTF - GTMO   )
        JTF-GTMO                           )
        APO AE 09360,                      )
                                           )
Respondents.                               )
                                           )
_____x
```

# DECLARATION OF CLIVE STAFFORD SMITH

## DECLARATION OF CLIVE A. STAFFORD SMITH

COMES NOW CLIVE A. STAFFORD SMITH, ESQ. and hereby declares as follows:

1.  I am the Legal Director of Reprieve, a human rights organization based in the United Kingdom.  I am a member in good standing of bars of Georgia, Louisiana and Mississippi, as well as of the United States Supreme Court and various among the lower federal courts.

2.  My clients currently or formerly detained in Guantánamo Bay Naval Station, to whom I provide habeas representation, include Omar Deghayes, Shaker Aamer, Bisher Al Rawi, Jamil El Banna, Binyam Mohammed, Usama Hasan Abu Kabir, Jamal Abdullah Kiyemba, Ahmed Abdel Aziz, Sami Muhyedin al Hajj, and Mohammed El Gharani.  All of these clients seek to act as Next Friends for the Petitioners in this matter or have provided evidence of the Petitioners' desire for legal counsel to represent them directly.

3.  I first became involved in the representation (or attempted representation) of the prisoners in Guantanamo Bay in early 2002, because I believed strongly that this nation fails in its most profound promise when it holds prisoners beyond the rule of law.

4.  In November 2004, I was first able to visit two clients in Guantanamo Bay. This opened up a new avenue for helping the prisoners get access to counsel after other efforts to help the prisoners to secure legal representation had failed or proved impractical, as described below.

5.  My clients consistently told me that other prisoners desperately wanted counsel and asked me how they could help.  My initial idea was to write out a form that my clients could take back to their cells and use as standard form for other prisoners.  If other prisoners wanted me to help them, they could fill out the form and send it to me.  However, this proved ineffective for various reasons. One was the unacceptable legal mail system from Guantanamo Bay.  I have my clients keep logs of the letters that they send me, and the ones they receive from me.  The letters that my clients send to me either do not get through to me at all, or take an unacceptably long time arriving.  Via this method, I received four signed requests for counsel on May 29, 2005, five months after they had been sent.

6.  By early 2005, there were still few prisoners for whom there were authorizations to file a petition, although I talked to my clients and learned that many were desperate to secure help.  We had to search for a more reasonable way to deliver this assistance.

7.  One of my clients showed me the English-language version of the Department of Defense's Enemy Combatant Notice (ECN) that had been distributed to detainees.  It expressly stated that a prisoner could ask "a *friend* or family member or a lawyer to file such a petition with the court."  This gave us the idea of the way in which those of my clients could act as Next Friends for the other prisoners, thereby helping the other prisoners get the legal assistance they so desperately wanted.

1

8.    I discussed this document with my clients named in ¶ 2, and they have understood this to mean that they could file a request for legal assistance for their "friends" in Guantanamo Bay who expressed their desire to challenge the legality of their detention with legal assistance.

9.    During these discussions, I also learned that many prisoners would rather have a fellow prisoner as "Next Friend" than a family member to prevent putting their families at risk in their home countries.  For example, one of my British resident clients, Jamal Kiyemba, has stated in an unclassified document that "[t]he prisoners want to know why they have to have a family member contacted on this.  It's personal.  They think this is just a way of dragging their families into this process, putting them at risk.  This is particularly true when the family is in a repressive society back home.  What is the point of having a family member involved?"

10.   My clients seeking to act as Next Friends also share a strong community of interest with the Petitioners, perhaps as strong as or stronger than that of the family members acting as Next Friends.  For example, Omar Deghayes is a long term resident of the United Kingdom with some legal training and is one of my clients who is acting as a Next Friend for other prisoners.  He has spent more than three years of wrongful imprisonment.

11.   During his incarceration in U.S. custody, Mr. Deghayes has become close to several other prisoners and acted as their Next Friend to secure legal representation. Because he speaks English and Arabic, has legal training, and possesses a sincere commitment to the prisoners' best interests, these men entrusted Mr. Deghayes to contact me to secure legal representation on their behalf.

12.   Mr. Deghayes is sometimes moved, and sometimes placed in isolation, something that is out of his control but entirely in the control of Respondents, making it more difficult for him to provide additional information should I ask him to do so.

13.   As result of Mr. Deghayes' efforts as a Next Friend, and the efforts of my other clients acting as Next Friends, numerous prisoners in Guantanamo now have legal counsel who would otherwise have gone unrepresented for perhaps years.

14.   In each instance when I secured from my clients a Next Friend authorization or a Notification of another prisoner's desire for counsel, I discussed with them the meaning and nature of a "Next Friend."  They understood that this meant that they were acting on behalf of each of the prisoners to help challenge the legality of their detention.

15.   In addition, I specifically confirmed in each instance that it was my client's understand that the prisoner was seeking legal assistance to challenge the legality of his detention, but had not been able to communicate this because of the obstacles the government creates to the prisoner's access to families, lawyers, and the court.

16.   The government has constructed substantial barriers to the prisoners' direct access to the court and legal counsel.  Between December 2001 and September 2004, the prisoners did not have any means to communicate directly with lawyers or the court.  Thus, the only

2

means available to provide legal representation to the prisoners was through their families in foreign countries.

17.  The problems for families contacting U.S. lawyers are profound.  First, the families have to know and believe that free help is available, and there is no way that we can broadcast to families all over the world that they may contact us.  Second, they must have a means to contact us, and the internet is not readily available to many people in a country such as Yemen.  Third, they need the means to overcome language barriers to communicate with U.S. lawyers.  Fourth, when I have traveled to foreign countries to try to facilitate this process it has been expensive and very difficult – there have been prisoners from fifty countries in Guantanamo Bay, many of which are not easy to visit.  Finally, some families do not know that their relative is imprisoned in Guantanamo because the U.S. government has refused to release the names of the men it holds captive.

18.  As described above, many barriers were overcome when prisoners with legal counsel learned that a "friend" could file a petition on a prisoner's behalf.

19.  Based on this, various of my clients have wanted to act as Next Friends for other prisoners with whom they have become close to while in the prison or have provided me with Notification of another prisoner's desire for counsel.  Authorizations and Notifications secured in this manner are attached to this declaration as Exhibits 1 through 24, and demonstrate in each instance that the named prisoner wishes to have legal proceedings brought on his behalf.

Pursuant to 28 U.S.C. § 1746 (1), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 12th day of December, 2005.

*Clive A. Stafford Smith*

CLIVE A. STAFFORD SMITH

3

# EXHIBIT 1

**Next Friend Authorization**

I, ___JAMIL AL BANNA___, understand what the U.S. legal term 'next friend' means, and the following people who I know from being held in the custody of the U.S. have expressed the desire to have the legal assistance of counsel. I therefore act as their next friend, and authorize Clive Stafford Smith and counsel associated by him to act to secure the legal rights of those listed below:

Amer Mohammar (Algeria) #939          A, F, E

Boucetta Fihi    (Algeria) #718          A, F, E

Abdulkadr Abdulkhalik Sad (Afghani) #753    P, F, A, Farsi

Mohammed Mustafa (Afghani) #1008        P, E, Farsi

Elham Bataif (Uzbek) #084              R, Kazak, Uzbek
                                      Uigur, Arabic

Name: JAMIL AL BANNA

Witness:

FOUO

1

**EXHIBIT 2**

(A) 51-  YAGOOB alSoury      Syrian        CAMP I      Asbic
52  ZEYAD ALGASSMY      SUDIA ARBIA  CAMP IV  AEbic

I  SAMI MUHYIDEEN  UNDERSTAND THE MEANING OF "NEXT
FRIEND"  AND I KNOW THAT THE FOLLOWING PEOPLE WANT LEGAL
ASSISTANCE FROM CLIVE STAFFORD SMITH,  AND I AM ALSO WILLING
TO ACT ON THEIR BEHALF:  SAMI MUHYIDEEN  —  Speak

| | | | | |
|---|---|---|---|---|
| 1- | ADEL HASSAN | SUDAN | CAMP IV | Asbic - Little English |
| 2- | HAMAD | SUDAN | CAMP IV | Asbic - Good English |
| 3- | AmiR | SUDAN | CAMP I | Asbic little English |
| 4- | Abu AHMED | SUDAN | CAMP I | Asbic little English |
| 5- | WALEED | SUDAN | Camp I | Asbic |
| 6- | Samir | SUDAN | Camp I | Asbic |

200 ISN

| | | | | |
|---|---|---|---|---|
| 7- | SAD ALGAHTANI | SUDIA ARABIA | Camp IV | Arbic - Good English |
| 8- | FAHD ALFAWZAN | SUDIA ARABIA | CAMP IV | ARBIC |
| 9- | RASHED ALQAMDI | SUDIA ARABIA | CAMP IV | ARBIC |
| 10- | BANDAR ALSHATBANI | SUDIA ARABIA | CAMP IV | ARBIC - little Engl |
| 11- | MASHAL | SUDIA ARABIA | CAMP IV | ARBIC |
| 12- | KHALD ALBARKATI | SUDIA ARABIA | CAMP IV | ARBIC |
| 13- | ABDULAL ALTHANI | SUDIA ARABIA | CAMP IV | ARBIC |
| 14- | ABU AHMED ALJOFI | SUDIA ARABIA | Camp IV | ARBIC |
| 15- | ABU RAD ALJOFI | SUDIA ARABIA | CAMP IV | ARBIC |
| 16- | ABDULAL | SUDIA ARABIA | CAMP IV | ARBIC |
| 17- | SAD ALMATERI | SUDIA ARABIA | Camp I | ARBIC |
| 18- | SEED FARHE | SUDIA ARABIA | Camp I | ARBIC |
| 19- | SALEH | SUDIA ARABIA | Camp I | ARBIC |
| 20- | MAGED | SUDIA ARABIA | Camp I | ARBIC |
| 21- | ARDUL SALAM AlSHEHRI | SUDIA ARABIA | Camp II | ARBIC |

UNCLASSIFIE

| | | | | |
|---|---|---|---|---|
| 22- | ABDULSALAM DEIFF | AFGANSTAN | CAMP IV | ARBIC - Good Eng |
| 23- | OMAR | AFGANSTAN | CAMP I | ARBIC |
| 24- | ABDUL HAQ | AFGANSTAN | CAMP I | BUSHTO |
| 25- | ALI ALKAZMI  172 | YAMAN | CAMP IV | ARBIC |
| 26- | ALASADI | YAMAN | CAMP IV | ARBIC |
| 27- | KHADER | YAMAN | CAMP IV | ARBIC |
| 28- | MOHSEN | YAMAN | CAMP IV | ARBIC |
| 29 | ABDULRAHMAN | YAMAN | CAMP IV | ARBIC |
| 30- | FAHD | YAMAN | CAMP IV | ARBIC |
| 31- | Mustafa ALSHAMILI | YAMAN | CAMP VII | ARBIC |
| 32- | Osama | YAMAN | CAMP I | ARBIC |
| 33- | MOHAMED HMADI | YAMAN | CAMP IV | ARBIC |
| 34- | FAHMI | YAMAN | CAMP IV | ARBIC |
| 35- | ESAM | YAMAN | CAMP IV | ARBIC |
| 36- | MOHAMED ALI | YAMAN | CAMP IV | ARBIC |
| 37- | EDRESS | YAMAN | CAMP IV | ARBIC |
| 38- | ABU RAHAN | BANGALDESH | CAMP IV | BANGALI |
| 39- | ABULRHMAN | TAJKISTAN | CAMP IV | English |
| 40 | SADER | TURKESTAN - CHINE | CAMP IV | Chines |
| 41 | ZaKER Chan | TAJKISTAN | CAMP IV | English |
| 42- | ABD ALZAHER | AZERBIJAN | CAMP I | AZERI |
| 43- | ALLA ALMDSARY | EGYptian | CAMP I | ARBIC |
| 44 | SHARAF ALSANANI | YAMAN | CAMP I | English |
| 45- | SEED | YAMAN | CAMP I | ARBIC |
| 46- | ADEL AL Tunisi | TUNISIAN | CAMP IV | FRANCH |
| 47- | NAHAMOUD ALBHAR | YAMAN | CAMP I | ARBIC |
| 48- | KHALD | YAMAN | CAMP II | ARBIC |
| 49- | NAJEEB | MOLOCCAN | CAMP III | ARBIC |
| 50- | ALI ALQATARI | YAMAN | CAMP III | ARBIC |

UNCLASSIFIED

# EXHIBIT 3

### Next Friend Authorization

I, BENYAMIN MUHAMMED , understand what the U.S. legal term 'next friend' means, and the following people who I know from being held in the custody of the U.S. have expressed the desire to have the legal assistance of counsel. I therefore act as their next friend, and authorize Clive Stafford Smith and counsel associated by him to act to secure the legal rights of those listed below:

ABDURRACHMAN (ALGERIA)     UK ASYLUM    E/F
#659                                        J/A

HASSAN #1456 (YEMEN)                        A
SHARGOWI #1457 ( " )                        A/U
ABU RACHMAN #1460 (PAKISTANI)               A/U
Badr #1461 ( " )                            A
Abdulsalaam #1463 (Yemeni)                  A
Sanad #1453 ( " )                           E/U
Saif Ulla (Pakistani)

Name

Witness: 5/6/05

**FOUO**

2

**EXHIBIT 4**

1, USAMA HASAN ABU KABIR, UNDERSTAND THE TERM
"NEXT FRIEND" AND KNOW THAT THE FOLLOWING PEOPLE WHO I KNOW
FROM THIS PRISON WANT LAWYERS, AND WANT ME TO HELP ASSERT
THEIR LEGAL RIGHTS IN ANY WAY POSSIBLE, AND I AUTHORIZE (FOR THEM)
CLIVE STAFFORD SMITH TO ENSURE THAT THEY HAVE LEGAL REPRESENTATION.

AN
1  ABDUL NASSER  (TURKESTANI)                          Ⓔ
2  ATO AKTAR
3  MOHAMMED
4  THABID
5  ABDULSOMAD B
6  ALI
7  ABU BAKER
8  ABDUSABER
9  KHALID
10 AHMAD
11 JALAL JALALDIN
12 ABDURRAZAKH
13 AHMAD
14 SABEL                                    (COULD BE
                                            KAZAKHSTANI)
15 ABDULLAH
16 ABDURAHMAN
17 SADAR                                    (BROTHER OF
                                         ?  SADAK)
18 ARKEEN
19 ADEL                                           Ⓔ +/-
20 HAMMAD

FOUO

2

21  ABDURAZZAK  (KAZAKHSTAN)                                    JSN between 6 & 7 &
22  ABDULLAH Al EIT  QUATANY  (K.S.A.)                          Cousin to          655
23  JABIR  AL  QVATANY   ( " )     #650                         Abdullah.
24  ZABIN  THAHA  ASSAMMERY  (KSA)                              JSN between 647 &
25  YAKUB              (SYRIA)                                                     655
26  JIHAD               "                                       Good (E)
27  BILAL               "
28  MOHAMMED                                                    (E) +/-
29  ABU AHMED           "                                       Father of Mohamme
30  ABU RAWDA
31  ABDULLAH            "
32  ABU MOHAMMED (ALGERIA)    #039                              V. Good (E)  (F)
33  DR. ABU MOHAMMED   "     #040                               (E)          (F)
34  ABU ABDULLAH       "
35  HAMAD            (SUDAN)                                    (E) good
36  DATED MAY 1, 2005.

أسامة أبو كبير ...

USAMA  ABU  KABIR

WITNESS

CLIVE STAFFORD SMITH

FOUO

**EXHIBIT 5**

## AUTHORIZATION & NOTIFICATION

I, JAMAL KIYEMBA (████), UNDERSTAND THE LEGAL TERM "NEXT FRIEND" AND FIRMLY BELIEVE THAT THE FOLLOWING PEOPLE, WHO I HAVE COME TO KNOW DURING MY CAPTIVITY SINCE (AS ATTACHED) MARCH 2002, WANT ME TO ACT AS THEIR "NEXT FRIEND", AND AUTHORIZE CLIVE STAFFORD SMITH TO SEEK ANY LEGAL REDRESS ON THEIR BEHALF THAT IS POSSIBLE, AND I DO AUTHORIZE HIM. I ALSO SUBMIT THIS DOCUMENT AS EVIDENCE, INDEPENDENT OF THEIR RELIANCE UPON ME AS "NEXT FRIEND", OF THEIR SPECIAL DESIRE FOR A LAWYER AND FOR A LEGAL CHALLENGE TO THE ILLEGALITY OF THEIR DETENTION BY THE UNITED STATES OF AMERICA.

THIS AUTHORIZATION & NOTIFICATION APPLIES TO ALL PERSONS LISTED ON THE ATTACHED LISTS, AS INITIALED BY ME.

MARCH 10th, 2005.

*Kiyemba*

NAMES OF DETAINEES

| # | Name | Country | Camp |
|---|------|---------|------|
| 1 | ALI | UZBEKISTAN | CAMP I |
| 2 | ABDULLAH | UZBEKISTAN | CAMP I |
| 3 | KHALID | TURKISTAN | CAMP 4 (UIGUR) |
| 4 | ABDULSABUR | " | " " |
| 5 | ABDU SAMAD | " | " " |
| 6 | HAMMAD | " | " " |
| 7 | ABDU NASIR | " | " " |
| 8 | JALAAL | " | " " |
| 9 | BILAL | SYRIAN | CAMP I (ARABIC) |
| 10 | FAISAL | SAUDI | CAMP I " |
| 11 | BANDAR ALJAABIR | " | " " |
| 12 | AHMAD | TURKISTAN | CAMP 4 (UIGUR) |
| 13 | SAADIQ | " | " |
| 14 | WALIID | SUDAN | CAMP I |
| 15 | HAMMAD | " | CAMP 4 |
| 16 | MAHMOOD | SUDAN | CAMP I |
| 17 | SAIF ULLAH | TUNISIAN | CAMP II ITALIAN? ARABIC |
| 18 | YUSUF ASSIHRI | SAUDI | CAMP III |
| 19 | YUSUF ARIBESH | SAUDI | CAMP I |
| 20 | ABDALLAH | TUNISIAN | CAMP II ITALIAN? |
| 21 | ADIL | TUNISIAN | CAMP IV ITALIAN? |
| 22 | ABU RAWDAH | SYRIAN | CAMP I |
| 23 | SAABIR | TURKISTAN | CAMP IV (UIGUR |
| 24 | SAALIH | TURKISH | CAMP IV |
| 25 | ABU MUHAMMAD | ALGERIAN | CAMP IV (ENG & ARABIC |
| 26 | VERY ILL SALMAN ALBAHRI | SAUDI | CAMP I |
| 27 | JAABIR ALQAHTAANI | SAUDI | CAMP II |

J.K.    Kis____

RIDWAAN AL MAGREBI          MOROCCAN

FAHD ALHARAAZI            SAUDI

FAHD ABU HAFSA           YEMENI          CAMP IV  Arabic

HUDHAIFA                                 CAMP I  Urquila

ABDURAHMAN [redacted]     TURKWANI       CAMP I  Arabic

· SHAFIIQ                  YEMENI         CAMP I  Arabic

NABIL                     ALGERIAN        CAMP I  French & Arabic

                         ALGERIAN

**EXHIBIT 6**

**FOUO**                    05/05/05        (2)

Dear Clive,

I, JAMAL ABDULLAH KIYEMBA, fully understand the American concept of 'NEXT FRIEND' and know that the following people, with whom I can assert friendship as a result of my time in Guantanamo, want me to act as their Next Friend and secure the legal assistance of CLIVE, A. STAFFORD SMITH to assert all their legal rights.

NAME:                           ISN#:        NATIONALITY        LANGUAGES
ABDUNOOR  AKA. ABDURAHMAN       ███          ALGERIAN           ARABIC & ENGLISH
                                             (Also British Resident)

DONE  THIS  5ᵗʰ  MAY  2005

                                Kiyemba
**FOUO**        JAMAL  ABDULLAH  KIYEMBA.

**EXHIBIT 7**

FOUO

DO NOT WRITE BEYOND HEAVY LINES                                              No. A

I A'AMER SHAKER Born in 21-12-1966
fully understand the Amircan meaning of
(Best Freind). therefor I want my Attorney
Clive A. staffoDs smith to Be The Attorney
of the fellowing names Becuse they are my
freinds and I live with them in Jail for 3 Years
and I care for them.

| | Name | ISN | Country |
|---|---|---|---|
| 1- | ADeL Ben Ahmad AL HAKeeMy I.S.N | 168 | Tunisian |
| 2- | ABullHADi AL HAmami | 717 | Tunisian |
| 3- | mohamaD manie AL KaHtany | 038 | Sudia |
| 4- | ABDullah AAli AL OtiaBi | 243 | Sudia |
| 5- | IBraheem ZiaDan | 761 | Jordan |
| 6- | Monmad Ahmad AL Karalany | 269 | ChAD |
| 7- | Omar Mohamad KhALifah | 695 | LXBia |
| 8- | Ahmad ABDullAZiZ | 757 | morotanya |
| 9- | BenJamin Mohamad AL HaBAShi | 1458 | EthuBia |
| 10- | ADeL A HAmlily | 1452 | Algiria |
| 11- | ABDull Raheem Gulam Rabany | 1460 | PakisTan |
| 12- | AHmad Gulam Rabany | 1461 | " " |
| 13- | MohamaD Kameen | | AFganistan |
| 14- | OmieR BaAtash. | 1456 | Yamin |
| 15- | Abdo ALi AL Haj | 1457 | " " |
| 16- | AL KazMy | 1453 | " " |
| 17- | Mohamado Salaiah. | 760 | Morotanya |
| 18- | OmaR AHmad | 766 | CanDa |

SHAKer AAmer 2-5-2005

Reverse of DA FORM 2667-R, May 82                              FOUO

FOUU

**DO NOT WRITE BEYOND HEAVY LINES**            Re MARKs            No. ③

1- 168- He is Tunisian with (Green CarD) in ITALY. He is

MaRRiyed Wife is (BELGim) BeLGim - live in prussle

SHE is NoT ALlowed to write toHem by Court order.

①- 766 omar Canidian He wants to CHange his Attorny to you ←

2- 717 - Tunisian with (Green CarD) in ITALy and Prothers

Applyed for poLiTical AssyLem in pakistan.

3- 036- sudi ARaB He is Been A cused of Being hiJaker

No. 20 And tourtcher and I solated for more than 2years

He is in camp 5 Now. Phone. 9661-5456877 K.S.A

4- He Arrived in pakistAn fo ro ne week Then Kidnabed

by Amircan and sent to AFGANistan. He came with

30,000 DollaR for Refugees CHaiRty work. (243)

Phone-9662-5423940- 5492715

5- Jordanian Born in lyBia - He got Long Story. (761)

6- 269- He is 16 years old Born and reis in sudia ARabi From

my City MaDina   pasport from CHAD He was studing

in pakistan He is 19 Year old Now phoneis 9664-8286195 K.S.A

7- 1458- He Has poLitacal AssyLem in U.K. From West London

He got travel Document - He has FamiLy in u.S.A There

Phone is  571 - 332 4480.

8- 1452- StateLess Hes FaTher is British - He use to Have

U.N LegaL DecumenT

9-1456 & 1457- they Been Tourtcher in Jordan and Bagram

10-760 He dis A bear From here  He is in BaD Sitiotion -

**EXHIBIT 8**

# FOUO

## Request For legal Assistance

I, Omar Deghayes (having legal training), am acting as close friend to all mentioned in this list. Requesting that Clive Stafford-Smith (Justice in Exile) take any and all legal steps on their behalf, to challenge any and all aspects of their seizure and detention by the United States :

1. Mohammed HAMID Qurany / Tchad ▉
   Camp V.

2. Sami ABDAULAZiz ALAythi / Egypt
   Camp V.

3. ABDAUL AZiZ NAJI / ALGERIA
   Camp Delta.

4. Omar KALIFA MOHAMMED / LIBYA
   Camp V.

5. ABDUALLAH ATAIBI / Saudi
   Camp V

6. ABDUAL LATIF NASER / MoRoco 244
   Camp V

7. AHAHED ABDAULAZiZ / MAURATANIA
   Camp V

8. MOHAMEDo SALAHI / MAURATANIA
   Camp Delta

9. MOHAMED ALAHIN / MAURATANIA
   Camp Delta.

10. ISMAIL ALKHANESI / LIBYA
    Camp Delta.

11. AHAHED LIBYA
    Camp Delta.

12. ABDALRAUF ZALITINI LIBYA
    Camp Delta

13. ABDAL RAUF ASIBI LIBY
    Camp IV

14. ABDALRAZAK Ali LIBYA
    Camp Delta.

15. FARIS DARNAWI LIBYA
    Camp Delta.

16. SAIB DARNAWI LIBYA
    Camp Delta.

17. HASAN BALGAD LIBYA
    Bagram Base.

18. SALIH LIBYA / Bagram

19. MUHAMMED DAWOOD — LIBYA Bagram

20. Abu HADAIFA JORDAN — Delta

21. LAHCEN IKASSRIEN MoRoco V ▉

**EXHIBIT 9**

### Next Friend Authorization

I, **OMAR DEGHAYES** , understand what the U.S. legal term 'next friend' means, and the following people who I know from being held in the custody of the U.S. have expressed the desire to have the legal assistance of counsel. I therefore act as their next friend, and authorize Clive Stafford Smith and counsel associated by him to act to secure the legal rights of those listed below:

TAREK        CAMP A     (EGYPTIAN / BOSNIA).

ABDULAZIZ NAJI          (ALGERIAN)

MOHAMMED ZAHRANI        (SAUDI ARABIA)

Name: _____

Witness: 5/6/05

**EXHIBIT 10**

## AUTHORIZATION

I, OMAR DEGHAYES, UNDERSTAND THE TERM "NEXT FRIEND", AND AM ACTING IN THAT CAPACITY ON BEHALF OF THE FOLLOWING:

ABDAUL RAZAK ALI-HAJ     CAMP Δ     LIBYA

ISMAIL (ALKHAMESI)     CAMP Δ     LIBYA

AHMED (TRIPOLI)     CAMP Δ or IV     LIBYA

ABDUL RAUF (ASABI)     CAMP IV     LIBYA

Abu ABDUL RAUF (ZALITAN)     CAMP Δ     ▆▆▆ LIBYA

FARIS (DARNA)     CAMP Δ     LIBYA

SAIB (DARNA)     CAMP Δ     LIBYA

OMAR MOHAMMED Abdullah KHALIFA ▆▆▆     CAMP V     LIBYA

MOHAMMED (RIMI)     CAMP Δ     LIBYA

I KNOW THAT THEY WANT LEGAL ASSISTANCE TO SECURE THEIR FREEDOM AND I HEREBY AUTHORIZE CLIVE STAFFORD SMITH, AND ANYONE AUTHORIZED BY HIM, TO ASSERT MY LEGAL RIGHTS.

8th MARCH 2005.

OMAR DEGHAYES

# EXHIBIT 11

**Next Friend Authorization**

I, OMAR DEGHAYES_____, understand what the U.S. legal term 'next friend' means, and the following people who I know from being held in the custody of the U.S. have expressed the desire to have the legal assistance of counsel. I therefore act as their next friend, and authorize Clive Stafford Smith and counsel associated by him to act to secure the legal rights of those listed below:

SAMIR NAJI HASSAN (034) YEMEN          ARABIC

MOHAMMED ABDURRAHMAN (894) TUNISIA    ITALIAN, ARABIC

                                       ARABIC, ENGLISH

GHALIB FAHANI (128) YEMEN

MOHAMMED ZAHRANI ( ) K.S.A. (CAMP V)   ARABIC

MOHAMMED QAHTANY ( ) KSA (CAMP V)      ARABIC

SOFIANE AL HAWARI (1006) Algeria       FRENCH? ARABIC.
                              (KSA)     ARABIC, ENGLISH

ABDULLAH HAMID MUSLEH QAHTANY          ARABIC
                              Yemen

FADL DAHIMI                   Yemen (CAMP Δ) ARABIC

AHMED OMAR                    KSA.      ARABIC (ENGLISH)

YOUSEF RUBAISH                KSA       ENGLISH / ARABIC

DR. ABDULLAH ASSARI           Yemen     ARABIC.

ALI WAILI KHAVIMI


Name: _____

Witness: _____

**FOUO**

**EXHIBIT 12**

## AUTHORIZATION

I, OMAR DEGHAYES, UNDERSTAND THE MEANING OF "NEXT FRIEND" AND AM ACTING AS NEXT FRIEND FOR THE FOLLOWING PEOPLE BEING HELD IN GUANTANAMO BAY:

LAHCEN IKASRIEN ▬▬ MOROCCAN CAMP I - ▬▬▬▬▬

ABDUL LATIF MOHAMMED NASSER (074) MOROCCAN CAMP I - ▬▬▬▬

NAJEEB AL-HUSSEINI      MOROCCAN      CAMP Δ ▬▬▬

AHMED ABU-IMRAN ▬▬ MOROCCAN   CAMP ECHO ?

YOUNIS SHAKUR          MOROCCAN

RIDOUANE SHAKUR        MOROCCAN

MOHAMMED MAZOZ         MOROCCAN

TAREQ                  MOROCCAN

MOOSSA                 MOROCCAN

SAID                   MOROCCAN

MOHAMMED FAHRED        MOROCCAN

MOHAMMED AL-NADOUR     MOROCCAN (I)

I KNOW THEY WANT LEGAL ASSISTANCE ON THEIR BEHALF, AND I HEREBY AUTHORIZE CLIVE STAFFORD SMITH AND ANY LAWYER AUTHORIZED BY HIM TO ASSERT THEIR LEGAL RIGHTS.

Omar

**EXHIBIT 13**

## AUTHORIZATION                    PALESTINIAN

I, OMAR DEGHAMES, UNDERSTAND THE MEANING OF "NEXT FRIEND" AND AM ACTING AS NEXT FRIEND FOR THE FOLLOWING PEOPLE BEING HELD IN GUANTANAMO BAY:

MAHER        ████    PALESTINIAN/        CAMP A
                     (JORDAN/PAKISTAN?)

ABU HADIFA           PALESTINIAN/        CAMP A
                     (JORDAN)

MOHAMMED ABDULLAH    PALESTINIAN         CAMP A

ABDULLAH JAFFA       PALESTINIAN         CAMP A
                     (JORDAN)

I KNOW THEY WANT LEGAL ASSISTANCE ON THEIR BEHALF, AND I HEREBY AUTHORIZE CLIVE STAFFORD SMITH AND ANY LAWYER AUTHORIZED BY HIM TO ASSERT THEIR LEGAL RIGHTS.

Omar

# EXHIBIT 14

<u>AUTHORIZATION</u>

I, OMAR DEGHAMES, UNDERSTAND THE MEANING OF "NEXT FRIEND" AND AM ACTING AS NEXT FRIEND FOR THE FOLLOWING PEOPLE BEING HELD IN GUANTANAMO BAY:

SAID (AL-RUSSI)          RUSSIAN          CAMP Δ     (R)

I KNOW THEY WANT LEGAL ASSISTANCE ON THEIR BEHALF, AND I HEREBY AUTHORIZE CLIVE STAFFORD SMITH AND ANY LAWYER AUTHORIZED BY HIM TO ASSERT THEIR LEGAL RIGHTS.

**EXHIBIT 15**

## AUTHORIZATION

I, OMAR DEGHAMES, UNDERSTAND THE MEANING OF "NEXT FRIEND" AND AM ACTING AS NEXT FRIEND FOR THE FOLLOWING PEOPLE BEING HELD IN GUANTANAMO BAY:

SLAIM HARBI          (SAUDI)              CAMP A
MOHAMMED HARBI       ( " )               CAMP A

I KNOW THEY WANT LEGAL ASSISTANCE ON THEIR BEHALF, AND I HEREBY AUTHORIZE CLIVE STAFFORD SMITH AND ANY LAWYER AUTHORIZED BY HIM TO ASSERT THEIR LEGAL RIGHTS.

_____

**EXHIBIT 16**

AUTHORIZATION

I, OMAR DEGHAYES, UNDERSTAND THE MEANING OF "NEXT FRIEND" AND AM ACTING AS NEXT FRIEND FOR THE FOLLOWING PEOPLE BEING HELD IN GUANTANAMO BAY:

OMAR RAMAH          ██████    YEMENI (GEORGIA)    CAMP V  ██████

ALI KADAMI                     YEMEN               CAMP Δ ?

AHDEL (ABU BAKER SHAMMRANY)   YEMEN               CAMP Δ.

I KNOW THEI WANT LEGAL ASSISTANCE ON THEIR BEHALF, AND I HEREBY AUTHORIZE CLIVE STAFFORD SMITH AND ANY LAWYER AUTHORIZED BY HIM TO ASSERT THEIR LEGAL RIGHTS.

Omar

**EXHIBIT 17**

**Next Friend Authorization**

I, _BENYAM MOHAMMED_, understand what the U.S. legal term 'next friend' means, and the following people who I know from being held in the custody of the U.S. have expressed the desire to have the legal assistance of counsel. I therefore act as their next friend, and authorize Clive Stafford Smith and counsel associated by him to act to secure the legal rights of those listed below:

AHMED BEL BACHA    (290) Algerian        (Eng) French .
ABDULAZIZ          (687) K.S.A           (Arabic)

Name: BENYAM MOHAMMED

Witness:

CLIVE STAFFORD SMITH

**FOUO**

**EXHIBIT 18**

**Next Friend Authorization**

I, AHMED ABDEL AZIZ , understand what the U.S. legal term 'next friend' means, and the following people who I know from being held in the custody of the U.S. have expressed the desire to have the legal assistance of counsel. I therefore act as their next friend, and authorize Clive Stafford Smith and counsel associated by him to act to secure the legal rights of those listed below:

MOHAMEDDOU OULD SALAHI        MAURITANIAN         F, A, G, E
                (b.1970)                          A, E

MOHAMMED LEMINE                                   A

MISHAL AL MADANY              SAUDI               A, U, E

AHMED GHOLAM RABBANY (b.1969) PAKISTANI           A, U

ABDURRAHEEM GHOLAM RABBANY    "                   E, U

ABDULHALIM                    "                   U, E?

SHAH BABA

Name: Ahmed Abdel Aziz

Witness: MAY 7, 2005

**UNCLASSIFIED**

2

**EXHIBIT 19**

I, BISHER AL RAWI, UNDERSTAND THE TERM
NEXT FRIEND AND KNOW THAT THE FOLLOWING PEOPLE
WANT LAWYERS AND WANT TO HAVE ALL THEIR LEGAL
RIGHTS ASSERTED BY CLIVE STAFFORD SMITH OR A LAWYER
DESIGNATED BY HIM:

SOFIANE MOHAMMED BERHOUNI   JJJFID  ALGERIA      (E),F, A
MOHAMMED ABDULLAH TAHA MATTAN  JJJFHD  PALESTINE   A, E
ABDULSALAM ZAEEF             JJJCJF  AFGHAN       E, PASHTO

JUNE 28th 2005



FOUO

5

# EXHIBIT 20

STATE OF VIRGINIA

## DECLARATION OF COUNSEL

COMES NOW, CLIVE A. STAFFORD SMITH, and states as follows:

I am counsel for a number of prisoners in Guantanamo Bay, including Bisher Al Rawi (#906). When I visited Mr. Al Rawi on June 28, 2005, as I left he gave me a list of prisoners who he said wanted the assistance of counsel. These prisoners are listed below:

1.    Mohammed Mustafa Sohail (1008) from Afghanistan, speaks Farsi, Pashtu and good English and wants counsel.

2.    Abdul Rahman Aziz Khan (357) from Zabul Province in Afghanistan, wants counsel, and has previously tried to contact Clive Stafford Smith. He should have been released by now.

3.    Abdulsalam Zaeef (306) from Afghanistan wants counsel. Speaks Pashtu and good English. (He is the former Ambassador)

4.    Abdul Razak Iktiar Mouhamed (1043) from Afghanistan needs counsel.

5.    Sofiane Mohammed Berhoumi (694), from Algeria (speaks Arabic) wants counsel.

6.    Motai Saib (288) from Algeria needs counsel and wants to assert asylum.

7.    Abid Al Hamid Abid Al Sallam Al Kasani (654) from Libya, wants counsel.

8.    Ahmad Abdulla Al Wazan (197) from Morocco, needs counsel and wants to assert asylum. Has tried to contact Clive Stafford Smith previously.

9.    Mohammed Abdullah Taha Mattan (684), from Palestine on the West Bank (speaks Arabic) wants counsel.

10.    Abrahim Othman Abrahim Edries (036) from the Sudan needs counsel and wants to assert asylum. He has written many letters to his family without any response. He needs help contacting them as he does not know whether they are getting his letters, or whether the authorities are interfering.

11.    Salim Mohammed Adam Bin Amir (710) from the Sudan, wants counsel. Has tried to contact Clive Stafford Smith before.

12.    Wahidof Thabit Abdul Mokit Welly Khan Witsh (090) from Tajikistan needs counsel and wants to assert asylum.

13.     Rafiq Bin Bashir Bin Jallul Al Hami (892), from Tunisia needs counsel and wants to assert asylum.

14.     Mohammed Abdull Rahman (894) from Tunisia needs counsel and wants to assert asylum.

15.     Fahmi Abdullah Al Tawlaqi (688) from Yemen needs counsel and wants to assert asylum.  He is 25 years old.

16.     Yousif Abdulla Al Rubaish (109) wants counsel and has tried to contact Clive Stafford Smith before.

17.     Arkan Mohammed Gafill (653) wants counsel.

18.     Jawad Jebar Sidkhan Al Sehlani wants counsel.

19.     Hadj Arab Nabil (238) wants counsel

Mr. Al Rawi said that he knew that these persons wanted counsel.  This was either for habeas challenges against their confinement or, if they were to be released, for challenges to the offenses that had been committed against them during their incarceration, or both.

I did not have time to fill out 'next friend' petitions for each of these prisoners at the time.  I therefore took the list and promised Mr. Al Rawi that I would do what I could to get them counsel.

I make this declaration in the Secure Facility.  I therefore do not identify the county where I make it.

No notary public being available, this declaration is done and signed on July 19, 2005.

CLIVE A. STAFFORD SMITH

FOUO//Protected

2

**EXHIBIT 21**

EGYPTIAN

## AUTHORIZATION

I, OMAR DEGHAYES, UNDERSTAND THE MEANING OF "NEXT FRIEND" AND AM ACTING AS NEXT FRIEND FOR THE FOLLOWING PEOPLE BEING HELD IN GUANTANAMO BAY:

| | | | |
|---|---|---|---|
| SAMI ABBULAZIZ LAITH (E) | EGYPT | CAMP V, ████ |
| ALLAE DEEN | EGYPT | CAMP IV ? |
| ABDURAHMAN (E) | EGYPT | CAMP Δ |
| ISMAIL AL MASHAD (E) | EGYPT | CAMP Δ |

I KNOW THEY WANT LEGAL ASSISTANCE ON THEIR BEHALF, AND I HEREBY AUTHORIZE CLIVE STAFFORD SMITH AND ANY LAWYER AUTHORIZED BY HIM TO ASSERT THEIR LEGAL RIGHTS.

Omar

# EXHIBIT 22

I, SAMI MUHYIDEEN, UNDERSTAND THE TERM "NEXT FRIEND" AND THE FOLLOWING PEOPLE WANT LAWYERS AND WANT ME ALTERNATIVELY TO ACT AS THEIR NEXT FRIEND AND HAVE CLIVE STAFFORD-SMITH OR AN ATTORNEY DESIGNATED BY HIM ASSERT ALL THEIR LEGAL RIGHTS:

| | | | |
|---|---|---|---|
| SALEH MOHAMMED ALI AZOBA | (501) | YEMEN | (ARABIC) |
| MAHER AL PALESTINI | (519) | PALESTINE | (ENGLISH) |
| MOHAMMED AL PALESTINI | (684) | PALESTINE | (ARABIC) |
| AHMAD ADERBI | (768) | YEMEN/KSA | (ARABIC) |
| SAAD AL QAHTANY | (200) | KSA | (ENGLISH) |

JULY 1, 2005

Sami MoHyeldin Mohamed

Witness:

**EXHIBIT 23**

REQUEST FOR LEGAL ASSISTANCE

GUANTANAMO BAY
NAVAL BASE

I AM INCARCERATED BY THE UNITED STATES AND I WANT A LAWYER. I REQUEST THAT THE CENTER FOR CONSTITUTIONAL RIGHTS AND CLIVE STAFFORD SMITH ASSIST ME AND DO EVERYTHING WITHIN THE LAW TO HELP ME, INCLUDING SEEKING MY RELEASE IN COURT PROCEEDINGS.

SIGN: _Nabil hadj_

NAME: NABIL HADJ

NATIONALITY: ALGERIAN

SIGN: _____

NAME: _____

NATIONALITY: _____

SIGN: _Motai Saib_

NAME: MOTAI SAIB

NATIONALITY: ALGERIO

SIGN: _____

NAME: _____

NATIONALITY: _____

SIGN _____

NAME _____

NATIONALITY _____

SIGN _____

NAME _____

NATIONALITY: _____

SIGN _____

NAME _____

NATIONALITY _____

SIGN _____

NAME: _____

NATIONALITY: _____

SIGN _____

NAME _____

SIGN _____

NAME _____

UNCLASSIFIED

**EXHIBIT 24**

HAMPTON ROADS VA 235

24 NOV 2005 PM 5 L

APO AF 09360

FWD

To CLIbe Smit.

JUSTICE IN EXILE

636 Baronne Street

New Orleans, La. 70113.

Tel: (504) 558 - 9864.

USA

7011310004-36 C010

DETAINEE _____ DEB

CAMP DELTA

Washington, DC 20355

USA

GUAN-2005-T 05458

County where posted ____

Name of Camp DELTA — 160

Date and Place of Birth in Uzbekistan, 1978 07 02.

Interment Serial Number DF6

Name (Last, first MI) Jabbar-ov Oybek Jamolwich,

SENDER:

(Fold on this line)

MAIL LETTER

Language English.

To CLIBE Smit.

Street Justice in Exile. 636 Baronne Street

City New orLeans, La. 70113.

Country U S America.

Province or Department ____

(Fold on this line)

DO NOT WRITE HERE

(Fold on this line)

DA FORM 2667-R, May 82 EDITION OF 1 JUL 63 IS OBSOLETE. For use of this form, see AR 190-8 the proponent agency is DCSPER.

GUAN-2005-T 05458

DO NOT WRITE BEYOND HEAVY LINES

My name is Jabbarov Oybek Jamoljvich.
I am detained in GUANTANAMO CUBA.
I would like to file a petition of habeas corpus in
your court, I also request to be assisted by lawyer
09. 11. 2005

Reverse of DA FORM 2667-R, May 82

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

———————————————————————x

Amer Mohammon,                                   )
     ISN # 939,                                 )
     Detainee,                                  )
     Guantanamo Bay Naval Station               )
     Guantanamo Bay, Cuba;                      )
                                                )
Boucetta Fihi,                                   )
     ISN # 718,                                 )
     Detainee,                                  )
     Guantanamo Bay Naval Station               )     No. _____
     Guantanamo Bay, Cuba;                      )
                                                )
Elham Bataif,                                    )
     ISN # 084,                                 )
     Detainee,                                  )
     Guantanamo Bay Naval Station               )
     Guantanamo Bay, Cuba;                      )
                                                )
Jamil El-Banna,                                  )
     as the Next Friend of the above-named      )
     Petitioners Khalik Dad through Bataif;      )
     et al.,                                    )
                                                )
                      *Petitioners*,     )
                                                )
v.                                               )
                                                )
                                                )
GEORGE W. BUSH,                                  )
     President of the United States             )
     The White House                            )
     1600 Pennsylvania Ave., N.W.               )
     Washington, D.C. 20500;                    )
                                                )

DONALD RUMSFELD,                                )
    **Secretary, United States**      )
    **Department of Defense**          )
    **1000 Defense Pentagon**          )
    **Washington, D.C. 20301-1000;**  )
                                      )
**ARMY BRIG. GEN. JAY HOOD,**                   )
    **Commander, Joint Task Force - GTMO**  )
    **JTF-GTMO**                       )
    **APO AE 09360; and**              )
                                      )
**ARMY COL. MIKE BUMGARNER,**                   )
    **Commander, Joint Detention**    )
    **Operations Group, JTF - GTMO**  )
    **JTF-GTMO**                       )
    **APO AE 09360,**                  )
                                      )
                   *Respondents.*  )
_____x


## DECLARATION BY BARBARA OLSHANSKY

I, Barbara Olshansky, declare that the following statements are true to the best of my

knowledge, information, and belief:

    1.     I am a member in good standing of the bar of this Court and have

practiced law for 18 years.  I am also an attorney in good standing of the bar of the State

of New York.

    2.     For the last three and a half years, I have been actively involved in the

steps that my office, the Center for Constitutional Rights ("CCR"), has taken to:  (1)

advance the rights of the Guantánamo detainees through litigation establishing their right

to file petitions for writs of *habeas corpus* in federal court; (2) work with other non-profit

organizations to reach out to the family members of the Guantánamo detainees for the

purpose of filing next-friend petitions for writs of *habeas corpus*; (3) recruit and train

private attorneys to represent individual Guantánamo detainees on a *pro bono* basis; and (4) train federal public defenders to represent individual Guantánamo detainees by appointment under the CJA.

3.     Responding to the Supreme Court's historic decision in *Rasul v. Bush,* 542 U.S. ___ (2004), upholding the rule of law at Guantánamo, CCR has spearheaded the efforts to get each detainee his day in court.  Since the Supreme Court decision, CCR and its partners have arranged for private law firms and federal public defenders to represent detainees and file *habeas corpus* petitions on a pro bono basis in this Court.   Through these efforts, more than 325 detainees currently have *habeas corpus* petitions pending in this Court.

4.     Because the U.S. government has refused to provide CCR or any other organization or attorney access to the Guantánamo detainees in a manner that would facilitate providing the detainees with advice regarding their right to file a habeas petition and the availability of pro bono counsel to represent them, each of the petitions currently on file with this Court was made possible through one of two means:  (i) requests by the family members or loved ones of those detained for legal assistance from CCR or from other human rights organizations or counsel with whom CCR is working; or (ii) requests made through certain detainees (who are represented by counsel) acting as next friends for other detainees who have expressed their desire to retain counsel and file habeas petitions.

5.     More specifically, CCR and its partner organizations have received authorizations from next friends through outreach activities which included, among other things, taking part in human rights conferences around the world, contacting international

human rights organizations, and searching for family members of known detainees. In addition, advocates working with CCR made numerous outreach efforts to member countries of the European Parliament seeking their assistance in locating their citizens.

6.      Attached hereto as Exhibit A is a copy of a document dated April 20, 2004, signed by Abdo Abulghaith Sulaiman, authorizing attorneys Clive Stafford Smith and Michael Ratner, President of the Board of CCR, and CCR itself, to act on Mr. Sulaiman's behalf to represent his son, Abdul-rahman Abdo Abulghaith Sulaiman, in any legal proceeding brought to challenge his detention in Guantánamo.

7.      Attached hereto as Exhibit B is a copy of a document dated July 13, 2005, signed by Abu Baker Qassim, acting as the Next Friend of detainees Zein Al-Abedeen and Zakerjian, authorizing CCR and the law firm of Bingham McCutcheon to represent the two detainees and to act on their behalf to help seek their release in court proceedings.

8.      Attached hereto as Exhibit C is a copy of a document dated June 17, 2005, signed by Adnan Al Bihani, authorizing attorneys Clive Stafford Smith and Tina Foster of CCR, to act on Mr. Bihani's behalf to represent his brother, Tofique Nasser Awadh Al-Bihani, in any legal proceeding brought to challenge his detention in Guantánamo.

9.      Attached hereto as Exhibit D is a copy of a document dated May 9, 2005, signed by Ali Yahya Mahdi, acting as the Next Friend of detainees Mohamed Naseer Yamya Abdullah, Al Khadr Abdullah AlYafie, and Ameur Mammar, authorizing CCR and the law firm of Allen & Overy to represent the three detainees and to act on their behalf to help seek their release in court proceedings.

10.     Attached hereto as Exhibit E is a copy of a document dated April 2004, signed by Himed Ali Al Jaifi, authorizing attorneys Clive Stafford Smith and Michael

Ratner, President of the Board of CCR, and CCR itself, to act on Mr. Ali's behalf to

represent his son, Isam Himed Ali, in any legal proceeding brought to challenge his

detention in Guantánamo.

11.    Attached hereto as Exhibit F is a copy of a document signed by Hala

Ahmad Saeed Al-Adahy, authorizing attorneys Clive Stafford Smith and Michael Ratner,

President of the Board of CCR, and CCR itself, to act on Ms. Al-Adahy's behalf to

represent her husband, Jamil Ahmad Saeed, in any legal proceeding brought to challenge

his detention in Guantánamo.

12.    Attached hereto as Exhibit G is a copy of a document dated April 2004,

signed by Kaelah Ahmad Thabit Al-Ammari, authorizing attorneys Clive Stafford Smith

and Michael Ratner, President of the Board of CCR, and CCR itself, to act on Ms. Al-

Ammari's behalf to represent her son, Mohammed Ahmed Saeed Hidar, in any legal

proceeding brought to challenge his detention in Guantánamo.

13.    Attached hereto as Exhibit H is a copy of a document dated April 2004,

signed by Ali Ahmad Kalip, authorizing attorneys Clive Stafford Smith and Michael

Ratner, President of the Board of CCR, and CCR itself, to act on Mr. Kalip's behalf to

represent his son, Esmail Ali Ahmad Kalip, in any legal proceeding brought to challenge

his detention in Guantánamo.

14.    Attached hereto as Exhibit I is a copy of a document dated April 2004,

signed by Ahmed Slam Mohammed Al-Khateeb, authorizing attorneys Clive Stafford

Smith and Michael Ratner, President of the Board of CCR, and CCR itself, to act on Mr.

Al-Khateeb's behalf to represent his father, Mohammed Ahmed Slam Al-Khateeb, in any

legal proceeding brought to challenge his detention in Guantánamo.

15.    Attached hereto as Exhibit J is a copy of a document dated April 10, 2004, signed by Ahmad Abd Al Whab Al-Rahaby, authorizing attorneys Clive Stafford Smith and Michael Ratner, President of the Board of CCR, and CCR itself, to act on Mr. Al-Rahaby's behalf to represent his brother, Abdul-rahman Abdo Abulghaith Sulaiman, in any legal proceeding brought to challenge his detention in Guantánamo.

16.    Attached hereto as Exhibit K is a copy of a document dated 2005, signed by Mahmood Ateek Ali Abdu Al Haj, authorizing attorneys Clive Stafford Smith and Tina Foster of CCR, to act on his behalf to represent his brother, Riyadh Ateek Ali Abdu Al Haj, in any legal proceeding brought to challenge his detention in Guantánamo.

17.    Attached hereto as Exhibit L is a copy of a document dated May 13, 2005, signed by Abdullah Bo Omer Hamza Yoyej, requesting that Michael Ratner, President of the Board of CCR, and CCR itself, represent him in a legal challenge to his seizure and detention in Guantánamo.

18.    Attached hereto as Exhibit M is a copy of a document signed by Maher El Falesteny, requesting that Michael Ratner, President of the Board of CCR, and CCR itself, represent him in a legal challenge to his seizure and detention in Guantánamo.

19.    Attached hereto as Exhibit N is a copy of a letter signed by Bisher Al Rawi to his attorney George Brent Mickum IV, relating the request of Abid Alhamid

Abid Alsallam Alkesawi for an attorney to represent him in a legal challenge to his

detention in Guantánamo.

I declare, under penalty of perjury under the laws of the United States that the foregoing

is true and correct. Executed this 12th day of December, 2005, New York, New York.

Barbara Olshansky (NY0057)

# EXHIBIT A

Date: April 20 2004

# Authorization

I am acting as next friend for my _____ Son _____,
whose name is _Abdul-rahman Abdo Abulghaith Sulaiman_ _____,
and who is being held at Guantanamo Bay. I hereby authorize
Mohammed Naji  Allawo, Najeeb Bin Mohammed al_Nauimi and
Clive Stafford Smith (of *Justice In Exile*), Michael Ratner and the
Center for Constitutional Rights, and any person assigned by
these
Lawyers, to act on my behalf and on my relative's behalf, to
secure any documents and information concerning my relative
that are
Necessary for his defense, and to seek whatever redress they
believe to be in his best interests, in the courts of the United
States,
And in any other legal forum available.

_Abdo   Abulghaith   Sulaiman_
Name:

*Witnessed:*

_Abdo Abulghaith Sulaiman_
Print Name:

**EXHIBIT B**

PAGE 2 OF 2

REQUEST FOR LEGAL ASSISTANCE

US NAVAL BASE
GUANTANAMO BAY
CAMP ECHO
JULY 13, 2005

WE ARE INCARCERATED BY THE UNITED
STATES AND WE WANT A LAWYER TO
REPRESENT US AND HELP OBTAIN OUR RELEASE.
WE REQUEST THAT THE CENTER FOR CONSTITUTIONAL
RIGHTS AND BINGHAM McCUTCHEN TO ASSIST
US AND DO EVERYTHING WITHIN THE LAW TO
HELP SEEK OUR RELEASE IN COURT PROCEEDINGS
OR ASYLUM PROCEEDINGS, AND INCLUDING OBTAINING
LEGAL COUNSEL FOR US, WHOM WE HEREBY AUTHORIZE TO
REPRESENT US.

1.    ZEIN AL-ABEDEEN, ISN NO. 1095
         FROM TAJIKISTAN,
            SPEAKS TAJIK, URDU + PASHTO
            CAMP IV

2.    ZAKERJIAN                    ISN NO. 675
         FROM RUSSIA
            SPEAKS RUSSIAN + UZBEK
            CAMP IV

BY THEIR NEXT FRIEND: كوبيكركرقاسمس

ABU BAKKER QASSIM
NO. 283

**FOUO**

# EXHIBIT C

Date: June 17, 2005

## Authorization

I am Adnan Al Bihani, and I have had the concept of 'next friend' explained to me in my native language. I wish to act as next friend for my brother, who is a prisoner being held in Guantanamo Bay, and whose name is Tofiq Nasser Awadh Al-Bihani (the 'prisoner'). I hereby authorize Tina Foster (and the Center for Constitutional Rights), as well as Clive Stafford Smith (and Justice In Exile), and any person assigned by these lawyers, to act on my behalf and on the prisoner's behalf, to secure any documents and information concerning the prisoner that are necessary for his defense, and to seek whatever redress they believe to be in his best interests, in the courts of the United States, and in any other legal forum available. I am sure that he would want me to assert these rights. He is a citizen of Yemen.

_____

Next Friend

Witnessed: _____

Tina Monshipour Foster
Print Name:

# EXHIBIT D

SEP-22-2003  23:28                    GTMO Mag 09'' 2005        P.14/17

TO ALLEN & OVERY                    ALi YAHYA MAHDi
                                    CAMP DELTA
                                    GUANTANAMO BAY
                                    CUBA

        I hope this letter finds you well and in good health.
I would Like you To find a lawyer for these detainees.
1- MOHAMED NASEER YAHYA ABDUllAH
2- AL KHADR ABDullAH ALyAFiE  TEC: 73808604   (YEMEN)
3- AMEUR Mammar
On Vouluntary basis as they have no funds To pay you, and
I would Like you, also To send me some Envolopes To write you
and News, and some papers of (Acknowledgement of Representation.)
I will be Very thankful.
                        with Best wishes.

NoTe: send me small envolopes.

# UNCLASSIFIED

SEP-22-2003  23:29                                                      P.17/17

## Acknowledgement of Representation

Pursuant to Section III.C.2 of the "Revised Procedures for Counsel Access to
Detainees at the U.S. Naval Base in Guantanamo Bay, Cuba," I hereby certify that I
am represented by undersigned counsel who has filed a petition for a writ of habeas
corpus of other federal court litigation on my behalf, and who is assisting me with
my legal representation in other ways related to my seizure and detention by the
United States.

If counsel if forced to withdraw from representing me for any reason, or it the
representation is terminated in any way, any remaining counsel is authorized to
secure other counsel for me. In default of this , I hereby authorize the Center for
Constitutional Rights to assign anther counsel for me. My counsel shall inform the
Department of Defense immediately of any change in circumstances in my
representation.

This acknowledgement of representation applies to undersigned counsel, and also to
the following lawyers who are assisting with my representation:

ISNc34         الخضر

_____                    _____
Signature of Detainee                       Signature of Counsel

AL KHADR ABDULLAH AL YAFiE

_____                    _____
Print Detainee name in English             Print name of Counsel in English


الخضر عبدالله اليافعي

_____
Print name of Detainee in Native Language (if other than English)


Date: 9/5/2005/ ٢٥-٩/٩

## UNCLASSIFIED         FOUO

**EXHIBIT E**

Date: April ___, 2004

## Authorization

I am acting as next friend for my _____Son_____, whose name is __Essam Himed Ali__, and who is being held at Guantanamo Bay. I hereby authorize Mohammed Naji Allawo, Najeeb Bin Mohammed al-Nauimi and Clive Stafford Smith (of *Justice In Exile*), Michael Ratner and the Center for Constitutional Rights, and any person assigned by these lawyers, to act on my behalf and on my relative's behalf, to secure any documents and information concerning my relative that are necessary for his defense, and to seek whatever redress they believe to be in his best interests, in the courts of the United States, and in any other legal forum available.

Name: _Himed ALI A_____

جعفر علي الحاج النعيمي

*Witnessed:*

_____

Print Name: _____

**EXHIBIT F**

وفي الختام نسأل الله العلي القدير رب العرش العظيم أن يسدد على طريق الخير خطاكم وأن يجعل أعمالكم في

موازين حسناتكم وأن يعود كل أسير إلى أهله غانماً راشداً سليماً معافى بمشيئة المولى عزّ وجلّ .

المرفقات :

ـ نسخة لنموذج التوكيل أو التفويض (Authorization) .

ـ نسخة كمثال لأحد الإفادات من ذوي الأسرى (Affidavit) .

Date: The _____ day of _____, 2004 .

Authorization

I am acting as next friend for _Jamil  Ahmad  Saeed_. I am his Father /
Mother / Brother / _Wait_____. He is being held at Guantanamo Bay. It is
my firm belief that my relative would want me to act as his next friend, and
secure to him whatever legal assistance I can. I hereby authorize Michael
Ratner and the *Center for Constitutional Rights*, as well as Clive Stafford
Smith and *Justice In Exile*, and any person assigned by these lawyers, to act
on my behalf and on my relative's behalf, to secure any documents and
information concerning my relative that are necessary for his defense, and to
seek whatever redress they believe to be in his best interests, in the courts of
the United States, and in any other legal forum available.

Signature: _____

Print Your Name: _Hala  Ahmad  Saeed  Al-Adahy_

*Signature Witnessed by:*

Signature: _____

Print Witness Name: _____

**SAMPLE AFFIDAVIT**

Affidavit of [NAME]

Comes now, [FAMILY MEMBER "NEXT FRIEND" NAME], under oath,
who makes the following statement in Sana'a, Yemen:
I am the older brother of [PRISONER NAME]. He is the second of five sons. My
parents also have three daughters.
Our family comes from Ibb, in Yemen, where we still live. My father has been a
farmer all of his life, and my mother is a housewife. It has been their ambition for
their children that everyone should benefit from a good education, and have the
chance to get a good job in life.

# EXHIBIT G

DATe: April 2004

## Authorization

I am acting as next frind for my _____son_____ whose name is
_Mohammed Ahmed Saeed Hidar_____. And who is being
hled at Cuantanamo Bay. I hereby authorize Mohammed Naji
ALLawo, Najeeb Bin Mohammed AL- nauimi and clive Stafford
Smith (of gustice in Exile), Michael ratner and the Canter for
Constitutional Righs, and any person assigned by these Lawyers
, to ect on my behalf and on my relative's behalf, to secure any
documents and information concerning my relative that are
necessary for his defense, and to seek whetever redrass they
believe to be in his best interests, in the courts of the united
States, and in any other legal forum available.

_Kaelah Ahmed Thabit Al-Ammari_____
Name:        _137981_

Witnessed:

_Jamal Mahmoud Saleh Al-Jailani_____
print Name:

# EXHIBIT H

Date: April __, 2004

## Authorization

I am acting as next friend for my _____, whose name is Esmail Ali Ahmad klip and who is being held at Guantanamo Bay. I hereby authorize Mohammed Naji Allawo, Najeeb Bin Mohammed al-Nauimi and Clive Stafford Smith (of *Justice In Exile*), Michael Ratner and the Center for Constitutional Rights, and any person assigned by these lawyers, to act on my behalf and on my relative's behalf, to secure any documents and information concerning my relative that are necessary for his defense, and to seek whatever redress they believe to be in his best interests, in the courts of the United States, and in any other legal forum available.

ALi Ahmad KaLip
Name:

*Witnessed:*

_____

Print Name:

**EXHIBIT I**

DATe:  April -2004

## Authorization

I am acting as next frind for my _Father_ whose name is _Mohammed Ahmed Slam AL-Khateeb_ And who is being hled at Cuantanamo Bay. I hercby authorize Mohammed Naji ALLawo , Najeeb Bin Mohammed AL- nauimi and clive Stafford Smith (of gustice in Exile) , Michael ratner and the Canter for Constitutional Righs , and any person assigned by these Lawyers , to ect on my behalf and on my relative's behalf , to secure any documents and information concerning my relative that are necessary for his defense , and to seek whetever redrass they believe to be in his best interests , in the courts of the united States , and in any other legal forum available.

Name: _Ahmed Slam Mohammed Al-Khateeb_

Witnessed:

_____

print Name:

# EXHIBIT J

Date: April 16, 2004

### Authorization

I am acting as next friend for my ~~BROTHER~~, whose name is ~~ABDULLAH AL-RAHAB~~, and who is being held at Guantanamo Bay. I hereby authorize Mohammed Naji Allawo, Najeeb Bin Mohammed al-Nauimi and Clive Stafford Smith (of *Justice In Exile*), Michael Ratner and the Center for Constitutional Rights, and any person assigned by these lawyers, to act on my behalf and on my relative's behalf, to secure any documents and information concerning my relative that are necessary for his defense, and to seek whatever redress they believe to be in his best interests, in the courts of the United States, and in any other legal forum available.

*Ahmad Abd Alwhab Al. rahab*
Name:

*Witnessed:*

_____

Print Name:

730

# EXHIBIT K

Date: _____, 2005

## Authorization

I am _____ محمود حسين على مبارة الحاج, and I have had the concept of 'next friend' explained to me in my native language. I wish to act as next friend for my _____ أخي, who is a prisoner being held in Guantanamo Bay, and whose name is _____ رياح حنا حسين على مبارة الحاج (the 'prisoner'). I hereby authorize Tina Foster (and the Center for Constitutional Rights), as well as Clive Stafford Smith (and Justice In Exile), and any person assigned by these lawyers, to act on my behalf and on the prisoner's behalf, to secure any documents and information concerning the prisoner that are necessary for his defense, and to seek whatever redress they believe to be in his best interests, in the courts of the United States, and in any other legal forum available. I am sure that he would want me to assert these rights. He is a citizen of _____.


_____
Next Friend

*Witnessed:*


_____
Print Name:

I am Mahmood Ateek Ali Abdo Al Haj and I have had the concept of 'next friend' explained to me in my native language. I wish to act as next friend for my brother who is a prisoner being held in Guantánamo Bay, and whose name is Riyadh Ateek Ali Abdu Al Haj. I hereby authorize Tina Foster (and the Center for Constitutional Rights), as well as Clive Stafford Smith (and Justice in Exile), and any person assigned by these lawyers, to act on my behalf and on the prisoner's behalf, to secure any documents and information concerning the prisoner that are necessary for his defense, and to seek whatever redress they believe to be in his best interests, in the courts of the United States, and in any other legal forum available. I am sure that he would want me to assert these rights. He is a citizen of _____.

# EXHIBIT L

DETAINEE JJJBCB
CAMP DELTA
Washington, DC 20355
USA

GUAN-2005-T 02434

1001242317

Tim Foster
c/o Guantanamo Global Justice
Initiative Center for
Constitutional Rights
666 Broadway, 7th Floor
New York, NY, 10012
USA

الى السيد المحامي / مايكل راتنر

تحية طيبة وبعد ،،

لقد قام السيد توم ولش من مكتب شركاء أندرسون لي
بإعطائي هذه النماذج للمعتقلين الذين يرغبون بالحصول
على محامي يترافع عنهم بشكل تطوعي ،، اعترضنا و
احتججنا احتجاجاً على اعتقالهم بهذا الشكل القانوني
وقمت بكتابة هذه النماذج وارسالها باسمي لأنه
لا يمكن لوم هذه المؤسسة العسكرية أن يرسلوا الى هذه
النماذج مباشرة فكان نوع من المحاولة أنا أرسل هذه
النماذج بعن طريقي وباسمي شخصياً

مع خالص الحب والاحترام

كتبه / فوزي خالد عبد الله العودة
ابن عضو اللجنة الدولية للصليب الأحمر
العليا لمعتقلي جوانتانامو ،،،

شباط / ٥٠

GUAN-T 02434

تفويض

أنا عبدالله بو عمر حمزه دوتج ، مواطن طاجيكستان ، معتقل حاليا في معسكر
دلتا ، خليج جوانتانمو في كوبا. أتكلم اللغات التالية ........ روسي . بهذا
أفوض المحامي مايكل راتنر من هيئة حقوق الانسان في مركز الحقوق الدستورية وأي محام يعينه
الأستاذ راتنر بأن يمثلني في الاجراءات القانونية لكي يطعن اعتقالي وظروف احتجازي في خليج
جوانتانمو ولكي يأتي بأي إنصاف قضائي متاح لي.

Deteny 257
ISN

عمزه
_____
(إمضاء المحتجز)

C~ol0l١٢
_____
(التاريخ)

To lawyer Michael (Ratner) ,

Greetings,

Mr. Tom (Welner) from the office of (Sherman and Sterling)  has given me these samples/ forms for the detainees who wish to have lawyers defending them "voluntarily".

In opposition and in protest over their illegal detention . I have written these samples and sent them in my name, because they can not send them  directly  to you according to the laws of the military. So, it was a kind of attempt from me to send these samples personally and in my name.

Best wishes.

Written by, Fawzi Khaled Abdullah AlAudha, son of the member of the international supreme  advisory committee  for the Guantanmo detainees.

))))))))))))))))))))))))))))))))))))))))))))

## Authorization

I'm **Abdullah Bo Omer Hamza Yoyej**, Tajikistani  citizen , currently detained in the Delta  Camp,  Guantanamo  bay  in  Cuba.  I  speak  the  following  languages. **RUSSIAN.** With this, I authorize the lawyer (Michael Ratner) from the panel / organization of human rights at the Center for Constitutional Rights or any lawyer appointed by Mr. (Ratner) to represent me in the legal procedures in order to challenge my detention and circumstances of my  arrest/ seizure  in Guantanamo bay, and in order to bring me any judicial fairness available for me.

Omer Hamza,
13/5/2005

# EXHIBIT M

# FOUO

## Authorization

I, _MAHER ELFALESTENY_, a citizen of _PALISTINE_/ISN _519_, am currently

being held in Camp _DELTA_ Guantanamo Bay, Cuba. I speak the following languages:

_ARABIC_. I hereby authorize attorney Michael Ratner of the human rights

organization the Center for Constitutional Rights, and any attorney specifically assigned

by Mr. Ratner, to represent me in legal proceedings to challenge my detention, the

conditions of my confinement in Guantanamo Bay, and any other possible legal redress

that may be available to me.

عن ماهر القلسطيني

_____

(Signature of Detainee)

C-0 — 0 — 0

_____

(Date)

# FOUO

تفويض

أنا ماهر الفلسطيني ، مواطن فلسطين / ISN 519 ، معتقل حاليا في معسكر دلتا ، خليج جوانتانمو في كوبا. أتكلم اللغات التالية العربية . بهذا أفوض المحامي مايكل راتنر من هيئة حقوق الانسان في مركز الحقوق الدستورية وأي محام يعينه الأستاذ راتنر بأن يمثلني في الاجراءات القانونية لكي يطعن اعتقالي وظروف احتجازي في خليج جوانتانمو ولكي يأتي بأي إنصاف قضائي متاح لي.

عن ماهر الفلسطيني

(إمضاء المحتجز)

٥ — ٥ — ٥ — ٢٠٠٥

(التاريخ)

FOUO

# EXHIBIT N

Bisher AL-Rawi  (906)
Guantanamo Bay — Cuba

Sunday 23ed January 2005

George Brent Mickum IV
Keller and Hickman LLP
Washington D.C.

Dear Brent:

Another Day in the Sunny Cuba — it is quite a nice afternoon. Unlike the night when it becomes very cold.

Few things to mention to you to days, needless to say I don't know if you'll recive this letter or not.

+ Another Detainee has asked me to forward his details to you, to obtain legal assistance.

He is:  ABID  ALHAMID  ABID  ALSALLAM  ALKESAWI

عبدالحميد عبدالسلام الكزاوي  ⟷ Name in Arabic

His number at GTMO  654 ( six five four )

He is from  LIBYA  and carries a Libyan passport.

- Little bit of news about GTMO.

• The first Tribunal is almost over almost every body has gone to it. One of persons recently went and the news we recieved after that was as follow, However I can't verify it. I requested witnesses and aferently was told that he can only ask for witnesses from his own BLOCK !!

• Another Detainee was told though his personal representative that one of his charges was " You were OSAMA BIN LADIN'S Body Guard". Few things to say about this charge. The way this charge is been thrown at detainees one would say that the guy has more bodygards that some important presedent around! the other thing ( this guy is in my block and I know him quite well as there were only two cells between us) this **UNCLASSIFIED** (really can't hear) and Interrogators know) that. The

Put it is this way when I am fel feet away from him, and call him and wave at him he does not see me. With no disrespect to this detainee what so ever, but with body gards like him around you are almost certin to have Osama Bin Ladin ! . Also this guy is in his fourties from what I understand.

- The weather is very cold during the evening as I mentioned, and every body is getting very cold including my self . I waunder how people in Romio Block with shorts one dealing with that and others like them who one eitha completly deprived of every thing includ Mattresses ol, shirts, blankets etc . Or those who only get the Blankets from 10 pm to 5 am. I don't thinka it is at all plesant !

- Yesterday my self and other were move what is suppose to be a better part of the camp, which is camp one. So for things one almost the same. We are told that they'll become better.

- Food again become very little. It is quite good for any one who wants to loss lose weight.

- Samil I am told is in camp four, I realy hope he is well there. There is no way for me to get in touch with him or convey any messages. please if you write to him or want him to sign any thing enclose instructions in Arabic so he can read it and understand. I had send a piece of paper writen in Arabic for this purpose I hope you can benefit from it.

- We hear that two Australians and the British and us including Martin and may be some Kuwaitees will be released or actully have been released. I would be gratefull if you can send me as much as possible sand I don't want to inconvenianca you ( I delevataly spelled the last two long words wrong as well as many many more, I am very sorry for that, And I realy hope you can read what I have writen).

With my very best regards to you and all with you, I hope to see you in the future .

Best regards
Bishar Al-Rawi



"UNCLASSIFIED"

*08 -1310*

**CIVIL COVER SHEET**

*Gitmo*

*Amd*

JS-44
(Rev.1/05 DC)

**I (a) PLAINTIFFS** Abdul Ghaffar and Adel Noori

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF *99999*
(EXCEPT IN U.S. PLAINTIFF CASES)

**DEFENDANTS** George W. Bush, et al

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF L

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

ATTORNEY

Case: 1:08-cv-01310
Assigned To : Urbina, Ricardo M.
Assign. Date : 7/30/2008
Description: Habeas Corpus/2255

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

□ 1 U.S. Government Plaintiff

□ 3 Federal Question
(U.S. Government Not a Party)

Ⓧ 2 U.S. Government Defendant

□ 4 Diversity
(Indicate Citizenship of Parties in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | □ 1 | □ 1 | Incorporated or Principal Place of Business in This State | □ 4 | □ 4 |
| Citizen of Another State | □ 2 | □ 2 | Incorporated and Principal Place of Business in Another State | □ 5 | □ 5 |
| Citizen or Subject of a Foreign Country | □ 3 | □ 3 | Foreign Nation | □ 6 | □ 6 |

**IV. CASE ASSIGNMENT AND NATURE OF SUIT**
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

□ **A. Antitrust**

□ 410 Antitrust

□ **B. Personal Injury/ Malpractice**

□ 310 Airplane
□ 315 Airplane Product Liability
□ 320 Assault, Libel & Slander
□ 330 Federal Employers Liability
□ 340 Marine
□ 345 Marine Product Liability
□ 350 Motor Vehicle
□ 355 Motor Vehicle Product Liability
□ 360 Other Personal Injury
□ 362 Medical Malpractice
□ 365 Product Liability
□ 368 Asbestos Product Liability

□ **C. Administrative Agency Review**

□ 151 Medicare Act

Social Security:
□ 861 HIA ((1395ff)
□ 862 Black Lung (923)
□ 863 DIWC/DIWW (405(g)
□ 864 SSID Title XVI
□ 865 RSI (405(g)

Other Statutes
□ 891 Agricultural Acts
□ 892 Economic Stabilization Act
□ 893 Environmental Matters
□ 894 Energy Allocation Act
□ 890 Other Statutory Actions (If Administrative Agency is Involved)

□ **D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

□ **E. General Civil (Other) OR** □ **F. Pro Se General Civil**

**Real Property**
□ 210 Land Condemnation
□ 220 Foreclosure
□ 230 Rent, Lease & Ejectment
□ 240 Torts to Land
□ 245 Tort Product Liability
□ 290 All Other Real Property

**Personal Property**
□ 370 Other Fraud
□ 371 Truth in Lending
□ 380 Other Personal Property Damage
□ 385 Property Damage Product Liability

**Bankruptcy**
□ 422 Appeal 28 USC 158
□ 423 Withdrawal 28 USC 157

**Immigration**
□ 462 Naturalization Application
□ 463 Habeas Corpus- Alien Detainee
□ 465 Other Immigration Actions

**Prisoner Petitions**
□ 535 Death Penalty
□ 540 Mandamus & Other
□ 550 Civil Rights
□ 555 Prison Condition

**Property Rights**
□ 820 Copyrights
□ 830 Patent
□ 840 Trademark

**Federal Tax Suits**
□ 870 Taxes (US plaintiff or defendant

□ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
□ 610 Agriculture
□ 620 Other Food &Drug
□ 625 Drug Related Seizure of Property 21 USC 881
□ 630 Liquor Laws
□ 640 RR & Truck
□ 650 Airline Regs
□ 660 Occupational Safety/Health
□ 690 Other

**Other Statutes**
□ 400 State Reapportionment
□ 430 Banks & Banking
□ 450 Commerce/ICC Rates/etc.

□ 460 Deportation
□ 470 Racketeer Influenced & Corrupt Organizations
□ 480 Consumer Credit
□ 490 Cable/Satellite TV
□ 810 Selective Service
□ 850 Securities/Commodities/ Exchange
□ 875 Customer Challenge 12 USC 3410
□ 900 Appeal of fee determination under equal access to Justice
□ 950 Constitutionality of State Statutes
□ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

— 0 —

| ☒ **G.** *Habeas Corpus/ 2255* | ☐ **H.** *Employment Discrimination* | ☐ **I.** *FOIA/PRIVACY ACT* | ☐ **J.** *Student Loan* |
|---|---|---|---|
| ☒ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ☐ **K.** *Labor/ERISA (non-employment)* | ☐ **L.** *Other Civil Rights (non-employment)* | ☐ **M.** *Contract* | ☐ **N.** *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ Multi district Litigation   ☐ 7Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

28 USC 2241 – Habeas corpus

**VII. REQUESTED IN COMPLAINT**    CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23    **DEMAND $**    Check YES only if demanded in complaint **JURY DEMAND:** ☐ YES   ☐ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☒ YES ☐ NO   If yes, please complete related case form.

05-1509 (RMU)

DATE 7/30/08   SIGNATURE OF ATTORNEY OF RECORD   *per order of Judge Hogan on 7/29/08 arising from 05-2386*

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips or completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

    I.     COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

    III.     CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

    IV.     CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

    VI.     CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

    VIII.     RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

\forms\js-44.wpd